**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>Defendants. | Case No.  1:19-cv-00980-JPO |
| CHRIS HUBNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>Defendants. | Case No. 1:19-cv-02308-JPO |
| BOB BISHOP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>Defendants. | Case No. 1:19-cv-02722-UA |

**[PROPOSED] ORDER GRANTING XINYING GONG'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered the motion of Xinying Gong for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Revolution Lighting Technologies, Inc. Securities Litigation,* Master File No. 1:19-cv-00980-JPO;

3.      Xinying Gong is APPOINTED to serve as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) in the above-captioned actions;

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Xinying Gong's selection of lead counsel is APPROVED, and Glancy Prongay & Murray LLP is APPOINTED as Lead Counsel for the Class in the above-captioned actions;

IT IS SO ORDERED.


Dated: _____, 2019          _____
                                           HON. J. PAUL OETKEN
                                           UNITED STATES DISTRICT JUDGE

1