## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GLAVAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | Case No.  1:19-cv-00980-JPO |
| CHRIS HUBNER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | Case No. 1:19-cv-02308-JPO |
| BOB BISHOP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | Case No. 1:19-cv-02722-UA |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF XINYING GONG'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Lesley F. Portnoy, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, proposed lead counsel for lead plaintiff movant Xinying Gong ("Movant") and proposed lead counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of his selection of Glancy Prongay & Murray LLP as lead counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published January 31, 2019 on *Business Wire*, announcing

the pendency of the securities class action against Defendants herein:

*Glavan v. Revolution Lighting Technologies, et al*,

Case No. 1:19-cv-00980-JPO.

Exhibit B:    Certification of Movant.

Exhibit C:    Chart detailing financial losses of Movant.

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 1st day of April, 2019.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 1, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 1, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy