# EXHIBIT A





# Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Revolution Lighting Technologies, Inc. Investors (RVLT)

January 31, 2019 09:02 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Glavan v. Revolution Lighting Technologies, Inc. et al.*, (Case No. 1:19-cv-00980), on behalf of persons and entities that purchased or otherwise acquired Revolution Lighting Technologies, Inc. (NASDAQ: RVLT) ("Revolution" or the "Company") securities between **March 14, 2014, and November 14, 2018**, inclusive (the "Class Period"). Plaintiff pursues claims under the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On October 17, 2018, Revolution announced that revenue for the third quarter of 2018 would be $33 million, compared to previous guidance of $40-$41 million, and that the Chief Executive Officer had offered to acquire all of the Company's common stock at a price of $2.00 per share. On this news, the Company's stock price fell $0.98 per share, or over 38%, to close at $1.58 per share on October 17, 2018, on unusually heavy trading volume, thereby injuring investors.

Then, on October 19, 2018, the Company disclosed an ongoing SEC investigation regarding revenue recognized from transactions between 2014 through the second quarter of 2018. The Company estimated that the net effect on the reported revenue based on shipment of products, as opposed to the Company's policy of bill and hold revenue recognition, "would have been to reduce revenue by $5.0 million, $6.3 million and $6.3 million in each of 2014, 2015 and 2016, respectively, and increase revenue by $11.6 million and $5.1 million in 2017 and 2018, respectively."

On this news, the Company's stock price fell $0.16 per share, or over 10%, to close at $1.43 per share on October 22, 2018, on unusually heavy trading volume, thereby further injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company was improperly recognizing revenue for certain transactions; (2) that, as a result, the Company's financial statements were misstated; (3) that the Company lacked adequate internal controls over financial reporting; (4) that, as a result, Company would be subject to regulatory scrutiny and incur substantial costs; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased Revolution securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#FRAUD     #INVESTORS     #CLASSACTION

## $Cashtags

$RVLT