# EXHIBIT C

**LOSS CHART**

| | |
|---|---|
| **Company Name:** | Revolution Lighting Technologies, Inc. |
| **Ticker:** | RVLT |
| **Class Period:** | March 14, 2014 to November 14, 2018 |
| **Name:** | Xinying Gong |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 06/06/2014 | 400 | $22.0000 | -$8,800.0000 | | $0.0000 | -$8,800.00 |
| 06/06/2014 | 700 | $22.0000 | -$15,400.0000 | | $0.0000 | -$15,400.00 |
| 06/06/2014 | 3 | $22.0000 | -$59.4000 | | $0.0000 | -$59.40 |
| 06/06/2014 | 25 | $22.0000 | -$550.0000 | | $0.0000 | -$550.00 |
| 06/06/2014 | 422 | $22.0000 | -$9,284.0000 | | $0.0000 | -$9,284.00 |
| 09/03/2014 | 2,000 | $20.1000 | -$40,200.0000 | | $0.0000 | -$40,200.00 |
| 09/04/2014 | 403 | $18.8000 | -$7,570.7600 | | $0.0000 | -$7,570.76 |
| 09/04/2014 | 200 | $18.8000 | -$3,760.0000 | | $0.0000 | -$3,760.00 |
| 09/04/2014 | 800 | $18.8000 | -$15,040.0000 | | $0.0000 | -$15,040.00 |
| 09/04/2014 | 597 | $18.8000 | -$11,229.2400 | | $0.0000 | -$11,229.24 |
| 09/19/2014 | 230 | $16.5000 | -$3,795.0000 | | $0.0000 | -$3,795.00 |
| 09/22/2014 | 710 | $16.5000 | -$11,715.0000 | | $0.0000 | -$11,715.00 |
| 09/23/2014 | 980 | $16.5000 | -$16,174.9500 | | $0.0000 | -$16,174.95 |
| 09/23/2014 | 80 | $16.5000 | -$1,315.0500 | | $0.0000 | -$1,315.05 |
| 09/25/2014 | 1,878 | $16.3000 | -$30,606.5100 | | $0.0000 | -$30,606.51 |
| 09/26/2014 | 442 | $16.3000 | -$7,198.0800 | | $0.0000 | -$7,198.08 |
| 10/01/2014 | 1,571 | $16.3000 | -$25,602.4100 | | $0.0000 | -$25,602.41 |
| 11/04/2014 | 1,060 | $17.5000 | -$18,555.2500 | | $0.0000 | -$18,555.25 |
| 11/18/2014 | 2,000 | $15.2000 | -$30,400.0000 | | $0.0000 | -$30,400.00 |
| 11/19/2014 | 18 | $14.5000 | -$253.7500 | | $0.0000 | -$253.75 |
| 11/21/2014 | 115 | $14.5000 | -$1,664.6000 | | $0.0000 | -$1,664.60 |
| 11/24/2014 | 958 | $14.5000 | -$13,886.6500 | | $0.0000 | -$13,886.65 |
| 11/24/2014 | 2,049 | $14.5000 | -$29,710.5000 | | $0.0000 | -$29,710.50 |
| 11/24/2014 | 861 | $14.5000 | -$12,484.5000 | | $0.0000 | -$12,484.50 |
| 11/25/2014 | 5,000 | $12.5000 | -$62,500.0000 | | $0.0000 | -$62,500.00 |
| 11/25/2014 | 4,090 | $12.5000 | -$51,125.0000 | | $0.0000 | -$51,125.00 |
| 11/25/2014 | 4,339 | $12.5000 | -$54,237.5000 | | $0.0000 | -$54,237.50 |
| 11/25/2014 | 100 | $12.5000 | -$1,250.0000 | | $0.0000 | -$1,250.00 |
| 11/25/2014 | 61 | $12.5000 | -$762.5000 | | $0.0000 | -$762.50 |
| 11/25/2014 | 639 | $12.5000 | -$7,987.5000 | | $0.0000 | -$7,987.50 |
| 11/25/2014 | 271 | $12.5000 | -$3,387.5000 | | $0.0000 | -$3,387.50 |
| 12/04/2014 | 500 | $10.8000 | -$5,400.0000 | | $0.0000 | -$5,400.00 |
| 12/05/2014 | 3,861 | $10.5000 | -$40,540.5000 | | $0.0000 | -$40,540.50 |
| 12/05/2014 | 100 | $10.5000 | -$1,050.0000 | | $0.0000 | -$1,050.00 |
| 12/05/2014 | 129 | $10.5000 | -$1,354.5000 | | $0.0000 | -$1,354.50 |
| 12/05/2014 | 125 | $10.5000 | -$1,312.5000 | | $0.0000 | -$1,312.50 |
| 01/28/2015 | 4,000 | $11.5000 | -$46,000.0000 | | $0.0000 | -$46,000.00 |
| 03/10/2015 | 875 | $11.0000 | -$9,625.0000 | | $0.0000 | -$9,625.00 |
| 03/10/2015 | 516 | $11.0000 | -$5,676.0000 | | $0.0000 | -$5,676.00 |
| 03/10/2015 | 2,494 | $11.0000 | -$27,434.0000 | | $0.0000 | -$27,434.00 |
| 03/10/2015 | 400 | $11.0000 | -$4,400.0000 | | $0.0000 | -$4,400.00 |
| 09/28/2015 | 540 | $9.5000 | -$5,126.2000 | | $0.0000 | -$5,126.20 |
| 09/29/2015 | 260 | $9.5000 | -$2,473.8000 | | $0.0000 | -$2,473.80 |
| 09/29/2015 | 1,056 | $9.5000 | -$10,032.0000 | | $0.0000 | -$10,032.00 |
| 09/29/2015 | 144 | $9.5000 | -$1,368.0000 | | $0.0000 | -$1,368.00 |
| 03/23/2016 | 10,000 | $5.7500 | -$57,500.0000 | | $0.0000 | -$57,500.00 |
| 04/05/2016 | 190 | $5.2000 | -$988.0000 | | $0.0000 | -$988.00 |
| 09/08/2016 | -10,000 | | $0.0000 | $7.0000 | $70,000.0000 | $70,000.00 |
| 11/09/2016 | 200 | $5.8500 | -$1,170.0000 | | $0.0000 | -$1,170.00 |
| 11/09/2016 | 800 | $5.8500 | -$4,680.0000 | | $0.0000 | -$4,680.00 |
| 11/09/2016 | 200 | $5.8500 | -$1,170.0000 | | $0.0000 | -$1,170.00 |
| 11/09/2016 | 800 | $5.8500 | -$4,680.0000 | | $0.0000 | -$4,680.00 |
| 11/09/2016 | 506 | $5.8500 | -$2,960.1000 | | $0.0000 | -$2,960.10 |
| 11/09/2016 | 400 | $5.8500 | -$2,340.0000 | | $0.0000 | -$2,340.00 |
| 11/09/2016 | 494 | $5.8500 | -$2,889.9000 | | $0.0000 | -$2,889.90 |
| 11/09/2016 | 3,600 | $5.8500 | -$21,060.0000 | | $0.0000 | -$21,060.00 |
| 11/09/2016 | 1,400 | $5.8500 | -$8,190.0000 | | $0.0000 | -$8,190.00 |
| 11/15/2016 | 1,000 | $5.4500 | -$5,450.0000 | | $0.0000 | -$5,450.00 |
| 11/15/2016 | 4,506 | $5.4000 | -$24,332.4000 | | $0.0000 | -$24,332.40 |
| 11/15/2016 | 300 | $5.4000 | -$1,620.0000 | | $0.0000 | -$1,620.00 |
| 11/15/2016 | 4,000 | $5.4000 | -$21,600.0000 | | $0.0000 | -$21,600.00 |
| 11/15/2016 | 700 | $5.4000 | -$3,780.0000 | | $0.0000 | -$3,780.00 |
| 11/15/2016 | 494 | $5.4000 | -$2,667.6000 | | $0.0000 | -$2,667.60 |
| 12/09/2016 | -2,000 | | $0.0000 | $5.5372 | $11,074.4000 | $11,074.40 |
| 12/12/2016 | -400 | | $0.0000 | $5.7610 | $2,304.4000 | $2,304.40 |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/12/2016 | -403 | | $0.0000 | $5.7643 | $2,321.2836 | $2,321.28 |
| 12/12/2016 | -230 | | $0.0000 | $5.7643 | $1,325.7890 | $1,325.79 |
| 12/12/2016 | -710 | | $0.0000 | $5.7643 | $4,092.6530 | $4,092.65 |
| 12/12/2016 | -980 | | $0.0000 | $5.7643 | $5,650.7433 | $5,650.74 |
| 12/12/2016 | -200 | | $0.0000 | $5.7789 | $1,155.7800 | $1,155.78 |
| 12/12/2016 | -800 | | $0.0000 | $5.7888 | $4,631.0400 | $4,631.04 |
| 12/12/2016 | -700 | | $0.0000 | $5.7888 | $4,052.1600 | $4,052.16 |
| 12/12/2016 | -597 | | $0.0000 | $5.7889 | $3,457.7100 | $3,457.71 |
| 12/12/2016 | -3 | | $0.0000 | $5.7889 | $15.6300 | $15.63 |
| 12/12/2016 | -25 | | $0.0000 | $5.8037 | $145.0925 | $145.09 |
| 12/12/2016 | -422 | | $0.0000 | $5.7988 | $2,447.0936 | $2,447.09 |
| 12/13/2016 | -200 | | $0.0000 | $5.7100 | $1,142.0000 | $1,142.00 |
| 12/13/2016 | -1,000 | | $0.0000 | $5.7100 | $5,710.0000 | $5,710.00 |
| 12/13/2016 | -800 | | $0.0000 | $5.7200 | $4,576.0000 | $4,576.00 |
| 03/06/2017 | 5,000 | $5.5000 | -$27,500.0000 | | $0.0000 | -$27,500.00 |
| 03/17/2017 | -5,000 | | $0.0000 | $7.0000 | $35,000.0000 | $35,000.00 |
| 05/17/2017 | -80 | | $0.0000 | $8.0681 | $643.0276 | $643.03 |
| 05/17/2017 | -1,878 | | $0.0000 | $8.0681 | $15,149.4714 | $15,149.47 |
| 05/17/2017 | -442 | | $0.0000 | $8.0681 | $3,562.8730 | $3,562.87 |
| 05/17/2017 | -1,571 | | $0.0000 | $8.0681 | $12,672.5647 | $12,672.56 |
| 05/17/2017 | -1,060 | | $0.0000 | $8.0681 | $8,554.6064 | $8,554.61 |
| 05/17/2017 | -18 | | $0.0000 | $8.0681 | $141.1918 | $141.19 |
| 05/17/2017 | -115 | | $0.0000 | $8.0681 | $926.2179 | $926.22 |
| 05/17/2017 | -958 | | $0.0000 | $8.0681 | $7,726.8194 | $7,726.82 |
| 05/17/2017 | -2,000 | | $0.0000 | $8.0681 | $16,136.2000 | $16,136.20 |
| 06/02/2017 | 7,006 | $7.3476 | -$51,477.2856 | | $0.0000 | -$51,477.29 |
| 06/02/2017 | 194 | $7.3476 | -$1,425.4344 | | $0.0000 | -$1,425.43 |
| 06/02/2017 | 600 | $7.3476 | -$4,408.5600 | | $0.0000 | -$4,408.56 |
| 06/02/2017 | 100 | $7.3476 | -$734.7600 | | $0.0000 | -$734.76 |
| 06/02/2017 | 100 | $7.3476 | -$734.7600 | | $0.0000 | -$734.76 |
| 06/19/2017 | 10,000 | $6.7000 | -$67,000.0000 | | $0.0000 | -$67,000.00 |
| 06/22/2017 | 500 | $6.2000 | -$3,100.0000 | | $0.0000 | -$3,100.00 |
| 06/22/2017 | 1,800 | $6.2000 | -$11,160.0000 | | $0.0000 | -$11,160.00 |
| 06/22/2017 | 100 | $6.2000 | -$620.0000 | | $0.0000 | -$620.00 |
| 06/22/2017 | 1,000 | $6.2000 | -$6,200.0000 | | $0.0000 | -$6,200.00 |
| 06/22/2017 | 400 | $6.2000 | -$2,480.0000 | | $0.0000 | -$2,480.00 |
| 06/22/2017 | 200 | $6.2000 | -$1,240.0000 | | $0.0000 | -$1,240.00 |
| 06/22/2017 | 3,494 | $6.2000 | -$21,662.8000 | | $0.0000 | -$21,662.80 |
| 06/22/2017 | 106 | $6.2000 | -$657.2000 | | $0.0000 | -$657.20 |
| 06/22/2017 | 200 | $6.2000 | -$1,240.0000 | | $0.0000 | -$1,240.00 |
| 06/22/2017 | 200 | $6.2000 | -$1,240.0000 | | $0.0000 | -$1,240.00 |
| 08/02/2017 | -500 | | $0.0000 | $7.2110 | $3,605.5000 | $3,605.50 |
| 08/02/2017 | -1,800 | | $0.0000 | $7.2118 | $12,981.2400 | $12,981.24 |
| 08/02/2017 | -100 | | $0.0000 | $7.2209 | $722.0900 | $722.09 |
| 08/02/2017 | -1,000 | | $0.0000 | $7.2210 | $7,221.0000 | $7,221.00 |
| 08/02/2017 | -400 | | $0.0000 | $7.2208 | $2,888.3200 | $2,888.32 |
| 08/02/2017 | -200 | | $0.0000 | $7.2238 | $1,444.7600 | $1,444.76 |
| 10/05/2017 | -10,000 | | $0.0000 | $6.5000 | $65,000.0000 | $65,000.00 |
| 10/06/2017 | -2,049 | | $0.0000 | $6.5000 | $13,318.5000 | $13,318.50 |
| 10/09/2017 | -861 | | $0.0000 | $6.5000 | $5,596.5000 | $5,596.50 |
| 10/09/2017 | -5,000 | | $0.0000 | $6.5000 | $32,500.0000 | $32,500.00 |
| 10/09/2017 | -4,090 | | $0.0000 | $6.5000 | $26,585.0000 | $26,585.00 |
| 10/16/2017 | -4,339 | | $0.0000 | $6.0000 | $26,034.0000 | $26,034.00 |
| 10/16/2017 | -500 | | $0.0000 | $6.0000 | $3,000.0000 | $3,000.00 |
| 10/16/2017 | -3,861 | | $0.0000 | $6.0000 | $23,166.0000 | $23,166.00 |
| 10/16/2017 | -100 | | $0.0000 | $6.0200 | $602.0000 | $602.00 |
| 10/16/2017 | -100 | | $0.0000 | $6.0200 | $602.0000 | $602.00 |
| 10/16/2017 | -61 | | $0.0000 | $6.0100 | $366.6100 | $366.61 |
| 10/16/2017 | -639 | | $0.0000 | $6.0100 | $3,840.3900 | $3,840.39 |
| 10/16/2017 | -271 | | $0.0000 | $6.0400 | $1,636.8400 | $1,636.84 |
| 10/16/2017 | -129 | | $0.0000 | $6.0400 | $779.1600 | $779.16 |
| 10/18/2017 | -875 | | $0.0000 | $5.9649 | $5,219.2875 | $5,219.29 |
| 10/18/2017 | -125 | | $0.0000 | $5.9649 | $745.6125 | $745.61 |
| 10/18/2017 | -4,000 | | $0.0000 | $5.9649 | $23,859.6000 | $23,859.60 |
| 11/02/2017 | 1,108 | $5.3000 | -$5,872.4000 | | $0.0000 | -$5,872.40 |
| 11/02/2017 | 494 | $5.3000 | -$2,618.2000 | | $0.0000 | -$2,618.20 |
| 11/02/2017 | 800 | $5.3000 | -$4,240.0000 | | $0.0000 | -$4,240.00 |
| 11/02/2017 | 1,600 | $5.3000 | -$8,480.0000 | | $0.0000 | -$8,480.00 |
| 11/02/2017 | 700 | $5.3000 | -$3,710.0000 | | $0.0000 | -$3,710.00 |
| 11/02/2017 | 198 | $5.3000 | -$1,049.4000 | | $0.0000 | -$1,049.40 |
| 11/02/2017 | 100 | $5.3000 | -$530.0000 | | $0.0000 | -$530.00 |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/07/2017 | 6 | $4.6800 | -$28.0800 | | $0.0000 | -$28.08 |
| 11/07/2017 | 663 | $4.6800 | -$3,102.8400 | | $0.0000 | -$3,102.84 |
| 11/07/2017 | 400 | $4.6800 | -$1,872.0000 | | $0.0000 | -$1,872.00 |
| 11/07/2017 | 2,572 | $4.6800 | -$12,036.9600 | | $0.0000 | -$12,036.96 |
| 11/07/2017 | 1,359 | $4.6800 | -$6,360.1200 | | $0.0000 | -$6,360.12 |
| 11/09/2017 | 378 | $4.4000 | -$1,663.2000 | | $0.0000 | -$1,663.20 |
| 11/09/2017 | 300 | $4.4000 | -$1,320.0000 | | $0.0000 | -$1,320.00 |
| 11/09/2017 | 500 | $4.4000 | -$2,200.0000 | | $0.0000 | -$2,200.00 |
| 11/09/2017 | 200 | $4.4000 | -$880.0000 | | $0.0000 | -$880.00 |
| 11/09/2017 | 200 | $4.4000 | -$880.0000 | | $0.0000 | -$880.00 |
| 11/09/2017 | 3,422 | $4.4000 | -$15,056.8000 | | $0.0000 | -$15,056.80 |
| 11/13/2017 | 6 | $4.2200 | -$25.3200 | | $0.0000 | -$25.32 |
| 11/13/2017 | 25 | $4.2200 | -$105.5000 | | $0.0000 | -$105.50 |
| 11/13/2017 | 900 | $4.2200 | -$3,798.0000 | | $0.0000 | -$3,798.00 |
| 11/13/2017 | 700 | $4.2200 | -$2,954.0000 | | $0.0000 | -$2,954.00 |
| 11/14/2017 | 5,000 | $3.9900 | -$19,950.0000 | | $0.0000 | -$19,950.00 |
| 11/14/2017 | 100 | $3.9900 | -$399.0000 | | $0.0000 | -$399.00 |
| 11/14/2017 | 500 | $4.0000 | -$2,000.0000 | | $0.0000 | -$2,000.00 |
| 11/14/2017 | 1,200 | $3.9900 | -$4,788.0000 | | $0.0000 | -$4,788.00 |
| 11/14/2017 | 100 | $3.9900 | -$399.0000 | | $0.0000 | -$399.00 |
| 11/14/2017 | 400 | $4.0000 | -$1,600.0000 | | $0.0000 | -$1,600.00 |
| 11/14/2017 | 1,600 | $4.0000 | -$6,400.0000 | | $0.0000 | -$6,400.00 |
| 11/14/2017 | 600 | $4.0000 | -$2,400.0000 | | $0.0000 | -$2,400.00 |
| 11/14/2017 | 3,106 | $3.9900 | -$12,392.9400 | | $0.0000 | -$12,392.94 |
| 11/14/2017 | 2,494 | $4.0000 | -$9,976.0000 | | $0.0000 | -$9,976.00 |
| 11/14/2017 | 200 | $3.9900 | -$798.0000 | | $0.0000 | -$798.00 |
| 11/14/2017 | 875 | $4.0000 | -$3,500.0000 | | $0.0000 | -$3,500.00 |
| 11/14/2017 | 100 | $4.0000 | -$400.0000 | | $0.0000 | -$400.00 |
| 11/14/2017 | 500 | $4.0000 | -$2,000.0000 | | $0.0000 | -$2,000.00 |
| 11/14/2017 | 900 | $4.0000 | -$3,600.0000 | | $0.0000 | -$3,600.00 |
| 11/14/2017 | 400 | $4.0000 | -$1,600.0000 | | $0.0000 | -$1,600.00 |
| 11/14/2017 | 294 | $3.9900 | -$1,173.0600 | | $0.0000 | -$1,173.06 |
| 02/22/2018 | 1,000 | $3.2800 | -$3,280.0000 | | $0.0000 | -$3,280.00 |
| 02/26/2018 | 300 | $3.5950 | -$1,078.5000 | | $0.0000 | -$1,078.50 |
| 02/26/2018 | 1,297 | $3.5999 | -$4,669.0703 | | $0.0000 | -$4,669.07 |
| 02/26/2018 | 297 | $3.6000 | -$1,069.2000 | | $0.0000 | -$1,069.20 |
| 02/26/2018 | 5,000 | $3.6094 | -$18,047.0000 | | $0.0000 | -$18,047.00 |
| 02/26/2018 | 100 | $3.6399 | -$363.9900 | | $0.0000 | -$363.99 |
| 02/26/2018 | 900 | $3.6399 | -$3,275.9100 | | $0.0000 | -$3,275.91 |
| 02/26/2018 | 300 | $3.6447 | -$1,093.4100 | | $0.0000 | -$1,093.41 |
| 02/26/2018 | 1,200 | $3.6399 | -$4,367.8800 | | $0.0000 | -$4,367.88 |
| 02/26/2018 | 200 | $3.6370 | -$727.4000 | | $0.0000 | -$727.40 |
| 02/26/2018 | 206 | $3.6447 | -$750.8082 | | $0.0000 | -$750.81 |
| 02/26/2018 | 200 | $3.6500 | -$730.0000 | | $0.0000 | -$730.00 |
| 03/05/2018 | 1,200 | $3.5700 | -$4,284.0000 | | $0.0000 | -$4,284.00 |
| 03/05/2018 | 4,400 | $3.5800 | -$15,752.0000 | | $0.0000 | -$15,752.00 |
| 03/05/2018 | 100 | $3.5500 | -$355.0000 | | $0.0000 | -$355.00 |
| 03/05/2018 | 100 | $3.5600 | -$356.0000 | | $0.0000 | -$356.00 |
| 03/05/2018 | 4,200 | $3.5800 | -$15,036.0000 | | $0.0000 | -$15,036.00 |
| 04/06/2018 | 5,000 | $3.2800 | -$16,400.0000 | | $0.0000 | -$16,400.00 |
| 04/06/2018 | 5,000 | $3.2800 | -$16,400.0000 | | $0.0000 | -$16,400.00 |
| 05/01/2018 | -516 | | $0.0000 | $4.1000 | $2,115.6000 | $2,115.60 |
| 05/01/2018 | -540 | | $0.0000 | $4.1000 | $2,212.3600 | $2,212.36 |
| 05/01/2018 | -260 | | $0.0000 | $4.1000 | $1,067.6400 | $1,067.64 |
| 05/01/2018 | -190 | | $0.0000 | $4.1000 | $779.0000 | $779.00 |
| 05/01/2018 | -1,000 | | $0.0000 | $4.1000 | $4,100.0000 | $4,100.00 |
| 05/01/2018 | -300 | | $0.0000 | $4.1000 | $1,230.0000 | $1,230.00 |
| 05/01/2018 | -1,297 | | $0.0000 | $4.1000 | $5,317.7000 | $5,317.70 |
| 05/01/2018 | -297 | | $0.0000 | $4.1000 | $1,217.7000 | $1,217.70 |
| 05/01/2018 | -1,200 | | $0.0000 | $4.1000 | $4,920.0000 | $4,920.00 |
| 05/01/2018 | -4,400 | | $0.0000 | $4.1000 | $18,040.0000 | $18,040.00 |
| 05/01/2018 | -5,000 | | $0.0000 | $4.1705 | $20,852.5000 | $20,852.50 |
| 05/01/2018 | -5,000 | | $0.0000 | $4.2079 | $21,039.5000 | $21,039.50 |
| 05/15/2018 | -5,000 | | $0.0000 | $3.6830 | $18,415.0000 | $18,415.00 |
| 05/17/2018 | -2,494 | | $0.0000 | $4.0501 | $10,100.9494 | $10,100.95 |
| 05/17/2018 | -1,056 | | $0.0000 | $4.0501 | $4,276.9056 | $4,276.91 |
| 05/17/2018 | -200 | | $0.0000 | $4.0501 | $810.0200 | $810.02 |
| 05/17/2018 | -800 | | $0.0000 | $4.0537 | $3,242.9600 | $3,242.96 |
| 05/17/2018 | -144 | | $0.0000 | $4.0537 | $583.7328 | $583.73 |
| 05/17/2018 | -506 | | $0.0000 | $4.0537 | $2,051.1722 | $2,051.17 |
| 05/17/2018 | -400 | | $0.0000 | $4.0600 | $1,624.0000 | $1,624.00 |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 05/17/2018 | -400 | | $0.0000 | $4.0600 | $1,624.0000 | $1,624.00 |
| 05/22/2018 | -100 | | $0.0000 | $4.1150 | $411.5000 | $411.50 |
| 05/22/2018 | -900 | | $0.0000 | $4.1073 | $3,696.5700 | $3,696.57 |
| 05/22/2018 | -300 | | $0.0000 | $4.1073 | $1,232.1900 | $1,232.19 |
| 05/22/2018 | -1,200 | | $0.0000 | $4.1074 | $4,928.8800 | $4,928.88 |
| 05/22/2018 | -5,000 | | $0.0000 | $4.1084 | $20,542.0000 | $20,542.00 |
| 05/23/2018 | -494 | | $0.0000 | $4.5000 | $2,223.0000 | $2,223.00 |
| 05/23/2018 | -4,506 | | $0.0000 | $4.5000 | $20,277.0000 | $20,277.00 |
| 05/23/2018 | -3,600 | | $0.0000 | $4.3310 | $15,591.6000 | $15,591.60 |
| 05/23/2018 | -1,400 | | $0.0000 | $4.3310 | $6,063.4000 | $6,063.40 |
| 05/24/2018 | -300 | | $0.0000 | $4.5700 | $1,371.0000 | $1,371.00 |
| 05/24/2018 | -4,000 | | $0.0000 | $4.5600 | $18,240.0000 | $18,240.00 |
| 05/24/2018 | -700 | | $0.0000 | $4.5801 | $3,206.0700 | $3,206.07 |
| 05/31/2018 | -494 | | $0.0000 | $4.4261 | $2,186.4934 | $2,186.49 |
| 05/31/2018 | -7,006 | | $0.0000 | $4.4261 | $31,009.2566 | $31,009.26 |
| 05/31/2018 | -3,494 | | $0.0000 | $4.3000 | $15,024.2000 | $15,024.20 |
| 05/31/2018 | -1,108 | | $0.0000 | $4.3000 | $4,764.4000 | $4,764.40 |
| 05/31/2018 | -194 | | $0.0000 | $4.3300 | $840.0200 | $840.02 |
| 05/31/2018 | -106 | | $0.0000 | $4.3300 | $458.9800 | $458.98 |
| 05/31/2018 | -494 | | $0.0000 | $4.3300 | $2,139.0200 | $2,139.02 |
| 05/31/2018 | -6 | | $0.0000 | $4.3300 | $25.9800 | $25.98 |
| 05/31/2018 | -200 | | $0.0000 | $4.3200 | $864.0000 | $864.00 |
| 05/31/2018 | -800 | | $0.0000 | $4.3200 | $3,456.0000 | $3,456.00 |
| 05/31/2018 | -600 | | $0.0000 | $4.3500 | $2,610.0000 | $2,610.00 |
| 05/31/2018 | -1,600 | | $0.0000 | $4.3500 | $6,960.0000 | $6,960.00 |
| 05/31/2018 | -200 | | $0.0000 | $4.3600 | $872.0000 | $872.00 |
| 05/31/2018 | -700 | | $0.0000 | $4.3600 | $3,052.0000 | $3,052.00 |
| 05/31/2018 | -100 | | $0.0000 | $4.3800 | $438.0000 | $438.00 |
| 05/31/2018 | -198 | | $0.0000 | $4.3800 | $867.2400 | $867.24 |
| 05/31/2018 | -100 | | $0.0000 | $4.3700 | $437.0000 | $437.00 |
| 05/31/2018 | -100 | | $0.0000 | $4.3700 | $437.0000 | $437.00 |
| 08/03/2018 | 5,000 | $2.9341 | -$14,670.5000 | | $0.0000 | -$14,670.50 |
| 08/08/2018 | 3,700 | $2.7800 | -$10,286.0000 | | $0.0000 | -$10,286.00 |
| 08/08/2018 | 500 | $2.7800 | -$1,390.0000 | | $0.0000 | -$1,390.00 |
| 08/08/2018 | 300 | $2.7800 | -$834.0000 | | $0.0000 | -$834.00 |
| 08/08/2018 | 200 | $2.7800 | -$556.0000 | | $0.0000 | -$556.00 |
| 08/08/2018 | 300 | $2.7800 | -$834.0000 | | $0.0000 | -$834.00 |
| 08/09/2018 | 8,400 | $2.6800 | -$22,512.0000 | | $0.0000 | -$22,512.00 |
| 08/09/2018 | 1,600 | $2.6800 | -$4,288.0000 | | $0.0000 | -$4,288.00 |
| 09/17/2018 | -3,700 | | $0.0000 | $3.0201 | $11,174.3700 | $11,174.37 |
| 09/17/2018 | -500 | | $0.0000 | $3.0210 | $1,510.5000 | $1,510.50 |
| 09/17/2018 | -300 | | $0.0000 | $3.0350 | $910.5000 | $910.50 |
| 09/17/2018 | -200 | | $0.0000 | $3.0351 | $607.0200 | $607.02 |
| 09/17/2018 | -300 | | $0.0000 | $3.0366 | $910.9800 | $910.98 |
| 09/17/2018 | -8,400 | | $0.0000 | $3.0000 | $25,200.0000 | $25,200.00 |
| 09/17/2018 | -1,600 | | $0.0000 | $3.0200 | $4,832.0000 | $4,832.00 |
| 09/18/2018 | -5,000 | | $0.0000 | $3.0160 | $15,080.0000 | $15,080.00 |
| 09/21/2018 | -663 | | $0.0000 | $2.8610 | $1,896.8430 | $1,896.84 |
| 09/21/2018 | -378 | | $0.0000 | $2.8610 | $1,081.4580 | $1,081.46 |
| 09/21/2018 | -400 | | $0.0000 | $2.8800 | $1,152.0000 | $1,152.00 |
| 09/21/2018 | -300 | | $0.0000 | $2.8800 | $864.0000 | $864.00 |
| 09/21/2018 | -2,572 | | $0.0000 | $2.9000 | $7,458.8000 | $7,458.80 |
| 09/21/2018 | -500 | | $0.0000 | $2.9000 | $1,450.0000 | $1,450.00 |
| 09/21/2018 | -200 | | $0.0000 | $2.9020 | $580.4000 | $580.40 |
| 09/21/2018 | -200 | | $0.0000 | $2.9050 | $581.0000 | $581.00 |
| 09/21/2018 | -1,359 | | $0.0000 | $2.9100 | $3,954.6900 | $3,954.69 |
| 09/21/2018 | -3,422 | | $0.0000 | $2.9100 | $9,958.0200 | $9,958.02 |
| 09/21/2018 | -6 | | $0.0000 | $2.9100 | $17.4600 | $17.46 |
| 09/28/2018 | -100 | | $0.0000 | $2.8800 | $288.0000 | $288.00 |
| 09/28/2018 | -500 | | $0.0000 | $2.8800 | $1,440.0000 | $1,440.00 |
| 09/28/2018 | -1,200 | | $0.0000 | $2.8700 | $3,444.0000 | $3,444.00 |
| 09/28/2018 | -100 | | $0.0000 | $2.9000 | $290.0000 | $290.00 |
| 09/28/2018 | -400 | | $0.0000 | $2.9000 | $1,160.0000 | $1,160.00 |
| 09/28/2018 | -1,600 | | $0.0000 | $2.9010 | $4,641.6000 | $4,641.60 |
| 09/28/2018 | -600 | | $0.0000 | $2.8900 | $1,734.0000 | $1,734.00 |
| 09/28/2018 | -3,106 | | $0.0000 | $2.8901 | $8,976.6506 | $8,976.65 |
| 09/28/2018 | -2,494 | | $0.0000 | $2.8901 | $7,207.9094 | $7,207.91 |
| 09/28/2018 | -200 | | $0.0000 | $2.8950 | $579.0000 | $579.00 |
| 09/28/2018 | -875 | | $0.0000 | $2.9100 | $2,546.2500 | $2,546.25 |
| 09/28/2018 | -25 | | $0.0000 | $2.9100 | $72.7500 | $72.75 |
| 09/28/2018 | -100 | | $0.0000 | $2.9150 | $291.5000 | $291.50 |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 09/28/2018 | -500 | | $0.0000 | $2.9300 | $1,465.0000 | $1,465.00 |
| 09/28/2018 | -900 | | $0.0000 | $2.9310 | $2,637.9000 | $2,637.90 |
| 09/28/2018 | -900 | | $0.0000 | $2.9310 | $2,637.9000 | $2,637.90 |
| 09/28/2018 | -400 | | $0.0000 | $2.9450 | $1,178.0000 | $1,178.00 |
| 09/28/2018 | -700 | | $0.0000 | $2.9450 | $2,061.5000 | $2,061.50 |
| 09/28/2018 | -294 | | $0.0000 | $2.8200 | $829.0800 | $829.08 |
| 09/28/2018 | -200 | | $0.0000 | $2.8200 | $564.0000 | $564.00 |
| 09/28/2018 | -206 | | $0.0000 | $2.8200 | $580.9200 | $580.92 |
| 09/28/2018 | -200 | | $0.0000 | $2.8200 | $564.0000 | $564.00 |
| 09/28/2018 | -100 | | $0.0000 | $2.8200 | $282.0000 | $282.00 |
| 09/28/2018 | -100 | | $0.0000 | $2.8200 | $282.0000 | $282.00 |
| 09/28/2018 | -4,200 | | $0.0000 | $2.8200 | $11,844.0000 | $11,844.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$410,829.74** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | $0.5903 | 0 | **Total:** | **-$410,829.74** |

*Using the average closing price between November 15, 2018 and February 12, 2019, inclusive.

Note: all pricing and share quantities reflect the Mar 11, 2016 1-for-10 reverse split.