# EXHIBIT 2

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Revolution Lighting Technologies, Inc. ("Revolution Lighting") and its current and former officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     I have reviewed the complaint against Revolution Lighting and its current and former officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.     I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales I have made in Revolution Lighting securities during the Class Period set forth in the complaint.  I have made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| **SEE ATTACHED SCHEDULE A** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL OR EMAIL:
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, New York 10016
info@rosenlegal.com

5.      I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on __3/31/2019_____.

Signature: *Patrick Graham*
DocuSigned by:
336F78149B11461...
Name:     Patrick Graham
Address:  REDACTED

Phone:
E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827          2
OR MAIL OR EMAIL:
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, New York 10016
info@rosenlegal.com

**SCHEDULE A**

**Patrick Graham**

**Revolution Lighting Technologies, Inc.**

TRANSACTIONS (MARCH 14, 2014 THROUGH NOVEMBER 14, 2018)

**PURCHASES**

| DATED | SHARES | PRICE |
|---|---|---|
| 09/27/2018 | 9,715 | ($2.93) |
| 09/27/2018 | 9,100 | ($3.00) |
| 09/27/2018 | 8,100 | ($2.90) |
| 09/27/2018 | 7,200 | ($2.97) |
| 09/27/2018 | 5,406 | ($2.95) |
| 09/27/2018 | 4,794 | ($3.00) |
| 09/27/2018 | 3,194 | ($2.98) |
| 09/27/2018 | 3,135 | ($2.91) |
| 09/27/2018 | 2,400 | ($2.97) |
| 09/27/2018 | 1,223 | ($2.91) |
| 09/27/2018 | 1,000 | ($2.89) |
| 09/27/2018 | 1,000 | ($2.95) |
| 09/27/2018 | 1,000 | ($2.95) |
| 09/27/2018 | 871 | ($2.89) |
| 09/27/2018 | 700 | ($2.97) |
| 09/27/2018 | 677 | ($2.91) |
| 09/27/2018 | 500 | ($2.93) |
| 09/27/2018 | 471 | ($2.92) |
| 09/27/2018 | 300 | ($2.96) |
| 09/27/2018 | 300 | ($2.96) |
| 09/27/2018 | 200 | ($2.99) |
| 09/27/2018 | 100 | ($2.94) |
| 09/27/2018 | 100 | ($2.92) |
| 09/27/2018 | 100 | ($2.95) |
| 09/28/2018 | 9,000 | ($2.98) |
| 09/28/2018 | 5,000 | ($3.07) |
| 09/28/2018 | 1,700 | ($3.00) |
| 09/28/2018 | 1,000 | ($2.98) |
| 09/28/2018 | 882 | ($3.07) |
| 09/28/2018 | 800 | ($3.04) |
| 09/28/2018 | 600 | ($3.01) |
| 09/28/2018 | 600 | ($3.05) |
| 09/28/2018 | 300 | ($3.02) |
| 09/28/2018 | 118 | ($3.03) |

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Revolution Lighting Technologies, Inc. ("Revolution Lighting") and its current and former officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against Revolution Lighting and its current and former officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in Revolution Lighting securities during the Class Period set forth in the complaint.  I have made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| **SEE ATTACHED SCHEDULE A** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL OR EMAIL:
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, New York 10016
info@rosenlegal.com

5.      I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on
3/31/2019
_____.

Signature: _Wendy Graham_____
Name:     Wendy Graham
Address:  REDACTED

Phone:
E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827                    2
OR MAIL OR EMAIL:
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, New York 10016
info@rosenlegal.com

**SCHEDULE A**

**Wendy Graham**

**Revolution Lighting Technologies, Inc.**

TRANSACTIONS (MARCH 14, 2014 THROUGH NOVEMBER 14, 2018)

**PURCHASES**

| DATED | SHARES | PRICE |
|---|---|---|
| 07/26/2018 | 8,800 | ($4.25) |
| 07/26/2018 | 5,757 | ($4.28) |
| 07/26/2018 | 5,000 | ($4.19) |
| 07/26/2018 | 5,000 | ($4.14) |
| 07/26/2018 | 2,500 | ($4.27) |
| 07/26/2018 | 1,000 | ($4.18) |
| 07/26/2018 | 500 | ($4.25) |
| 07/26/2018 | 500 | ($4.27) |
| 07/26/2018 | 300 | ($4.25) |
| 07/26/2018 | 248 | ($4.24) |
| 07/26/2018 | 195 | ($4.24) |
| 07/26/2018 | 100 | ($4.25) |
| 07/26/2018 | 100 | ($4.27) |
| 07/27/2018 | 6,248 | ($4.10) |
| 07/27/2018 | 5,000 | ($4.05) |
| 07/27/2018 | 5,000 | ($4.12) |
| 07/27/2018 | 5,000 | ($4.25) |
| 07/27/2018 | 4,000 | ($4.10) |
| 07/27/2018 | 3,000 | ($4.20) |
| 07/27/2018 | 2,852 | ($4.14) |
| 07/27/2018 | 2,000 | ($4.25) |
| 07/27/2018 | 1,100 | ($4.19) |
| 07/27/2018 | 900 | ($4.10) |
| 07/27/2018 | 800 | ($4.14) |
| 07/27/2018 | 800 | ($4.24) |
| 07/27/2018 | 600 | ($4.21) |
| 07/27/2018 | 500 | ($4.16) |
| 07/27/2018 | 400 | ($4.20) |
| 07/27/2018 | 321 | ($4.12) |
| 07/27/2018 | 300 | ($4.22) |
| 07/27/2018 | 200 | ($4.13) |
| 07/27/2018 | 200 | ($4.18) |
| 07/27/2018 | 200 | ($4.23) |
| 07/27/2018 | 179 | ($4.13) |
| 07/27/2018 | 100 | ($4.08) |
| 07/27/2018 | 100 | ($4.08) |
| 07/27/2018 | 100 | ($4.12) |
| 07/27/2018 | 100 | ($4.15) |

| | | |
|---|---|---|
| 07/30/2018 | 8,200 | ($4.25) |
| 07/30/2018 | 5,600 | ($4.10) |
| 07/30/2018 | 5,000 | ($4.16) |
| 07/30/2018 | 4,645 | ($4.16) |
| 07/30/2018 | 2,800 | ($4.18) |
| 07/30/2018 | 500 | ($4.14) |
| 07/30/2018 | 500 | ($4.16) |
| 07/30/2018 | 400 | ($4.10) |
| 07/30/2018 | 400 | ($4.15) |
| 07/30/2018 | 400 | ($4.20) |
| 07/30/2018 | 300 | ($4.12) |
| 07/30/2018 | 300 | ($4.18) |
| 07/30/2018 | 200 | ($4.17) |
| 07/30/2018 | 200 | ($4.19) |
| 07/30/2018 | 100 | ($4.16) |
| 07/30/2018 | 100 | ($4.15) |
| 07/30/2018 | 100 | ($4.22) |
| 07/30/2018 | 100 | ($4.23) |
| 07/30/2018 | 100 | ($4.24) |
| 07/30/2018 | 55 | ($4.16) |
| 08/02/2018 | 10,000 | ($3.41) |
| 08/02/2018 | 5,000 | ($3.41) |
| 08/02/2018 | 5,000 | ($3.41) |
| 08/02/2018 | 5,000 | ($3.42) |
| 08/02/2018 | 3,100 | ($3.56) |
| 08/02/2018 | 500 | ($3.48) |
| 08/02/2018 | 500 | ($3.54) |
| 08/02/2018 | 300 | ($3.55) |
| 08/02/2018 | 200 | ($3.51) |
| 08/02/2018 | 100 | ($3.49) |
| 08/02/2018 | 100 | ($3.50) |
| 08/02/2018 | 100 | ($3.51) |
| 08/02/2018 | 100 | ($3.56) |
| 08/03/2018 | 4,200 | ($2.94) |
| 08/03/2018 | 700 | ($2.94) |
| 08/03/2018 | 200 | ($2.94) |
| 08/03/2018 | 100 | ($2.94) |
| 08/03/2018 | 100 | ($2.94) |
| 08/07/2018 | 10,169 | ($2.86) |
| 08/07/2018 | 9,700 | ($2.85) |
| 08/07/2018 | 5,000 | ($2.85) |
| 08/07/2018 | 5,000 | ($2.85) |
| 08/07/2018 | 4,900 | ($2.85) |
| 08/07/2018 | 4,000 | ($2.86) |
| 08/07/2018 | 1,000 | ($2.86) |
| 08/07/2018 | 800 | ($2.85) |

| | | |
|---|---|---|
| 08/07/2018 | 200 | ($2.86) |
| 08/07/2018 | 100 | ($2.86) |
| 08/07/2018 | 100 | ($2.86) |
| 08/07/2018 | 31 | ($2.85) |
| 08/08/2018 | 20,000 | ($2.78) |
| 08/08/2018 | 5,000 | ($2.73) |
| 08/10/2018 | 6,692 | ($2.27) |
| 08/13/2018 | 10,008 | ($2.45) |
| 08/15/2018 | 1,700 | ($2.25) |