# EXHIBIT 3

**Revolution Lighting Technologies, Inc. Loss Chart**
**Class Period: March 14, 2014 through November 14, 2018**

| | | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $0.59034 |
| Patrick Graham | 09/27/2018 | 9,715 | ($2.93) | ($28,464.95) | | | | | | | | |
| | 09/27/2018 | 9,100 | ($3.00) | ($27,300.00) | | | | | | | | |
| | 09/27/2018 | 8,100 | ($2.90) | ($23,490.00) | | | | | | | | |
| | 09/27/2018 | 7,200 | ($2.97) | ($21,384.00) | | | | | | | | |
| | 09/27/2018 | 5,406 | ($2.95) | ($15,947.70) | | | | | | | | |
| | 09/27/2018 | 4,794 | ($3.00) | ($14,382.00) | | | | | | | | |
| | 09/27/2018 | 3,194 | ($2.98) | ($9,518.12) | | | | | | | | |
| | 09/27/2018 | 3,135 | ($2.91) | ($9,122.85) | | | | | | | | |
| | 09/27/2018 | 2,400 | ($2.97) | ($7,128.00) | | | | | | | | |
| | 09/27/2018 | 1,223 | ($2.91) | ($3,558.93) | | | | | | | | |
| | 09/27/2018 | 1,000 | ($2.89) | ($2,890.00) | | | | | | | | |
| | 09/27/2018 | 1,000 | ($2.95) | ($2,950.00) | | | | | | | | |
| | 09/27/2018 | 1,000 | ($2.95) | ($2,950.00) | | | | | | | | |
| | 09/27/2018 | 871 | ($2.89) | ($2,517.19) | | | | | | | | |
| | 09/27/2018 | 700 | ($2.97) | ($2,079.00) | | | | | | | | |
| | 09/27/2018 | 677 | ($2.91) | ($1,970.07) | | | | | | | | |
| | 09/27/2018 | 500 | ($2.93) | ($1,465.00) | | | | | | | | |
| | 09/27/2018 | 471 | ($2.92) | ($1,375.32) | | | | | | | | |
| | 09/27/2018 | 300 | ($2.96) | ($888.00) | | | | | | | | |
| | 09/27/2018 | 300 | ($2.96) | ($888.00) | | | | | | | | |
| | 09/27/2018 | 200 | ($2.99) | ($598.00) | | | | | | | | |
| | 09/27/2018 | 100 | ($2.94) | ($294.00) | | | | | | | | |
| | 09/27/2018 | 100 | ($2.92) | ($292.00) | | | | | | | | |
| | 09/27/2018 | 100 | ($2.95) | ($295.00) | | | | | | | | |
| | 09/28/2018 | 9,000 | ($2.98) | ($26,820.00) | | | | | | | | |
| | 09/28/2018 | 5,000 | ($3.07) | ($15,350.00) | | | | | | | | |
| | 09/28/2018 | 1,700 | ($3.00) | ($5,100.00) | | | | | | | | |
| | 09/28/2018 | 1,000 | ($2.98) | ($2,980.00) | | | | | | | | |
| | 09/28/2018 | 882 | ($3.07) | ($2,707.74) | | | | | | | | |
| | 09/28/2018 | 800 | ($3.04) | ($2,432.00) | | | | | | | | |
| | 09/28/2018 | 600 | ($3.01) | ($1,806.00) | | | | | | | | |
| | 09/28/2018 | 600 | ($3.05) | ($1,830.00) | | | | | | | | |
| | 09/28/2018 | 300 | ($3.02) | ($906.00) | | | | | | | | |
| | 09/28/2018 | 118 | ($3.03) | ($357.54) | | | | | | | | |
| | | **81,586** | | **($242,037.41)** | | | | | **81,586** | **$48,163.40** | **($193,874.01)** | |
| | | | | | | | | | | | | |
| Wendy Graham | 07/26/2018 | 8,800 | ($4.25) | ($37,400.00) | | | | | | | | |
| | 07/26/2018 | 5,757 | ($4.28) | ($24,639.96) | | | | | | | | |
| | 07/26/2018 | 5,000 | ($4.19) | ($20,950.00) | | | | | | | | |
| | 07/26/2018 | 5,000 | ($4.14) | ($20,700.00) | | | | | | | | |
| | 07/26/2018 | 2,500 | ($4.27) | ($10,675.00) | | | | | | | | |
| | 07/26/2018 | 1,000 | ($4.18) | ($4,180.00) | | | | | | | | |
| | 07/26/2018 | 500 | ($4.25) | ($2,125.00) | | | | | | | | |
| | 07/26/2018 | 500 | ($4.27) | ($2,135.00) | | | | | | | | |
| | 07/26/2018 | 300 | ($4.25) | ($1,275.00) | | | | | | | | |
| | 07/26/2018 | 248 | ($4.24) | ($1,051.52) | | | | | | | | |
| | 07/26/2018 | 195 | ($4.24) | ($826.80) | | | | | | | | |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 07/26/2018 | 100 | ($4.25) | ($425.00) |
| 07/26/2018 | 100 | ($4.27) | ($427.00) |
| 07/27/2018 | 6,248 | ($4.10) | ($25,616.80) |
| 07/27/2018 | 5,000 | ($4.05) | ($20,250.00) |
| 07/27/2018 | 5,000 | ($4.12) | ($20,600.00) |
| 07/27/2018 | 5,000 | ($4.25) | ($21,250.00) |
| 07/27/2018 | 4,000 | ($4.10) | ($16,400.00) |
| 07/27/2018 | 3,000 | ($4.20) | ($12,600.00) |
| 07/27/2018 | 2,852 | ($4.14) | ($11,807.28) |
| 07/27/2018 | 2,000 | ($4.25) | ($8,500.00) |
| 07/27/2018 | 1,100 | ($4.19) | ($4,609.00) |
| 07/27/2018 | 900 | ($4.10) | ($3,690.00) |
| 07/27/2018 | 800 | ($4.14) | ($3,312.00) |
| 07/27/2018 | 800 | ($4.24) | ($3,392.00) |
| 07/27/2018 | 600 | ($4.21) | ($2,526.00) |
| 07/27/2018 | 500 | ($4.16) | ($2,080.00) |
| 07/27/2018 | 400 | ($4.20) | ($1,680.00) |
| 07/27/2018 | 321 | ($4.12) | ($1,322.52) |
| 07/27/2018 | 300 | ($4.22) | ($1,266.00) |
| 07/27/2018 | 200 | ($4.13) | ($826.00) |
| 07/27/2018 | 200 | ($4.18) | ($836.00) |
| 07/27/2018 | 200 | ($4.23) | ($846.00) |
| 07/27/2018 | 179 | ($4.13) | ($739.27) |
| 07/27/2018 | 100 | ($4.08) | ($408.00) |
| 07/27/2018 | 100 | ($4.08) | ($408.00) |
| 07/27/2018 | 100 | ($4.12) | ($412.00) |
| 07/27/2018 | 100 | ($4.15) | ($415.00) |
| 07/30/2018 | 8,200 | ($4.25) | ($34,850.00) |
| 07/30/2018 | 5,600 | ($4.10) | ($22,960.00) |
| 07/30/2018 | 5,000 | ($4.16) | ($20,800.00) |
| 07/30/2018 | 4,645 | ($4.16) | ($19,323.20) |
| 07/30/2018 | 2,800 | ($4.18) | ($11,704.00) |
| 07/30/2018 | 500 | ($4.14) | ($2,070.00) |
| 07/30/2018 | 500 | ($4.16) | ($2,080.00) |
| 07/30/2018 | 400 | ($4.10) | ($1,640.00) |
| 07/30/2018 | 400 | ($4.15) | ($1,660.00) |
| 07/30/2018 | 400 | ($4.20) | ($1,680.00) |
| 07/30/2018 | 300 | ($4.12) | ($1,236.00) |
| 07/30/2018 | 300 | ($4.18) | ($1,254.00) |
| 07/30/2018 | 200 | ($4.17) | ($834.00) |
| 07/30/2018 | 200 | ($4.19) | ($838.00) |
| 07/30/2018 | 100 | ($4.16) | ($416.00) |
| 07/30/2018 | 100 | ($4.15) | ($415.00) |
| 07/30/2018 | 100 | ($4.22) | ($422.00) |
| 07/30/2018 | 100 | ($4.23) | ($423.00) |
| 07/30/2018 | 100 | ($4.24) | ($424.00) |
| 07/30/2018 | 55 | ($4.16) | ($228.80) |
| 08/02/2018 | 10,000 | ($3.41) | ($34,100.00) |
| 08/02/2018 | 5,000 | ($3.41) | ($17,050.00) |
| 08/02/2018 | 5,000 | ($3.41) | ($17,050.00) |

| Date | Shares | Price | Amount | | Shares | | |
|---|---|---|---|---|---|---|---|
| 08/02/2018 | 5,000 | ($3.42) | ($17,100.00) | | | | |
| 08/02/2018 | 3,100 | ($3.56) | ($11,036.00) | | | | |
| 08/02/2018 | 500 | ($3.48) | ($1,740.00) | | | | |
| 08/02/2018 | 500 | ($3.54) | ($1,770.00) | | | | |
| 08/02/2018 | 300 | ($3.55) | ($1,065.00) | | | | |
| 08/02/2018 | 200 | ($3.51) | ($702.00) | | | | |
| 08/02/2018 | 100 | ($3.49) | ($349.00) | | | | |
| 08/02/2018 | 100 | ($3.50) | ($350.00) | | | | |
| 08/02/2018 | 100 | ($3.51) | ($351.00) | | | | |
| 08/02/2018 | 100 | ($3.56) | ($356.00) | | | | |
| 08/03/2018 | 4,200 | ($2.94) | ($12,348.00) | | | | |
| 08/03/2018 | 700 | ($2.94) | ($2,058.00) | | | | |
| 08/03/2018 | 200 | ($2.94) | ($588.00) | | | | |
| 08/03/2018 | 100 | ($2.94) | ($294.00) | | | | |
| 08/03/2018 | 100 | ($2.94) | ($294.00) | | | | |
| 08/07/2018 | 10,169 | ($2.86) | ($29,083.34) | | | | |
| 08/07/2018 | 9,700 | ($2.85) | ($27,645.00) | | | | |
| 08/07/2018 | 5,000 | ($2.85) | ($14,250.00) | | | | |
| 08/07/2018 | 5,000 | ($2.85) | ($14,250.00) | | | | |
| 08/07/2018 | 4,900 | ($2.85) | ($13,965.00) | | | | |
| 08/07/2018 | 4,000 | ($2.86) | ($11,440.00) | | | | |
| 08/07/2018 | 1,000 | ($2.86) | ($2,860.00) | | | | |
| 08/07/2018 | 800 | ($2.85) | ($2,280.00) | | | | |
| 08/07/2018 | 200 | ($2.86) | ($572.00) | | | | |
| 08/07/2018 | 100 | ($2.86) | ($286.00) | | | | |
| 08/07/2018 | 100 | ($2.86) | ($286.00) | | | | |
| 08/07/2018 | 31 | ($2.85) | ($88.35) | | | | |
| 08/08/2018 | 20,000 | ($2.78) | ($55,600.00) | | | | |
| 08/08/2018 | 5,000 | ($2.73) | ($13,650.00) | | | | |
| 08/10/2018 | 6,692 | ($2.27) | ($15,190.84) | | | | |
| 08/13/2018 | 10,008 | ($2.45) | ($24,519.60) | | | | |
| 08/15/2018 | 1,700 | ($2.25) | ($3,825.00) | | | | |
| | **219,700** | | **($766,252.28)** | | **219,700** | **$129,697.47** | **($636,554.81)** |
| **TOTAL** | **301,286** | | **($1,008,289.69)** | | **301,286** | **$177,860.87** | **($830,428.82)** |