UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | Civil Action No: 1:19-cv-00980-JPO <br><br> **MOTION OF MOVANTS CRAIG HOLMAN AND RUSSELL HOPEWELL TO CONSOLIDATE ACTIONS AND BE APPOINTED LEAD PLAINTIFF AND TO APPRROVE THEIR SELECTION OF COUNSEL** |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | Civil Action No.: 1:19-cv-02308-JPO |

Class members Craig Holman and Russell Hopewell ("Movants"), by their counsel, hereby move this Court for an Order (submitted herewith): (i) consolidating the above-captioned actions; (ii) appointing Movants as lead plaintiff in the above-captioned action pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4; (iii) approving Movants' selection of the law firm of Gainey McKenna & Egleston to serve as Lead Counsel pursuant to

- 2 -

15 U.S.C. § 78u-4(a)(3)(B)(v); and (iv) granting such other and additional relief as the Court may deem just and proper.

This motion is made on the grounds that Movants have timely filed this motion, believe they have suffered the most significant financial loss resulting from Defendants' alleged misconduct and qualify as the "most adequate" plaintiffs under § 21D of the Exchange Act.

In support of this motion, Movants submit herewith a memorandum of law, the Declaration of Thomas J. McKenna, the pleadings and other files herein and such other written or oral arguments as may be permitted by the Court.

Dated: April 1, 2019

Respectfully submitted,

***GAINEY McKENNA & EGLESTON***

By: */s/ Thomas J. McKenna*
      Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

***Proposed Lead Counsel***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 1, 2019.

/s/ Thomas J. McKenna
Thomas J. McKenna