**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | Civil Action No: 1:19-cv-00980-JPO <br><br><br> **DECLARATION OF THOMAS J. McKENNA IN SUPPORT OF CRAIG HOLMAN AND RUSSELL HOPEWELL'S MOTION TO CONSOLIDATE THE ACTIONS, TO BE APPOINTED AS LEAD PLAINTIFF AND FOR APPROVAL OF THEIR SELECTION OF COUNSEL** |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | Civil Action No.: 1:19-cv-02308-JPO |

I, Thomas J. McKenna, hereby declare that:

1.      I am a member of Gainey McKenna & Egleston, counsel for class members Craig Holman and Russell Hopewell ("Movants"). I respectfully submit this declaration in support of Movants' Motion to Consolidate the Actions, to be Appointed as Lead Plaintiff and for Approval of Their Selection of Counsel in the above-captioned action.

2

2.      Attached hereto as Exhibit A is a true and correct copy of a press release, dated January 31, 2019.

3.      Attached hereto as Exhibit B are true and correct copies of the certifications of Craig Holman and Russell Hopewell subscribed under penalty of perjury.

4.      Attached hereto as Exhibit C is a true and correct copy of a loss chart showing the losses of Craig Holman and Russell Hopewell;

5.      Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Gainey McKenna & Egleston.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: April 1, 2019

*/s/ Thomas J. McKenna*
Thomas J. McKenna

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 1, 2019.

*/s/ Thomas J. McKenna*
Thomas J. McKenna