# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF

I, <u>Russell Hopewell</u> ("Plaintiff") hereby retain the Gainey McKenna & Egleston and such co-counsel it deems appropriate to associate with, subject to their investigation, to pursue my claims on a contingent fee basis and for counsel to advance the costs of the case, with no attorneys fee owing except as may be awarded by the court at the conclusion of the matter and paid out of any recovery obtained and I also hereby declare the following as to the claims asserted under the law that:

Plaintiff reviewed the complaint to be filed in this matter and authorized the filing of a complaint based on similar allegations in a related or amended complaint.

Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

Plaintiff's transactions in *Revolution Lighting Technologies, Inc. (RVLT)* securities that are the subject of this action during the Class Period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| see attached | | | | |
| | | | | |
| | | | | |

**Please list other transactions on a separate sheet of paper, if necessary.**

Plaintiff has sought to serve as a class representative in the following cases within the last three years: NONE.

Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring suit to recover for investment losses.

Plaintiff will not accept any payment serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __15__ day of __March__, 2019

_____
Signature

__Russell Hopewell__
Print Name

**Russell Hopewell**

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 250 | RVLT | Buy | 5/13/2014 | $23.80 |
| 150 | RVLT | Buy | 5/13/2014 | $23.81 |
| 300 | RVLT | Buy | 10/2/2014 | $15.71 |
| 50 | RVLT | Buy | 10/2/2014 | $15.90 |
| 40 | RVLT | Buy | 10/2/2014 | $15.71 |
| 10 | RVLT | Buy | 10/2/2014 | $15.90 |
| 920 | RVLT | Buy | 12/5/2014 | $10.30 |
| 680 | RVLT | Buy | 12/5/2014 | $10.29 |
| 250 | RVLT | Buy | 12/5/2014 | $10.19 |
| 150 | RVLT | Buy | 12/5/2014 | $10.20 |
| 65 | RVLT | Buy | 12/5/2014 | $10.33 |
| 2,045 | RVLT | Buy | 3/16/2015 | $9.90 |
| 435 | RVLT | Buy | 3/16/2015 | $9.80 |
| 20 | RVLT | Buy | 3/16/2015 | $9.81 |
| 1,000 | RVLT | Buy | 3/22/2016 | $6.02 |
| | | | | |

## CERTIFICATION OF NAMED PLAINTIFF

I, _CRAIG HOLMAN_ ("Plaintiff") hereby retain the Gainey McKenna & Egleston and such co-counsel it deems appropriate to associate with, subject to their investigation, to pursue my claims on a contingent fee basis and for counsel to advance the costs of the case, with no attorneys fee owing except as may be awarded by the court at the conclusion of the matter and paid out of any recovery obtained and I also hereby declare the following as to the claims asserted under the law that:

Plaintiff reviewed the complaint to be filed in this matter and authorized the filing of a complaint based on similar allegations in a related or amended complaint.

Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

Plaintiff's transactions in *Revolution Lighting Technologies, Inc. (RVLT)* securities that are the subject of this action during the Class Period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| SEE Attached | | | | |
| | | | | |
| | | | | |

**Please list other transactions on a separate sheet of paper, if necessary.**

Plaintiff has sought to serve as a class representative in the following cases within the last three years: NONE.

Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring suit to recover for investment losses.

Plaintiff will not accept any payment serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _23_ day of _February_, 2019

_____
Signature

_Craig Holman_
Print Name

**Craig Holman**

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 12,953 | RVLT | Buy | 05/09/2016 | $3.9 |