# EXHIBIT C

Case 1:19-cv-00980-JPO   Document 15-3   Filed 04/01/19

## Movants' Trades Revolution Technologies, Inc. Securities

### Craig Holman

| Date Purchased | Shares | Price | Total | Date Sold | Shares | Price | Total | |
|---|---|---|---|---|---|---|---|---|
| 5/9/2016 | 12,953 | $3.9000 | $50,516.70 | 03/29/2019* | 12,953 | $0.2300 | $2,979.19 | |
| | | | | | | | | |
| **Total** | **12,953** | | **$50,516.70** | | **12,953** | | **$2,979.19** | **-$47,537.51** |

### Russell Hopewell

| Date Purchased | Shares | Price | Total | Date Sold | Shares | Price | Total | |
|---|---|---|---|---|---|---|---|---|
| 5/13/2014 | 250 | $238.0000 | $5,950.59 | 03/29/2019* | 6,365 | $0.2300 | $1,463.95 | |
| 5/13/2014 | 150 | $23.8100 | $3,571.86 | | | | | |
| 10/2/2014 | 300 | $15.7100 | $4,713.71 | | | | | |
| 10/2/2014 | 50 | $15.9000 | $795.12 | | | | | |
| 10/2/2014 | 40 | $15.7100 | $628.50 | | | | | |
| 10/2/2014 | 10 | $15.9000 | $159.02 | | | | | |
| 12/5/2014 | 920 | $10.3000 | $9,480.12 | | | | | |
| 12/5/2014 | 680 | $10.2900 | $7,000.24 | | | | | |
| 12/5/2014 | 250 | $10.1900 | $2,548.62 | | | | | |
| 12/5/2014 | 150 | $10.2000 | $1,530.67 | | | | | |
| 12/5/2014 | 65 | $10.3300 | $671.30 | | | | | |
| 3/16/2015 | 2,045 | $9.9000 | $20,252.82 | | | | | |
| 3/16/2015 | 435 | $9.8000 | $4,264.56 | | | | | |
| 3/16/2015 | 20 | $9.8100 | $196.15 | | | | | |
| 3/22/2016 | 1,000 | $6.0200 | $6,023.95 | | | | | |
| | | | | | | | | |
| **Total** | **6,365** | | **$67,787.23** | | **6,365** | | **$1,463.95** | **-$66,323.28** |

*Shares still held.