UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>      Defendants. | Case No.  1:19-cv-00980-JPO<br><br>DECLARATION IN SUPPORT OF MOTION OF CHRIS HUBNER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>      Defendants. | Case No.  1:19-cv-02308-JPO |
| BOB BISHOP, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>      Defendants. | Case No.  1:19-cv-02722-UA |

1

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Chris Hubner ("Hubner"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Hubner's motion for consolidation, appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:    Press release announcing the pendency of the first-filed of the above captioned actions;
>
> Exhibit B:    Shareholder Certification of Hubner;
>
> Exhibit C:    Loss chart of Hubner; and
>
> Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 1, 2019, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman