# EXHIBIT C

**Revolution Technologies, Inc. (RVLTF)**
**Class Period Start:**        **3/14/2014**
**Class Period End:**          **11/14/2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Hubner, Chris | 8/6/2018 | 2,500 | $2.7550 | ($6,888) | *11/15/2018* | (4,300) | $0.8500 | $3,655 | | |
| Hubner, Chris | 8/6/2018 | 1,100 | $2.7645 | ($3,041) | *11/15/2018* | (2,500) | $0.8500 | $2,125 | | |
| Hubner, Chris | 8/6/2018 | 100 | $2.7660 | ($277) | *11/15/2018* | (26,000) | $0.8500 | $22,100 | | |
| Hubner, Chris | 8/6/2018 | 24 | $2.7745 | ($67) | | | | | | |
| Hubner, Chris | 8/6/2018 | 100 | $2.7845 | ($278) | | | | | | |
| Hubner, Chris | 8/6/2018 | 4,676 | $2.7844 | ($13,020) | | | | | | |
| Hubner, Chris | 8/14/2018 | 2,800 | $2.3300 | ($6,524) | | | | | | |
| Hubner, Chris | 8/14/2018 | 1,500 | $2.3320 | ($3,498) | | | | | | |
| Hubner, Chris | 8/17/2018 | 100 | $2.5590 | ($256) | | | | | | |
| Hubner, Chris | 8/17/2018 | 1,450 | $2.5600 | ($3,712) | | | | | | |
| Hubner, Chris | 8/17/2018 | 200 | $2.5700 | ($514) | | | | | | |
| Hubner, Chris | 8/17/2018 | 1,525 | $2.5890 | ($3,948) | | | | | | |
| Hubner, Chris | 8/17/2018 | 1,925 | $2.5900 | ($4,986) | | | | | | |
| Hubner, Chris | 8/17/2018 | 4,800 | $2.6000 | ($12,480) | | | | | | |
| Hubner, Chris | 8/17/2018 | 113 | $2.6000 | ($294) | | | | | | |
| Hubner, Chris | 8/17/2018 | 9,887 | $2.6200 | ($25,904) | | | | | | |
| **Hubner, Chris** | | **32,800** | | **($85,686)** | | **(32,800)** | | **$27,880** | **32,800** | **($57,806)** |