**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA,<br><br>  Defendants. | Case No.: 19 Civ. 980 (JPO) |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA,<br><br>  Defendants. | Case No.: 19 Civ. 2308 (JPO) |

*(Caption continued on next page)*

**NOTICE OF MOTION OF THE**
**POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT**
**FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD**
**PLAINTIFF,  AND APPROVAL OF LEAD COUNSEL SELECTION**

BOB BISHOP, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

        v.

REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA,

                Defendants.

Case No.: 19 Civ. 2722 (JPO)

**PLEASE TAKE NOTICE** that the Police and Fire Retirement System of the City of Detroit ("Detroit P&F") respectfully moves this Court for an order: (1) pursuant to Federal Rule of Civil Procedure Rule 42(a) consolidating the above-captioned cases; (2) pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a) (the "PSLRA") (i) appointing Detroit P&F as Lead Plaintiff, and (ii) approving Detroit P&F's selection of the law firm Kirby McInerney LLP as Lead Counsel for the Class; and (3) granting any further relief as the Court may deem just and proper.

This motion is based on this notice, the accompanying memorandum of law, the declaration of Peter S. Linden, and the Court's complete files and records in these actions, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: April 1, 2019

**KIRBY McINERNEY LLP**

*/s/ Peter S. Linden*
Peter S. Linden
Ira M. Press
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Email: plinden@kmllp.com
            ipress@kmllp.com

*Counsel for Movant Detroit P&F and Proposed*
*Lead Counsel for the Proposed Class*