**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA,<br><br>Defendants. | Case No.: 19 Civ. 980 (JPO) |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA,<br><br>Defendants. | Case No.: 19 Civ. 2308 (JPO) |

*(Caption continued on next page)*

**[PROPOSED] ORDER GRANTING THE**
**POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S**
**MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF LEAD COUNSEL SELECTION**

|  |  |
|---|---|
| BOB BISHOP, Individually and On Behalf of All Others Similarly Situated, <br><br>               Plaintiff, <br><br>       v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA, <br><br>          Defendants. | Case No.: 19 Civ. 2722 (JPO) |

Having considered the motion of the Police and Fire Retirement System of the City of Detroit ("Detroit P&F") for consolidation of related cases, appointment as lead plaintiff, and approval of lead counsel selection (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1)    The Motion is **GRANTED**.

2)    The above-captioned cases are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Revolution Lighting Technologies, Inc. Securities Litigiation*, Master File No. 19-cv-980.

3)    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Detroit P&F as Lead Plaintiff.

4)    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Kirby McInerney LLP is approved as Lead Counsel for the class.

5)    IT IS SO ORDERED.


Dated: _____                    _____

                                                   Hon. J. Paul Oetken
                                                   UNITED STATES DISTRICT JUDGE