**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated,<br><br><div align=center>Plaintiff,</div><br><div align=center>v.</div><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA,<br><br><div align=center>Defendants.</div> | Case No.: 19 Civ. 980 (JPO) |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated,<br><br><div align=center>Plaintiff,</div><br><div align=center>v.</div><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA,<br><br><div align=center>Defendants.</div> | Case No.: 19 Civ. 2308 (JPO) |

*(Caption continued on next page)*

**DECLARATION OF PETER S. LINDEN IN SUPPORT OF THE
POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S
MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD
<u>PLAINTIFF, AND APPROVAL OF LEAD COUNSEL SELECTION</u>**

BOB BISHOP, Individually and On Behalf of All Others Similarly Situated,

               Plaintiff,

      v.

REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFFER, and JAMES A. DEPALMA,

            Defendants.

Case No.: 19 Civ. 2722 (JPO)

I, Peter S. Linden, hereby declare as follows:

1.      I am a partner of the law firm Kirby McInerney LLP, counsel for lead plaintiff movant the Police and Fire Retirement System of the City of Detroit ("Detroit P&F").

2.      I submit this Declaration, together with the attached exhibits, in support of Detroit P&F's motion to consolidate the related cases, appoint Detroit P&F to serve as lead plaintiff on behalf of the proposed class in this action, and to approve Detroit P&F's selection of the law firm Kirby McInerney LLP as lead counsel.  Attached hereto as the exhibits indicated are true and correct copies of the following documents:

Exhibit 1:      Press release published January 31, 2019 on *Business Wire* announcing the pendency of the class action filed by James Glavan against Defendants herein.

Exhibit 2:      Certification of Detroit P&F.

Exhibit 3:      Table of the calculated loss incurred by Detroit P&F as result of its transactions in Revolution Lighting Technologies, Inc. securities.

Exhibit 4:      Firm résumé of Kirby McInerney LLP.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on April 1, 2019, at New York, New York.

*/s/ Peter S. Linden*
Peter S. Linden