# EXHIBIT 2

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, David Cetlinski, on behalf of the Police and Fire Retirement System of the City of Detroit ("Detroit P&F"), hereby certify as to the claims asserted under the federal securities laws, that:

1.      I serve as the Executive Director of Detroit P&F.  In that capacity, I am authorized to make this certification on behalf of Detroit P&F.

2.      I have reviewed the class action complaints filed in the actions against Revolution Lighting Technologies, Inc., *et al.*  Detroit P&F has authorized the filing of this motion for appointment as lead plaintiff in those actions.  Detroit P&F has retained the law firm of Kirby McInerney LLP to pursue such action on a contingent fee basis.

3.      Detroit P&F did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.      Detroit P&F is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

5.      Detroit P&F's transactions in the Revolution Lighting Technologies, Inc. securities that are the subject of this action are set forth in the chart attached hereto as Schedule A.

6.      The only private actions under the Securities Act of 1933 or the Securities Exchange Act of 1934 filed during the last three years in which Detroit P&F has sought to serve as lead plaintiff or representative party on behalf of class are:

> *Beisel v. La Quinta Holdings Inc., et al.*, No. 16-cv-03068 (S.D.N.Y.) (appointed and served as lead plaintiff)

> *In re CenturyLink Sales Practices and Sec. Litig.*, No. 17-md-2795 (D. Minn.); *Craig v. CenturyLink, Inc.*, No. 18-cv-296 (D. Minn.) (moved to be appointed as lead plaintiff, was not appointed)

> *In re Wageworks, Inc., Sec. Litig.*, No. 18-cv-1523 (N.D. Cal.) (moved to be appointed as lead plaintiff, withdrew motion)

> *Einhorn v. AxoGen, Inc., et al.*, No. 19-cv-0069 (M.D. Fla.) (moved to be appointed as lead plaintiff, court has yet to rule on competing lead plaintiff motions)

7.      Detroit P&F will not accept any payments for serving as a representative party on behalf of the Class beyond Detroit P&F's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March, 2019.

David Cetlinski
Executive Director
*Police and Fire Retirement System of
the City of Detroit*

## SCHEDULE A

Transactions of Detroit P&F in Revolution Lighting Technologies, Inc. during the class period
(03/14/2014 – 11/14/2018)

| Date | Purchase/Sale | Number of Shares | Price per Share |
|---|---|---|---|
| 08/25/2017 | Purchase | 3077 | $7.1261 |
| 08/28/2017 | Purchase | 3368 | $7.1585 |
| 08/29/2017 | Purchase | 527 | $7.2372 |
| 08/30/2017 | Purchase | 3164 | $7.3450 |
| 08/31/2017 | Purchase | 1846 | $7.3900 |
| 09/01/2017 | Purchase | 944 | $7.4698 |
| 09/05/2017 | Purchase | 3980 | $7.5963 |
| 09/11/2017 | Purchase | 2228 | $7.5339 |
| 09/11/2017 | Purchase | 427 | $7.5272 |
| 09/12/2017 | Purchase | 1419 | $7.5501 |
| 09/15/2017 | Purchase | 3684 | $7.7476 |
| 09/19/2017 | Purchase | 1206 | $7.3185 |
| 09/20/2017 | Purchase | 2330 | $7.4916 |
| 09/21/2017 | Purchase | 2074 | $7.5903 |
| 10/02/2017 | Purchase | 1359 | $6.4995 |
| 10/03/2017 | Purchase | 4136 | $6.4667 |
| 10/04/2017 | Purchase | 1423 | $6.3516 |
| 10/05/2017 | Purchase | 1179 | $6.4664 |
| 10/06/2017 | Purchase | 492 | $6.5095 |
| 10/09/2017 | Purchase | 141 | $6.4924 |

| | | | |
|---|---|---|---|
| 10/20/2017 | Purchase | 1280 | $5.6552 |
| 10/23/2017 | Purchase | 3115 | $5.6938 |
| 11/22/2017 | Purchase | 5422 | $4.4256 |
| 11/22/2017 | Purchase | 3311 | $4.3705 |
| 11/28/2017 | Purchase | 1260 | $4.3465 |
| 11/29/2017 | Purchase | 1256 | $4.4843 |
| 11/30/2017 | Purchase | 1609 | $4.5180 |
| 12/01/2017 | Purchase | 1810 | $4.4936 |
| 12/05/2017 | Purchase | 2463 | $4.2310 |
| 12/05/2017 | Purchase | 1960 | $4.2050 |
| 12/14/2017 | Purchase | 2886 | $3.5905 |
| 12/15/2017 | Purchase | 323 | $3.6030 |
| 12/15/2017 | Purchase | 9 | $3.5400 |
| 12/15/2017 | Purchase | 2234 | $3.5144 |
| 01/12/2018 | Sale | (3445) | $3.3763 |
| 01/16/2018 | Sale | (2425) | $3.3559 |
| 01/22/2018 | Sale | (1590) | $3.3120 |
| 02/13/2018 | Sale | (2937) | $3.8686 |
| 02/14/2018 | Sale | (405) | $3.8364 |
| 02/15/2018 | Sale | (481) | $3.7630 |
| 02/16/2018 | Sale | (5371) | $3.8616 |
| 02/20/2018 | Sale | (2842) | $3.5946 |
| 02/21/2018 | Sale | (5263) | $3.3665 |

| 03/15/2018 | Sale | (3025) | $3.6775 |
|---|---|---|---|
| 03/16/2018 | Sale | (2680) | $3.5804 |
| 03/19/2018 | Sale | (937) | $3.6016 |
| 03/20/2018 | Sale | (43) | $3.5302 |
| 05/23/2018 | Purchase | 4615 | $4.4247 |
| 05/24/2018 | Purchase | 3501 | $4.4595 |
| 05/24/2018 | Purchase | 1815 | $4.5513 |
| 05/24/2018 | Purchase | 287 | $4.5876 |
| 05/25/2018 | Purchase | 2794 | $4.5244 |
| 05/25/2018 | Purchase | 748 | $4.5107 |
| 05/29/2018 | Purchase | 1889 | $4.4925 |
| 05/29/2018 | Purchase | 1050 | $4.4560 |
| 06/04/2018 | Purchase | 781 | $4.3140 |
| 06/05/2018 | Purchase | 2310 | $4.3268 |
| 06/05/2018 | Purchase | 707 | $4.3268 |
| 06/19/2018 | Purchase | 267 | $4.3519 |
| 06/20/2018 | Purchase | 3176 | $4.4248 |
| 06/20/2018 | Purchase | 2367 | $4.4731 |
| 06/21/2018 | Purchase | 2391 | $4.4651 |
| 06/22/2018 | Purchase | 2634 | $4.6195 |
| 06/22/2018 | Purchase | 611 | $4.7151 |
| 06/25/2018 | Purchase | 3067 | $4.2770 |
| 06/26/2018 | Purchase | 1850 | $4.3119 |

| 08/02/2018 | Sale | (5933) | $3.3844 |
|---|---|---|---|
| 08/02/2018 | Sale | (311) | $3.3701 |
| 08/03/2018 | Sale | (394) | $3.1781 |
| 10/17/2018 | Sale | (359) | $1.7327 |
| 10/17/2018 | Sale | (99) | $1.7760 |
| 10/17/2018 | Sale | (109) | $1.5700 |
| 10/19/2018 | Sale | (417) | $1.7000 |
| 10/19/2018 | Sale | (1082) | $1.7002 |