# EXHIBIT 3

| Detroit Police & Fire's Summary (LIFO) in Revolution Lighting | | | | | | | | | | | |
| Class Period: March 14, 2014 - November 14, 2018 | | | | | | | | | | | |
| Pre-Class Holdings | Class Period Purchases | Purchase Expenditures | Class Period Sales | Class Period Proceeds | LIFO-Recognized Sales in Class Period | LIFO-Recognized Proceeds in Class Period | LIFO-Recognized Shares Sold in 90 Day[1] | LIFO-Recognized Proceeds in 90 Day | Shares Retained | Value of Retained Shares[2] | Damages/ Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 104,802 | $573,516.12 | 40,148 | $138,579.55 | 40,148 | $138,579.55 | 36,024 | $24,410.33 | 28,630 | $16,901.41 | $ (393,624.84) |

1. Pursuant to 15 U.S.C. § 78u-4(e), shares purchased during the class period and sold in the 90 days following the class period are valued at the higher of the actual sale price or the average closing price from the first day following the class period through the date of sale.

2. Pursuant to 15 U.S.C. § 78u-4(e), shares purchased during the class period that are still retained as of 90 days following the end of the class period (February 12, 2019) are valued at the average closing price between November 15, 2018 and February 12, 2019 -- $0.59.

| Detroit Police & Fire's LIFO Dura[2] Damages Summary in Revolution Lighting (Using Drops Common to All Filed Complaints) Class Period: March 14, 2014 - November 14, 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Shares held through Drop 3 | Damages Drop 3[6] | Shares held through Drop 4 | Damages Drop 4[7] | Shares held through Drop 5 | Damages Drop 5[8] | Totals |
| 66,720 | $ (64,733.64) | 64,654 | $ (10,344.64) | 64,654 | $ (35,559.70) | $ (110,637.98) |

| Detroit Police & Fire's LIFO Dura[2] Damages Summary in Revolution Lighting (Using Drops Stated in the Bishop Complaint) Class Period: March 14, 2014 - November 14, 2018 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Shares held through Drop 1 | Damages Drop 1[4] | Shares held through Drop 2 | Damages Drop 2[5] | Shares held through Drop 3 | Damages Drop 3[6] | Shares held through Drop 4 | Damages Drop 4[7] | Shares held through Drop 5 | Damages Drop 5[8] | Totals |
| 35,077 | $ (35,077.43) | 73,358 | $ (38,879.74) | 66,720 | $ (64,733.64) | 64,654 | $ (10,344.64) | 64,654 | $ (35,559.70) | $ (184,595.15) |

3. This calculation measures losses from the alleged corrective disclosures. As such, damages are only counted on class period-purchased securities that were not sold prior to these disclosures. The damages on each share purchased during the class period and held at the time of a corrective disclosure are the difference between the lesser of the purchase price and the closing price immediately prior to the corrective disclosure, and (i) if the shares were sold during the class period, the greater of the sale price and the closing price immediately following the corrective disclosure; (ii) if the shares were sold in the 90 days following the end of the class period (from November 15, 2018 through February 12, 2019), the greater of the sale price, the closing price immediately following the disclosure, and the average closing price from November 15, 2018 through the sale date; (iii) if the shares were still held 90 days after the class period (February 12, 2019), the greater of the closing price immediately following the disclosure, and the average closing price during the 90 days following the end of the class period -- $0.59.

4. The first price drop occurred on September 22, 2017, when the stock price fell from its closing price of $7.58 on September 21, 2017 to its closing price of $6.26 on October 17, 2017, a drop of $1.32. This drop is only pled in the Bishop Complaint filed on March 26, 2019.

5. The second price drop occurred on August 2, 2018, when the stock price fell from its closing price of $3.90 on August 1, 2018 to its closing price of $3.37 on August 2, 2018, a drop of $0.53. This drop is only pled in the Bishop Complaint filed on March 26, 2019.

6. The third price drop occurred on October 17, 2018, when the stock price fell from its closing price of $2.56 on October 16, 2018 to its closing price of $1.58 on October 17, 2018, a drop of $0.98.

7. The fourth price drop occurred on October 22, 2018, when the stock price fell from its closing price of $1.59 on October 19, 2018 to its closing price of $1.43 on October 22, 2018, a drop of $0.16.

8. The fifth price drop occurred on November 15, 2018, when the stock price fell from its closing price of $1.40 on November 14, 2018 to its closing price of $0.85 on November 15, 2018, a drop of $0.55.