**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>                  Defendants. | No. 1:19-cv-00980-JPO<br><br>**NOTICE OF FRED REMER'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL** |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>                  Defendants. | No. 1:19-cv-02308-JPO |

*(captions continue on next page)*

BOB BISHOP, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,

Defendants.

No. 1:19-cv-02722

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Fred Remer ("Remer") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Remer as Lead Plaintiff in the consolidated Action; (3) approving Remer's selection of Faruqi & Faruqi, LLP as Lead Counsel for the putative Class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Richard W. Gonnello and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Remer respectfully requests that the Court (1) consolidate the above-captioned actions; (2) appoint Remer as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the putative Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  April 1, 2019                          Respectfully submitted,

                                               **FARUQI & FARUQI, LLP**

                                               By:_____*/s/ Richard W. Gonnello*
                                                        Richard W. Gonnello

                                               Richard W. Gonnello
                                               Sherief Morsy
                                               685 Third Avenue, 26th Floor
                                               New York, NY 10017
                                               Ph: (212) 983-9330
                                               Fx: (212) 983-9331
                                               E-mail: rgonnello@faruqilaw.com
                                                        smorsy@faruqilaw.com

1

Case 1:19-cv-00980-JPO    Document 22    Filed 04/01/19    Page 4 of 4

*Attorneys for [Proposed] Lead Plaintiff Fred Remer
and [Proposed] Lead Counsel for the putative Class*

2