**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>Defendants. | No. 1:19-cv-00980-JPO<br><br>**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF FRED REMER'S MOTION FOR**<br>**(1) CONSOLIDATION;**<br>**(2) APPOINTMENT AS LEAD PLAINTIFF; AND**<br>**(3) APPROVAL OF LEAD COUNSEL** |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,<br><br>Defendants. | No. 1:19-cv-02308-JPO |

*(captions continue on next page)*

BOB BISHOP, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

        v.

REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,

                Defendants.

No. 1:19-cv-02722

I, Richard W. Gonnello, declare as follows:

    1.    I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Fred Remer ("Remer") for (1) consolidation; (2) appointment as Lead Plaintiff; and (3) approval of Remer's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

    2.    Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:    Notice of Pendency of Class Action

Exhibit B:    PSLRA Certification of Remer

Exhibit C:    Chart of Remer's Losses

Exhibit D:    Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of April, 2019 at New York, NY.

                                  */s/ Richard W. Gonnello*
                                    Richard W. Gonnello