# EXHIBIT C

## Loss Calculation

| **Losses in:** | Revolution Lighting Technologies, Inc. |
| **90-Day Price:** | $0.5903 |
| **Class Period:** | 3/14/2014 - 11/14/2018 |
| **Investor:** | Fred Remer |



| | **OPEN TRANSACTIONS** | | | | | | **CLOSE TRANSACTIONS** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | Matched Loss |
| Purchase | Common Stock | 07/17/2013 | 210.00 | $47.200 | $9,912.00 | | | | | | | | |
| Purchase | Common Stock | 07/17/2013 | 290.00 | $47.1900 | $13,685.100 | | | | | | | | |
| Purchase | Common Stock | 07/17/2013 | 500.00 | $46.500 | $23,250.00 | | | | | | | | |
| Purchase | Common Stock | 07/24/2013 | 1,000.00 | $50.200 | $50,200.00 | | | | | | | | |
| Purchase | Common Stock | 08/05/2013 | 500.00 | $45.7900 | $22,895.00 | | | | | | | | |
| Purchase | Common Stock | 08/05/2013 | 1,000.00 | $43.400 | $43,400.00 | | | | | | | | |
| Purchase | Common Stock | 08/06/2013 | 500.00 | $44.500 | $22,250.00 | | | | | | | | |
| Purchase | Common Stock | 08/07/2013 | 1,000.00 | $45.00 | $45,000.00 | | | | | | | | |
| Purchase | Common Stock | 08/15/2013 | 1,000.00 | $38.900 | $38,900.00 | | | | | | | | |
| Purchase | Common Stock | 10/15/2013 | 2,000.00 | $44.200 | $88,400.00 | | | | | | | | |
| Purchase | Common Stock | 02/25/2014 | 60.00 | $33.300 | $1,998.00 | | | | | | | | |
| Purchase | Common Stock | 02/26/2014 | 2,000.00 | $31.700 | $63,400.00 | | | | | | | | |
| Purchase | Common Stock | 03/11/2014 | 940.00 | $39.7990 | $37,411.0600 | | | | | | | | |
| Purchase | Common Stock | 03/11/2014 | 890.00 | $39.400 | $35,066.00 | | | | | | | | |
| Purchase | Common Stock | 03/11/2014 | 50.00 | $39.3990 | $1,969.9500 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 03/25/2014 | -2,400.00 | $33.100 | -$79,440.00 | |
| | | | | | | | Sale | Common Stock | 04/02/2014 | -1,041.40 | $32.500 | -$33,845.500 | |
| | | | | | | | Sale | Common Stock | 04/03/2014 | -2,000.00 | $31.600 | -$63,200.00 | |
| | | | | | | | Sale | Common Stock | 04/15/2014 | -989.40 | $27.300 | -$27,010.6200 | |
| | | | | | | | Sale | Common Stock | 04/15/2014 | -990.00 | $27.200 | -$26,928.00 | |
| | | | | | | | Sale | Common Stock | 04/15/2014 | -1,519.20 | $27.100 | -$41,170.3200 | |
| | | | | | | | Sale | Common Stock | 05/13/2014 | -10.00 | $23.7500 | -$237.500 | |
| | | | | | | | Sale | Common Stock | 05/13/2014 | -1,490.00 | $23.700 | -$35,313.00 | |
| | | | | | | | Sale | Common Stock | 07/25/2014 | -500.00 | $22.7010 | -$11,350.500 | |
| | | | | | | | Sale | Common Stock | 09/11/2014 | -700.00 | $18.1010 | -$12,670.700 | |
| | | | | | | | Sale | Common Stock | 10/08/2014 | -300.00 | $18.200 | -$5,460.00 | $161,110.9700 |
| Purchase | Common Stock | 01/22/2015 | 170.00 | $11.500 | $1,955.00 | | | | | | | | |
| Purchase | Common Stock | 01/22/2015 | 159.00 | $11.4990 | $1,828.3410 | | | | | | | | |
| Purchase | Common Stock | 01/22/2015 | 371.00 | $11.4900 | $4,262.7900 | | | | | | | | |
| Purchase | Common Stock | 01/28/2015 | 300.00 | $11.6990 | $3,509.700 | | | | | | | | |
| Purchase | Common Stock | 02/19/2015 | 720.00 | $11.4990 | $8,279.2800 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 03/13/2015 | -1,000.00 | $10.900 | -$10,900.00 | |
| | | | | | | | Sale | Common Stock | 03/27/2015 | -720.00 | $10.9200 | -$7,862.400 | $1,072.7110 |
| Purchase | Common Stock | 10/06/2015 | 1,000.00 | $10.00 | $10,000.00 | | | | | | | | |
| Purchase | Common Stock | 10/06/2015 | 1,000.00 | $9.9900 | $9,990.00 | | | | | | | | |
| Purchase | Common Stock | 10/09/2015 | 1,000.00 | $10.300 | $10,300.00 | | | | | | | | |
| Purchase | Common Stock | 10/15/2015 | 1,000.00 | $9.800 | $9,800.00 | | | | | | | | |
| Purchase | Common Stock | 10/21/2015 | 560.00 | $9.7600 | $5,465.600 | | | | | | | | |
| Purchase | Common Stock | 10/21/2015 | 20.00 | $9.7250 | $194.500 | | | | | | | | |
| Purchase | Common Stock | 10/21/2015 | 91.90 | $9.7200 | $893.2680 | | | | | | | | |
| Purchase | Common Stock | 10/21/2015 | 10.00 | $9.7050 | $97.0500 | | | | | | | | |
| Purchase | Common Stock | 10/21/2015 | 248.10 | $9.700 | $2,406.5700 | | | | | | | | |
| Purchase | Common Stock | 10/21/2015 | 60.00 | $9.6970 | $581.8200 | | | | | | | | |
| Purchase | Common Stock | 10/21/2015 | 10.00 | $9.6650 | $96.6500 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 11/12/2015 | -1,000.00 | $9.400 | -$9,400.00 | |

|  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Sale | Common Stock | 11/12/2015 | -1,000.00 | $9.400 | -$9,400.00 |  | $735.4580 |
| Purchase | Common Stock | 12/14/2015 | 2,000.00 | $9.00 | $18,000.00 |
| Purchase | Common Stock | 12/14/2015 | 2,500.00 | $9.00 | $22,500.00 |
| Purchase | Common Stock | 12/14/2015 | 2,500.00 | $9.00 | $22,500.00 |
| Purchase | Common Stock | 12/17/2015 | 6,330.00 | $8.500 | $53,805.00 |
| Purchase | Common Stock | 12/17/2015 | 300.00 | $8.4980 | $2,549.400 |
| Purchase | Common Stock | 12/17/2015 | 30.00 | $8.4850 | $254.5500 |
| Purchase | Common Stock | 12/17/2015 | 220.00 | $8.4770 | $1,864.9400 |
| Purchase | Common Stock | 12/17/2015 | 10.00 | $8.4500 | $84.500 |
| Purchase | Common Stock | 12/17/2015 | 10.00 | $8.4430 | $84.4300 |
| Purchase | Common Stock | 12/17/2015 | 30.00 | $8.4270 | $252.8100 |
| Purchase | Common Stock | 12/17/2015 | 70.00 | $8.4140 | $588.9800 |
| Purchase | Common Stock | 12/18/2015 | 2,140.00 | $8.00 | $17,120.00 |
| Purchase | Common Stock | 12/18/2015 | 400.00 | $7.9960 | $3,198.400 |
| Purchase | Common Stock | 12/18/2015 | 100.00 | $7.9030 | $790.300 |
| Purchase | Common Stock | 12/18/2015 | 360.00 | $7.9020 | $2,844.7200 |
| Purchase | Common Stock | 12/30/2015 | 5,000.00 | $7.00 | $35,000.00 |
| Purchase | Common Stock | 12/30/2015 | 4,730.00 | $7.00 | $33,110.00 |
| Purchase | Common Stock | 12/30/2015 | 100.00 | $6.9990 | $699.900 |
| Purchase | Common Stock | 12/30/2015 | 30.00 | $6.9950 | $209.8500 |
| Purchase | Common Stock | 12/30/2015 | 120.00 | $6.9910 | $838.9200 |
| Purchase | Common Stock | 12/30/2015 | 20.00 | $6.9900 | $139.800 |
| Purchase | Common Stock | 02/17/2016 | 930.00 | $7.300 | $6,789.00 |
| Purchase | Common Stock | 02/17/2016 | 70.00 | $7.2990 | $510.9300 |
| Purchase | Common Stock | 02/24/2016 | 1,000.00 | $7.3900 | $7,390.00 |
| Purchase | Common Stock | 03/03/2016 | 3,000.00 | $7.600 | $22,800.00 |
| Purchase | Common Stock | 03/07/2016 | 5,000.00 | $7.6550 | $38,275.00 |
| Purchase | Common Stock | 03/16/2016 | 5,839 | $6.7900 | $39,646.8100 |
| Purchase | Common Stock | 03/17/2016 | 703 | $6.5900 | $4,632.7700 |
| Purchase | Common Stock | 03/18/2016 | 10,000 | $6.2700 | $62,700.00 |
| Purchase | Common Stock | 04/06/2016 | 5,525 | $5.7800 | $31,934.500 |
| Purchase | Common Stock | 04/06/2016 | 200 | $5.7600 | $1,152.00 |
| Purchase | Common Stock | 04/06/2016 | 1,155 | $5.7500 | $6,641.2500 |
| Purchase | Common Stock | 04/06/2016 | 1,200 | $5.7400 | $6,888.00 |
| Purchase | Common Stock | 04/06/2016 | 20 | $5.7200 | $114.400 |
| Purchase | Common Stock | 04/06/2016 | 1,900 | $5.7100 | $10,849.00 |
| Purchase | Common Stock | 04/15/2016 | 593 | $5.7500 | $3,409.7500 |
| Purchase | Common Stock | 04/28/2016 | 1,600 | $6.0500 | $9,680.00 |
| Purchase | Common Stock | 05/06/2016 | 10,000 | $5.5300 | $55,300.00 |
| Purchase | Common Stock | 05/10/2016 | 4,400 | $5.3897 | $23,714.6800 |
| Purchase | Common Stock | 05/10/2016 | 600 | $5.3650 | $3,219.00 |
| Purchase | Common Stock | 05/11/2016 | 200 | $5.2800 | $1,056.00 |
| Purchase | Common Stock | 05/11/2016 | 1,300 | $5.2799 | $6,863.8700 |
| Purchase | Common Stock | 05/16/2016 | 3,000 | $6.1900 | $18,570.00 |
| Purchase | Common Stock | 05/16/2016 | 1,200 | $6.1800 | $7,416.00 |
| Purchase | Common Stock | 05/16/2016 | 1,200 | $6.1750 | $7,410.00 |
| Purchase | Common Stock | 05/16/2016 | 4,600 | $6.1600 | $28,336.00 |
| Purchase | Common Stock | 05/16/2016 | 4,800 | $6.1400 | $29,472.00 | 4,765 |
| Purchase | Common Stock | 05/16/2016 | 500 | $6.1325 | $3,066.2500 | 190 |
| Purchase | Common Stock | 05/16/2016 | 3,800 | $6.1250 | $23,275.00 |
| Purchase | Common Stock | 05/16/2016 | 100 | $6.1225 | $612.2500 |
| Purchase | Common Stock | 05/16/2016 | 800 | $6.1200 | $4,896.00 |
| Purchase | Common Stock | 05/24/2016 | 1,400 | $5.700 | $7,980.00 |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 05/24/2016 | 1,400 | $5.6999 | $7,979.8600 |
| Purchase | Common Stock | 05/31/2016 | 1,900 | $6.4080 | $12,175.200 |
| Purchase | Common Stock | 05/31/2016 | 1,500 | $6.4050 | $9,607.500 |
| Purchase | Common Stock | 05/31/2016 | 1,600 | $6.3840 | $10,214.400 |
| Purchase | Common Stock | 06/07/2016 | 5,000 | $6.5600 | $32,800.00 |
| Purchase | Common Stock | 07/08/2016 | 3,450 | $6.5499 | $22,597.1550 |
| Purchase | Common Stock | 07/08/2016 | 200 | $6.5350 | $1,307.00 |
| Purchase | Common Stock | 07/08/2016 | 1,900 | $6.5300 | $12,407.00 |
| Purchase | Common Stock | 07/12/2016 | 4,800 | $6.6981 | $32,150.8800 |
| Purchase | Common Stock | 07/12/2016 | 300 | $6.6919 | $2,007.5700 |
| Purchase | Common Stock | 07/12/2016 | 900 | $6.6918 | $6,022.6200 |
| Purchase | Common Stock | 08/04/2016 | 3,280 | $6.2499 | $20,499.6720 |
| Purchase | Common Stock | 08/09/2016 | 9,600 | $6.4800 | $62,208.00 |
| Purchase | Common Stock | 08/09/2016 | 400 | $6.4650 | $2,586.00 |
| Purchase | Common Stock | 08/09/2016 | 7,000 | $6.5199 | $45,639.300 |
| Purchase | Common Stock | 08/09/2016 | 5,000 | $6.5200 | $32,600.00 |
| Purchase | Common Stock | 08/09/2016 | 869 | $6.4700 | $5,622.4300 |
| Purchase | Common Stock | 08/11/2016 | 2,000 | $6.3999 | $12,799.800 |
| Purchase | Common Stock | 08/17/2016 | 5,000 | $6.5999 | $32,999.500 |
| Purchase | Common Stock | 08/17/2016 | 2,100 | $6.600 | $13,860.00 |
| Purchase | Common Stock | 08/17/2016 | 1,200 | $6.5999 | $7,919.8800 |
| Purchase | Common Stock | 08/17/2016 | 1,700 | $6.5700 | $11,169.00 |
| Purchase | Common Stock | 08/19/2016 | 2,000 | $6.6600 | $13,320.00 |
| Purchase | Common Stock | 08/29/2016 | 500 | $6.5999 | $3,299.9500 |
| Purchase | Common Stock | 08/29/2016 | 2,000 | $6.5999 | $13,199.800 |
| Purchase | Common Stock | 08/29/2016 | 500 | $6.5999 | $3,299.9500 |
| Purchase | Common Stock | 08/29/2016 | 1,000 | $6.5990 | $6,599.00 |
| Purchase | Common Stock | 08/29/2016 | 500 | $6.5950 | $3,297.500 |
| Purchase | Common Stock | 09/02/2016 | 5,000 | $6.3300 | $31,650.00 |
| Purchase | Common Stock | 09/06/2016 | 3,700 | $6.3499 | $23,494.6300 |
| Purchase | Common Stock | 09/06/2016 | 1,300 | $6.3490 | $8,253.700 |
| Purchase | Common Stock | 09/23/2016 | 89 | $7.4499 | $663.0411 |
| Purchase | Common Stock | 09/23/2016 | 4,911 | $7.4450 | $36,562.3950 |
| Purchase | Common Stock | 09/23/2016 | 3,166 | $7.4490 | $23,583.5340 |
| Purchase | Common Stock | 09/23/2016 | 7,600 | $7.4300 | $56,468.00 |
| Purchase | Common Stock | 10/06/2016 | 1,000 | $6.8116 | $6,811.600 |
| Purchase | Common Stock | 10/06/2016 | 2,000 | $6.8199 | $13,639.800 |
| Purchase | Common Stock | 11/02/2016 | 2,000 | $7.1100 | $14,220.00 |
| Purchase | Common Stock | 11/10/2016 | 1,000 | $5.9497 | $5,949.700 |
| Purchase | Common Stock | 11/10/2016 | 1,000 | $5.9499 | $5,949.900 |
| Purchase | Common Stock | 11/28/2016 | 2,000 | $5.5996 | $11,199.200 |
| Purchase | Common Stock | 11/28/2016 | 2,000 | $5.5999 | $11,199.800 |
| Purchase | Common Stock | 11/28/2016 | 2,000 | $5.600 | $11,200.00 |
| Purchase | Common Stock | 12/07/2016 | 1,000 | $5.3999 | $5,399.900 |
| Purchase | Common Stock | 12/07/2016 | 500 | $5.3998 | $2,699.900 |
| Purchase | Common Stock | 12/07/2016 | 1,500 | $5.3960 | $8,094.00 |
| Purchase | Common Stock | 12/07/2016 | 1,500 | $5.3960 | $8,094.00 |
| Purchase | Common Stock | 12/07/2016 | 900 | $5.400 | $4,860.00 |
| Purchase | Common Stock | 12/07/2016 | 200 | $5.3990 | $1,079.800 |
| Purchase | Common Stock | 12/07/2016 | 400 | $5.3866 | $2,154.6400 |
| Purchase | Common Stock | 12/12/2016 | 1,000 | $5.8860 | $5,886.00 |
| Purchase | Common Stock | 12/13/2016 | 5,000 | $5.7900 | $28,950.00 |
| Purchase | Common Stock | 12/23/2016 | 2,000 | $5.7900 | $11,580.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Purchase | Common Stock | 12/23/2016 | 900 | $5.7727 | $5,195.4300 | |
| Purchase | Common Stock | 12/23/2016 | 600 | $5.7627 | $3,457.6200 | |
| Purchase | Common Stock | 12/23/2016 | 1,500 | $5.7610 | $8,641.500 | |
| Purchase | Common Stock | 01/05/2017 | 355 | $6.3100 | $2,240.0500 | |
| Purchase | Common Stock | 01/06/2017 | 5,000 | $6.3100 | $31,550.00 | |
| Purchase | Common Stock | 01/06/2017 | 3,600 | $6.3100 | $22,716.00 | 1,645 |
| Purchase | Common Stock | 01/06/2017 | 800 | $6.3099 | $5,047.9200 | |
| Purchase | Common Stock | 01/06/2017 | 600 | $6.3050 | $3,783.00 | |
| Purchase | Common Stock | 01/06/2017 | 1,000 | $6.6500 | $6,650.00 | |
| Purchase | Common Stock | 01/09/2017 | 5,000 | $6.400 | $32,000.00 | |
| Purchase | Common Stock | 01/20/2017 | 1,000 | $6.2413 | $6,241.300 | |
| Purchase | Common Stock | 01/24/2017 | 1,545 | $6.3999 | $9,887.8455 | |
| Purchase | Common Stock | 01/24/2017 | 1,100 | $6.3850 | $7,023.500 | |
| Purchase | Common Stock | 01/26/2017 | 2,000 | $6.6897 | $13,379.400 | |
| Purchase | Common Stock | 02/13/2017 | 326 | $6.6100 | $2,154.8600 | |
| Purchase | Common Stock | 02/14/2017 | 2,000 | $6.6699 | $13,339.800 | |
| Purchase | Common Stock | 02/14/2017 | 2,000 | $6.6698 | $13,339.600 | |
| Purchase | Common Stock | 02/14/2017 | 2,000 | $6.6698 | $13,339.600 | |
| Purchase | Common Stock | 02/14/2017 | 3,200 | $6.6998 | $21,439.3600 | |
| Purchase | Common Stock | 02/14/2017 | 2,600 | $6.6898 | $17,393.4800 | |
| Purchase | Common Stock | 02/14/2017 | 2,600 | $6.6899 | $17,393.7400 | |
| Purchase | Common Stock | 02/15/2017 | 10,000 | $6.8500 | $68,500.00 | |
| Purchase | Common Stock | 03/20/2017 | 3,100 | $7.5486 | $23,400.6600 | |
| Purchase | Common Stock | 03/20/2017 | 100 | $7.5387 | $753.8700 | |
| Purchase | Common Stock | 03/20/2017 | 100 | $7.5300 | $753.00 | |
| Purchase | Common Stock | 03/20/2017 | 100 | $7.5291 | $752.9100 | |
| Purchase | Common Stock | 03/20/2017 | 100 | $7.4994 | $749.9400 | |
| Purchase | Common Stock | 03/20/2017 | 700 | $7.4991 | $5,249.3700 | |
| Purchase | Common Stock | 03/20/2017 | 400 | $7.4891 | $2,995.6400 | |
| Purchase | Common Stock | 03/20/2017 | 100 | $7.4800 | $748.00 | |
| Purchase | Common Stock | 03/20/2017 | 300 | $7.4702 | $2,241.0600 | |
| Purchase | Common Stock | 03/20/2017 | 550 | $7.6898 | $4,229.3900 | |
| Purchase | Common Stock | 03/20/2017 | 100 | $7.6499 | $764.9900 | |
| Purchase | Common Stock | 03/20/2017 | 400 | $7.6498 | $3,059.9200 | |
| Purchase | Common Stock | 03/20/2017 | 600 | $7.6399 | $4,583.9400 | |
| Purchase | Common Stock | 03/20/2017 | 250 | $7.600 | $1,900.00 | |
| Purchase | Common Stock | 03/20/2017 | 2,600 | $7.5775 | $19,701.500 | |
| Purchase | Common Stock | 03/20/2017 | 100 | $7.5774 | $757.7400 | |
| Purchase | Common Stock | 03/20/2017 | 400 | $7.5310 | $3,012.400 | |
| Purchase | Common Stock | 03/20/2017 | 5,000 | $7.6565 | $38,282.500 | |
| Purchase | Common Stock | 03/20/2017 | 1,200 | $7.7300 | $9,276.00 | |
| Purchase | Common Stock | 03/20/2017 | 2,700 | $7.6999 | $20,789.7300 | |
| Purchase | Common Stock | 03/20/2017 | 300 | $7.6900 | $2,307.00 | |
| Purchase | Common Stock | 03/20/2017 | 800 | $7.6550 | $6,124.00 | |
| Purchase | Common Stock | 03/20/2017 | 1,000 | $7.7999 | $7,799.900 | |
| Purchase | Common Stock | 03/20/2017 | 4,000 | $7.7700 | $31,080.00 | 2,274 |
| Purchase | Common Stock | 03/31/2017 | 1,000 | $7.5040 | $7,504.00 | |
| Purchase | Common Stock | 03/31/2017 | 1,000 | $7.5166 | $7,516.600 | |
| Purchase | Common Stock | 03/31/2017 | 1,000 | $7.5312 | $7,531.200 | |

| | | | | | |
|---|---|---|---|---|---|
| Sale | Common Stock | 04/06/2017 | -1,000 | $7.8100 | -$7,810.00 |
| Sale | Common Stock | 04/06/2017 | -1,000 | $7.8695 | -$7,869.500 |
| Sale | Common Stock | 04/06/2017 | -300 | $7.8859 | -$2,365.7700 |
| Sale | Common Stock | 04/06/2017 | -700 | $7.8817 | -$5,517.1900 |

| Type | Security | Date | Quantity | Price | Amount | |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 04/06/2017 | -1,726 | $7.8832 | -$13,606.4032 | -$1,206.0432 |

| Type | Security | Date | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Purchase | Common Stock | 04/07/2017 | 4,100 | $7.7157 | $31,634.3700 |
| Purchase | Common Stock | 04/07/2017 | 900 | $7.7052 | $6,934.6800 |
| Purchase | Common Stock | 04/07/2017 | 4,100 | $7.7400 | $31,734.00 |
| Purchase | Common Stock | 04/07/2017 | 200 | $7.7397 | $1,547.9400 |
| Purchase | Common Stock | 04/07/2017 | 700 | $7.7325 | $5,412.7500 |
| Purchase | Common Stock | 04/07/2017 | 5,000 | $7.7252 | $38,626.00 |

| Type | Security | Date | Quantity | Price | Amount | |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 04/10/2017 | -5,000 | $8.3242 | -$41,621.00 | |
| Sale | Common Stock | 04/10/2017 | -5,000 | $8.4796 | -$42,398.00 | |
| Sale | Common Stock | 04/10/2017 | -5,000 | $8.5567 | -$42,783.500 | |
| Sale | Common Stock | 04/10/2017 | -5,000 | $8.6450 | -$43,225.00 | |
| Sale | Common Stock | 04/10/2017 | -5,000 | $8.6793 | -$43,396.500 | |
| Sale | Common Stock | 04/10/2017 | -100 | $8.6900 | -$869.00 | |
| Sale | Common Stock | 04/10/2017 | -4,900 | $8.6801 | -$42,532.4900 | |
| Sale | Common Stock | 04/10/2017 | -5,000 | $8.7208 | -$43,604.00 | |
| Sale | Common Stock | 04/10/2017 | -100 | $8.7025 | -$870.2500 | |
| Sale | Common Stock | 04/10/2017 | -4,800 | $8.6905 | -$41,714.400 | |
| Sale | Common Stock | 04/10/2017 | -100 | $8.6900 | -$869.00 | |
| Sale | Common Stock | 04/10/2017 | -5,000 | $8.8243 | -$44,121.500 | |
| Sale | Common Stock | 04/10/2017 | -5,000 | $8.8306 | -$44,153.00 | |
| Sale | Common Stock | 04/10/2017 | -2,000 | $8.9631 | -$17,926.200 | |
| Sale | Common Stock | 04/10/2017 | -500 | $8.9501 | -$4,475.0500 | |
| Sale | Common Stock | 04/10/2017 | -100 | $8.9500 | -$895.00 | |
| Sale | Common Stock | 04/10/2017 | -800 | $8.9230 | -$7,138.400 | |
| Sale | Common Stock | 04/10/2017 | -200 | $8.9029 | -$1,780.5800 | |
| Sale | Common Stock | 04/10/2017 | -1,400 | $8.8929 | -$12,450.0600 | |
| Sale | Common Stock | 04/10/2017 | -700 | $9.0803 | -$6,356.2100 | |
| Sale | Common Stock | 04/10/2017 | -1,400 | $9.0617 | -$12,686.3800 | |
| Sale | Common Stock | 04/10/2017 | -1,400 | $9.0600 | -$12,684.00 | |
| Sale | Common Stock | 04/10/2017 | -300 | $9.0400 | -$2,712.00 | |
| Sale | Common Stock | 04/10/2017 | -1,100 | $8.9712 | -$9,868.3200 | |
| Sale | Common Stock | 04/10/2017 | -100 | $8.9612 | -$896.1200 | |
| Sale | Common Stock | 04/10/2017 | -5,000 | $9.0735 | -$45,367.500 | -$93,321.4400 |

| Type | Security | Date | Quantity | Price | Amount | |
|---|---|---|---|---|---|---|
| Purchase | Common Stock | 04/17/2017 | 800 | $8.4442 | $6,755.3600 | |
| Purchase | Common Stock | 04/17/2017 | 4,200 | $8.4150 | $35,343.00 | |
| Purchase | Common Stock | 04/19/2017 | 868 | $8.5550 | $7,425.7400 | |
| Purchase | Common Stock | 04/19/2017 | 32 | $8.5536 | $273.7152 | |
| Purchase | Common Stock | 04/19/2017 | 100 | $8.5400 | $854.00 | |
| Purchase | Common Stock | 04/25/2017 | 4,500 | $8.500 | $38,250.00 | |
| Purchase | Common Stock | 04/25/2017 | 400 | $8.4999 | $3,399.9600 | |
| Purchase | Common Stock | 04/25/2017 | 100 | $8.4900 | $849.00 | |
| Purchase | Common Stock | 05/01/2017 | 3,300 | $8.1099 | $26,762.6700 | 1,400 |
| Purchase | Common Stock | 05/01/2017 | 700 | $8.100 | $5,670.00 | |
| Purchase | Common Stock | 05/01/2017 | 1,100 | $7.9834 | $8,781.7400 | |
| Purchase | Common Stock | 05/01/2017 | 1,000 | $8.0979 | $8,097.900 | |
| Purchase | Common Stock | 05/01/2017 | 1,000 | $8.0884 | $8,088.400 | |
| Purchase | Common Stock | 05/04/2017 | 300 | $7.8199 | $2,345.9700 | |
| Purchase | Common Stock | 05/05/2017 | 2,000 | $7.8354 | $15,670.800 | |
| Purchase | Common Stock | 05/05/2017 | 4,000 | $7.8353 | $31,341.200 | |
| Purchase | Common Stock | 05/12/2017 | 1,600 | $8.3500 | $13,360.00 | |
| Purchase | Common Stock | 05/12/2017 | 700 | $8.3499 | $5,844.9300 | |
| Purchase | Common Stock | 05/12/2017 | 400 | $8.3490 | $3,339.600 | |
| Purchase | Common Stock | 05/12/2017 | 300 | $8.3400 | $2,502.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 05/12/2017 | 3,000 | $8.3497 | $25,049.100 |
| Purchase | Common Stock | 05/16/2017 | 1,000 | $8.2320 | $8,232.00 |
| Purchase | Common Stock | 05/16/2017 | 1,000 | $8.2372 | $8,237.200 |

| | | | | | |
|---|---|---|---|---|---|
| Sale | Common Stock | 06/15/2017 | -684 | $7.2990 | -$4,992.5160 |
| Sale | Common Stock | 06/15/2017 | -4,316 | $7.2900 | -$31,463.6400 |
| Sale | Common Stock | 06/15/2017 | -100 | $7.2600 | -$726.00 |
| Sale | Common Stock | 06/15/2017 | -4,900 | $7.2500 | -$35,525.00 |
| Sale | Common Stock | 06/15/2017 | -626 | $7.2900 | -$4,563.5400 |
| Sale | Common Stock | 06/15/2017 | -172 | $7.2800 | -$1,252.1600 |
| Sale | Common Stock | 06/15/2017 | -200 | $7.2610 | -$1,452.200 |
| Sale | Common Stock | 06/15/2017 | -200 | $7.2601 | -$1,452.0200 |
| Sale | Common Stock | 06/15/2017 | -600 | $7.2300 | -$4,338.00 |
| Sale | Common Stock | 06/15/2017 | -400 | $7.2200 | -$2,888.00 |
| Sale | Common Stock | 06/15/2017 | -2,802 | $7.2100 | -$20,202.4200 |
| Sale | Common Stock | 06/15/2017 | -200 | $7.2210 | -$1,444.200 |
| Sale | Common Stock | 06/15/2017 | -1,571 | $7.2201 | -$11,342.7771 |
| Sale | Common Stock | 06/15/2017 | -150 | $7.2100 | -$1,081.500 |
| Sale | Common Stock | 06/15/2017 | -100 | $7.2001 | -$720.0100 |
| Sale | Common Stock | 06/15/2017 | -1,400 | $7.200 | -$10,080.00 |
| Sale | Common Stock | 06/15/2017 | -100 | $7.1800 | -$718.00 |
| Sale | Common Stock | 06/15/2017 | -400 | $7.1700 | -$2,868.00 |
| Sale | Common Stock | 06/15/2017 | -300 | $7.1601 | -$2,148.0300 |
| Sale | Common Stock | 06/15/2017 | -779 | $7.1600 | -$5,577.6400 |

$17,133.9969

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 07/05/2017 | 600 | $6.8350 | $4,101.00 |
| Purchase | Common Stock | 07/05/2017 | 100 | $6.9190 | $691.900 |
| Purchase | Common Stock | 07/05/2017 | 100 | $6.9100 | $691.00 |
| Purchase | Common Stock | 07/05/2017 | 100 | $6.9050 | $690.500 |
| Purchase | Common Stock | 07/05/2017 | 300 | $6.900 | $2,070.00 |
| Purchase | Common Stock | 07/05/2017 | 600 | $6.9199 | $4,151.9400 |
| Purchase | Common Stock | 07/05/2017 | 600 | $6.8533 | $4,111.9800 |
| Purchase | Common Stock | 07/05/2017 | 600 | $6.9190 | $4,151.400 |
| Purchase | Common Stock | 07/05/2017 | 5,000 | $6.7700 | $33,850.00 |
| Purchase | Common Stock | 07/05/2017 | 4,584 | $6.7800 | $31,079.5200 |
| Purchase | Common Stock | 07/05/2017 | 200 | $6.7799 | $1,355.9800 |
| Purchase | Common Stock | 07/05/2017 | 216 | $6.7700 | $1,462.3200 |
| Purchase | Common Stock | 07/05/2017 | 3,717 | $6.9100 | $25,684.4700 |
| Purchase | Common Stock | 07/05/2017 | 83 | $6.8799 | $571.0317 |
| Purchase | Common Stock | 07/05/2017 | 300 | $6.8700 | $2,061.00 |
| Purchase | Common Stock | 07/05/2017 | 900 | $6.8600 | $6,174.00 |
| Purchase | Common Stock | 07/05/2017 | 5,000 | $6.8362 | $34,181.00 |
| Purchase | Common Stock | 07/25/2017 | 500 | $7.6852 | $3,842.600 |
| Purchase | Common Stock | 07/26/2017 | 5,000 | $7.5602 | $37,801.00 |
| Purchase | Common Stock | 07/26/2017 | 5,000 | $7.5253 | $37,626.500 |
| Purchase | Common Stock | 07/26/2017 | 3,546 | $7.5399 | $26,736.4854 |
| Purchase | Common Stock | 08/09/2017 | 500 | $7.3290 | $3,664.500 |
| Purchase | Common Stock | 08/09/2017 | 1,000 | $7.3168 | $7,316.800 |
| Purchase | Common Stock | 08/09/2017 | 1,000 | $7.3220 | $7,322.00 |
| Purchase | Common Stock | 08/09/2017 | 100 | $7.3367 | $733.6700 |
| Purchase | Common Stock | 08/09/2017 | 900 | $7.3338 | $6,600.4200 |
| Purchase | Common Stock | 08/09/2017 | 1,000 | $7.3173 | $7,317.300 |
| Purchase | Common Stock | 08/09/2017 | 1,000 | $7.3106 | $7,310.600 |
| Purchase | Common Stock | 08/09/2017 | 1,000 | $7.3399 | $7,339.900 |

| | | | | | |
|---|---|---|---|---|---|
| Sale | Common Stock | 09/20/2017 | -1,100 | $7.5037 | -$8,254.0700 |

| | | | | | |
|---|---|---|---|---|---|
| Sale | Common Stock | 09/20/2017 | -300 | $7.4987 | -$2,249.6100 |
| Sale | Common Stock | 09/20/2017 | -1,000 | $7.4950 | -$7,495.00 |
| Sale | Common Stock | 09/20/2017 | -100 | $7.4920 | -$749.200 |
| Sale | Common Stock | 09/20/2017 | -300 | $7.4900 | -$2,247.00 |
| Sale | Common Stock | 09/20/2017 | -1,946 | $7.4830 | -$14,561.9180 |
| Sale | Common Stock | 09/20/2017 | -1,000 | $7.4810 | -$7,481.00 |
| Sale | Common Stock | 09/20/2017 | -200 | $7.4801 | -$1,496.0200 |
| Sale | Common Stock | 09/20/2017 | -100 | $7.5150 | -$751.500 |
| Sale | Common Stock | 09/20/2017 | -4,900 | $7.5001 | -$36,750.4900 |
| Sale | Common Stock | 09/21/2017 | -3,700 | $7.600 | -$28,120.00 |
| Sale | Common Stock | 09/21/2017 | -100 | $7.5940 | -$759.400 |
| Sale | Common Stock | 09/21/2017 | -200 | $7.5900 | -$1,518.00 |
| Sale | Common Stock | 09/21/2017 | -100 | $7.5850 | -$758.500 |
| Sale | Common Stock | 09/21/2017 | -800 | $7.5710 | -$6,056.800 |
| Sale | Common Stock | 09/21/2017 | -100 | $7.5701 | -$757.0100 |
| Sale | Common Stock | 10/11/2017 | -300 | $6.2584 | -$1,877.5200 |
| Sale | Common Stock | 10/11/2017 | -200 | $6.2484 | -$1,249.6800 |
| Sale | Common Stock | 10/11/2017 | -2,300 | $6.2416 | -$14,355.6800 |
| Sale | Common Stock | 10/11/2017 | -2,100 | $6.2397 | -$13,103.3700 |
| Sale | Common Stock | 10/11/2017 | -100 | $6.2387 | -$623.8700 |
| Sale | Common Stock | 10/11/2017 | -5,000 | $6.2251 | -$31,125.500 |
| Sale | Common Stock | 10/11/2017 | -1,100 | $6.2400 | -$6,864.00 |
| Sale | Common Stock | 10/11/2017 | -1,163 | $6.2350 | -$7,251.3050 |
| Sale | Common Stock | 10/11/2017 | -1,400 | $6.2270 | -$8,717.800 |
| Sale | Common Stock | 10/11/2017 | -1,337 | $6.2237 | -$8,321.0869 |
| Sale | Common Stock | 10/11/2017 | -301 | $6.2400 | -$1,878.2400 |
| Sale | Common Stock | 10/11/2017 | -210 | $6.2350 | -$1,309.3500 |
| Sale | Common Stock | 10/11/2017 | -4,389 | $6.2237 | -$27,315.8193 |
| Sale | Common Stock | 10/11/2017 | -100 | $6.1970 | -$619.700 |
| Sale | Common Stock | 11/07/2017 | -5,000 | $4.5568 | -$22,784.00 |
| Sale | Common Stock | 11/07/2017 | -600 | $4.5866 | -$2,751.9600 |
| Sale | Common Stock | 11/07/2017 | -4,400 | $4.5801 | -$20,152.4400 |
| Sale | Common Stock | 11/07/2017 | -5,000 | $4.5574 | -$22,787.00 |
| Sale | Common Stock | 11/07/2017 | -790 | $4.5442 | -$3,589.9180 |
| Sale | Common Stock | 11/07/2017 | -400 | $4.5410 | -$1,816.400 |
| Sale | Common Stock | 11/07/2017 | -3,810 | $4.5401 | -$17,297.7810 | $79,397.5141 |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 12/21/2017 | 2,000 | $3.5300 | $7,060.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sale | Common Stock | 01/02/2018 | -2,600 | $3.2350 | -$8,411.00 |
| Sale | Common Stock | 01/02/2018 | -100 | $3.2340 | -$323.400 |
| Sale | Common Stock | 01/02/2018 | -2,300 | $3.2301 | -$7,429.2300 |
| Sale | Common Stock | 01/02/2018 | -4,300 | $3.2250 | -$13,867.500 |
| Sale | Common Stock | 01/02/2018 | -200 | $3.2220 | -$644.400 |
| Sale | Common Stock | 01/02/2018 | -5,500 | $3.2110 | -$17,660.500 | $41,693.5855 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Purchase | Common Stock | 01/04/2018 | 8,425 | $3.0800 | $25,949.00 | 3,000 | 2,500 |
| Purchase | Common Stock | 01/04/2018 | 1,575 | $3.0700 | $4,835.2500 | | |
| Purchase | Common Stock | 01/04/2018 | 294 | $3.100 | $911.400 | | |
| Purchase | Common Stock | 01/04/2018 | 800 | $3.0900 | $2,472.00 | | |
| Purchase | Common Stock | 01/04/2018 | 6,500 | $3.0800 | $20,020.00 | | |
| Purchase | Common Stock | 01/04/2018 | 1,900 | $3.0700 | $5,833.00 | | |
| Purchase | Common Stock | 01/04/2018 | 200 | $3.0600 | $612.00 | | |
| Purchase | Common Stock | 01/04/2018 | 106 | $3.0500 | $323.300 | | |
| Purchase | Common Stock | 01/04/2018 | 200 | $3.0400 | $608.00 | | |
| Purchase | Common Stock | 01/04/2018 | 5,000 | $3.1600 | $15,800.00 | | |

| Purchase | Common Stock | 01/04/2018 | 200 | $3.1500 | $630.00 |
|---|---|---|---|---|---|
| Purchase | Common Stock | 01/04/2018 | 2,304 | $3.1400 | $7,234.5600 |
| Purchase | Common Stock | 01/04/2018 | 1,300 | $3.1300 | $4,069.00 |
| Purchase | Common Stock | 01/04/2018 | 200 | $3.1200 | $624.00 |
| Purchase | Common Stock | 01/04/2018 | 396 | $3.100 | $1,227.600 |
| Purchase | Common Stock | 01/04/2018 | 600 | $3.0800 | $1,848.00 |
| Purchase | Common Stock | 01/04/2018 | 5,100 | $3.2200 | $16,422.00 |
| Purchase | Common Stock | 01/04/2018 | 100 | $3.2100 | $321.00 |
| Purchase | Common Stock | 01/04/2018 | 400 | $3.200 | $1,280.00 |
| Purchase | Common Stock | 01/04/2018 | 100 | $3.1900 | $319.00 |
| Purchase | Common Stock | 01/04/2018 | 300 | $3.1700 | $951.00 |
| Purchase | Common Stock | 01/04/2018 | 300 | $3.1600 | $948.00 |
| Purchase | Common Stock | 01/04/2018 | 500 | $3.1500 | $1,575.00 |
| Purchase | Common Stock | 01/04/2018 | 200 | $3.1400 | $628.00 |
| Purchase | Common Stock | 01/04/2018 | 700 | $3.1300 | $2,191.00 |
| Purchase | Common Stock | 01/04/2018 | 900 | $3.1200 | $2,808.00 |
| Purchase | Common Stock | 01/04/2018 | 500 | $3.1100 | $1,555.00 |
| Purchase | Common Stock | 01/04/2018 | 100 | $3.0950 | $309.500 |
| Purchase | Common Stock | 01/04/2018 | 800 | $3.0800 | $2,464.00 |
| Purchase | Common Stock | 01/04/2018 | 4,544 | $3.2400 | $14,722.5600 |
| Purchase | Common Stock | 01/04/2018 | 700 | $3.2100 | $2,247.00 |
| Purchase | Common Stock | 01/04/2018 | 390 | $3.200 | $1,248.00 |
| Purchase | Common Stock | 01/04/2018 | 200 | $3.1900 | $638.00 |
| Purchase | Common Stock | 01/04/2018 | 266 | $3.1700 | $843.2200 |
| Purchase | Common Stock | 01/04/2018 | 1,000 | $3.1699 | $3,169.900 |
| Purchase | Common Stock | 01/04/2018 | 1,800 | $3.1690 | $5,704.200 |
| Purchase | Common Stock | 01/04/2018 | 1,100 | $3.1600 | $3,476.00 |
| Purchase | Common Stock | 01/04/2018 | 10,000 | $3.1990 | $31,990.00 |
| Purchase | Common Stock | 01/08/2018 | 3,000 | $3.3600 | $10,080.00 |
| Purchase | Common Stock | 01/26/2018 | 5,000 | $3.6200 | $18,100.00 |
| Purchase | Common Stock | 01/26/2018 | 5,000 | $3.6200 | $18,100.00 |
| Purchase | Common Stock | 02/07/2018 | 5,000 | $4.3700 | $21,850.00 |

| Sale | Common Stock | 02/16/2018 | -7,500 | $3.8612 | -$28,959.00 |
|---|---|---|---|---|---|
| Sale | Common Stock | 02/16/2018 | -7,500 | $3.8644 | -$28,983.00 |
| Sale | Common Stock | 02/16/2018 | -7,000 | $3.8601 | -$27,020.700 |
| Sale | Common Stock | 02/21/2018 | -5 | $3.3900 | -$16.9500 |
| Sale | Common Stock | 02/21/2018 | -900 | $3.3810 | -$3,042.900 |
| Sale | Common Stock | 02/21/2018 | -7,095 | $3.3800 | -$23,981.100 |
| Sale | Common Stock | 02/21/2018 | -3,000 | $3.3806 | -$10,141.800 |
| Sale | Common Stock | 02/21/2018 | -3,910 | $3.2800 | -$12,824.800 |
| Sale | Common Stock | 02/21/2018 | -6,090 | $3.2700 | -$19,914.300 |
| Sale | Common Stock | 03/05/2018 | -2,000 | $3.5481 | -$7,096.200 |
| Sale | Common Stock | 04/03/2018 | -400 | $3.3450 | -$1,338.00 |
| Sale | Common Stock | 04/03/2018 | -500 | $3.3310 | -$1,665.500 |
| Sale | Common Stock | 04/03/2018 | -506 | $3.3300 | -$1,684.9800 |
| Sale | Common Stock | 04/03/2018 | -700 | $3.3200 | -$2,324.00 |
| Sale | Common Stock | 04/03/2018 | -500 | $3.3100 | -$1,655.00 |
| Sale | Common Stock | 04/03/2018 | -7,394 | $3.300 | -$24,400.200 |
| Sale | Common Stock | 04/03/2018 | -93 | $3.3250 | -$309.2250 |
| Sale | Common Stock | 04/03/2018 | -500 | $3.3200 | -$1,660.00 |
| Sale | Common Stock | 04/03/2018 | -1,400 | $3.3110 | -$4,635.400 |
| Sale | Common Stock | 04/03/2018 | -1,100 | $3.3100 | -$3,641.00 |
| Sale | Common Stock | 04/03/2018 | -200 | $3.300 | -$660.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 04/03/2018 | -6,707 | $3.2900 | -$22,066.0300 | |
| Sale | Common Stock | 04/03/2018 | -10,000 | $3.300 | -$33,000.00 | -$13,322.5950 |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 05/16/2018 | 5,000 | $3.8600 | $19,300.00 |
| Purchase | Common Stock | 05/16/2018 | 5,000 | $3.8700 | $19,350.00 |
| Purchase | Common Stock | 05/16/2018 | 5,000 | $3.8500 | $19,250.00 |
| Purchase | Common Stock | 05/16/2018 | 5,000 | $3.8400 | $19,200.00 |
| Purchase | Common Stock | 06/07/2018 | 1,000 | $4.2500 | $4,250.00 |
| Purchase | Common Stock | 06/07/2018 | 1,100 | $4.2200 | $4,642.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sale | Common Stock | 06/25/2018 | -300 | $4.3610 | -$1,308.300 | |
| Sale | Common Stock | 06/25/2018 | -3,300 | $4.3573 | -$14,379.0900 | |
| Sale | Common Stock | 06/25/2018 | -400 | $4.3569 | -$1,742.7600 | |
| Sale | Common Stock | 06/25/2018 | -1,000 | $4.3510 | -$4,351.00 | |
| Sale | Common Stock | 06/25/2018 | -500 | $4.3501 | -$2,175.0500 | |
| Sale | Common Stock | 06/25/2018 | -197 | $4.2350 | -$834.2950 | |
| Sale | Common Stock | 06/25/2018 | -603 | $4.2301 | -$2,550.7503 | |
| Sale | Common Stock | 06/25/2018 | -3,947 | $4.2200 | -$16,656.3400 | |
| Sale | Common Stock | 06/25/2018 | -253 | $4.2100 | -$1,065.1300 | |
| Sale | Common Stock | 06/25/2018 | -1,000 | $4.2201 | -$4,220.100 | |
| Sale | Common Stock | 06/25/2018 | -4,000 | $4.2200 | -$16,880.00 | |
| Sale | Common Stock | 06/25/2018 | -1,300 | $4.2400 | -$5,512.00 | |
| Sale | Common Stock | 06/25/2018 | -3,135 | $4.2301 | -$13,261.3635 | |
| Sale | Common Stock | 06/25/2018 | -565 | $4.1910 | -$2,367.9150 | |
| Sale | Common Stock | 06/25/2018 | -2,100 | $4.1630 | -$8,742.300 | -$8,514.3938 |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | Common Stock | 07/13/2018 | 2,000 | $4.1400 | $8,280.00 |
| Purchase | Common Stock | 07/16/2018 | 1,000 | $4.1500 | $4,150.00 |
| Purchase | Common Stock | 07/17/2018 | 1,000 | $4.200 | $4,200.00 |
| Purchase | Common Stock | 07/17/2018 | 1,000 | $4.1700 | $4,170.00 |
| Purchase | Common Stock | 07/18/2018 | 1,000 | $4.1800 | $4,180.00 |
| Purchase | Common Stock | 07/18/2018 | 125 | $4.200 | $525.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sale | Common Stock | 08/03/2018 | -3,300 | $3.2800 | -$10,824.00 |
| Sale | Common Stock | 08/03/2018 | -644 | $3.2700 | -$2,105.8800 |
| Sale | Common Stock | 08/03/2018 | -1,056 | $3.2600 | -$3,442.5600 |
| Sale | Common Stock | 08/03/2018 | -5,000 | $3.2514 | -$16,257.00 |
| Sale | Common Stock | 08/03/2018 | -5,000 | $3.2228 | -$16,114.00 |
| Sale | Common Stock | 08/03/2018 | -5,000 | $3.2143 | -$16,071.500 |
| Sale | Common Stock | 08/03/2018 | -5,000 | $3.2154 | -$16,077.00 |
| Sale | Common Stock | 08/03/2018 | -800 | $3.2100 | -$2,568.00 |
| Sale | Common Stock | 08/03/2018 | -807 | $3.100 | -$2,501.700 |
| Sale | Common Stock | 08/03/2018 | -305 | $3.0900 | -$942.4500 |
| Sale | Common Stock | 08/03/2018 | -3,888 | $3.0710 | -$11,940.0480 |
| Sale | Common Stock | 08/03/2018 | -5,000 | $3.0514 | -$15,257.00 |
| Sale | Common Stock | 08/06/2018 | -1,100 | $2.9200 | -$3,212.00 |
| Sale | Common Stock | 08/06/2018 | -1,100 | $2.9200 | -$3,212.00 |
| Sale | Common Stock | 08/06/2018 | -5,000 | $2.9043 | -$14,521.500 |
| Sale | Common Stock | 08/06/2018 | -5,000 | $2.9001 | -$14,500.500 |
| Sale | Common Stock | 08/06/2018 | -100 | $2.9100 | -$291.00 |
| Sale | Common Stock | 08/06/2018 | -4,300 | $2.900 | -$12,470.00 |
| Sale | Common Stock | 08/07/2018 | -65,000 | $2.8452 | -$184,938.00 |
| Sale | Common Stock | 08/14/2018 | -215 | $2.3200 | -$498.800 |
| Sale | Common Stock | 08/14/2018 | -1,785 | $2.3110 | -$4,125.1350 |
| Sale | Common Stock | 08/14/2018 | -2,000 | $2.3128 | -$4,625.600 |
| Sale | Common Stock | 08/14/2018 | -2,000 | $2.3101 | -$4,620.200 |
| Sale | Common Stock | 08/14/2018 | -2,000 | $2.3128 | -$4,625.600 |

| Sale | Common Stock | 08/14/2018 | -400 | $2.3200 | -$928.00 | |
|------|--------------|------------|------|---------|----------|--|
| Sale | Common Stock | 08/14/2018 | -1,600 | $2.3101 | -$3,696.1600 | |
| Sale | Common Stock | 08/14/2018 | -2,000 | $2.3128 | -$4,625.600 | |
| Sale | Common Stock | 08/14/2018 | -785 | $2.3200 | -$1,821.200 | |
| Sale | Common Stock | 08/14/2018 | -1,215 | $2.3110 | -$2,807.8650 | |
| Sale | Common Stock | 08/14/2018 | -100 | $2.3200 | -$232.00 | |
| Sale | Common Stock | 08/14/2018 | -6,900 | $2.3110 | -$15,945.900 | |
| Sale | Common Stock | 08/14/2018 | -7,000 | $2.3149 | -$16,204.300 | $501,163.8841 |

| Purchase | Common Stock | 08/27/2018 | 1,500 | $2.4700 | $3,705.00 |
|----------|--------------|------------|-------|---------|-----------|
| Purchase | Common Stock | 08/27/2018 | 2,000 | $2.4800 | $4,960.00 |
| Purchase | Common Stock | 09/19/2018 | 400 | $3.0600 | $1,224.00 |

| Sale | Common Stock | 10/03/2018 | -4,125 | $2.6253 | -$10,829.3625 | $439.7125 |
|------|--------------|------------|--------|---------|---------------|-----------|

| Total Purchases | 511,517 | Total Costs | $3,157,547.6339 | | Total Sales | -423,457 | Total Proceeds | -$2,287,618.8238 | Matched Loss* | $686,383.3601 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Remaining Shares | 100,000 | | | Unmatched Loss** | $622,248.6619 |
| | | | | | | | | | Total Loss | $1,308,632.0220 |

| Lax Factors | |
|-------------|--|
| Total Shares Purchased | 511,517 |
| Net Shares Purchased | 88,060 |
| Net Funds Expended | $869,928.8101 |
| Approximate LIFO Loss | $1,308,632.0220 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.