# EXHIBIT 1

**Revolution Lighting Technologies, Inc. Loss Chart**
**Class Period: March 14, 2014 through November 14, 2018**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 0.590339 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fred Remer | Opening Position | 11,940 | | | | | | | | | | |
| | 1/22/2015 | 170 | ($11.50) | ($1,955.00) | | | | | | | | |
| | 1/22/2015 | 159 | ($11.50) | ($1,828.34) | | | | | | | | |
| | 1/22/2015 | 371 | ($11.49) | ($4,262.79) | | | | | | | | |
| | 1/28/2015 | 300 | ($11.70) | ($3,509.70) | | | | | | | | |
| | 2/19/2015 | 720 | ($11.50) | ($8,279.28) | | | | | | | | |
| | 10/6/2015 | 1,000 | ($10.00) | ($10,000.00) | | | | | | | | |
| | 10/6/2015 | 1,000 | ($9.99) | ($9,990.00) | | | | | | | | |
| | 10/9/2015 | 1,000 | ($10.30) | ($10,300.00) | | | | | | | | |
| | 10/15/2015 | 1,000 | ($9.80) | ($9,800.00) | | | | | | | | |
| | 10/21/2015 | 560 | ($9.76) | ($5,465.60) | | | | | | | | |
| | 10/21/2015 | 20 | ($9.73) | ($194.50) | | | | | | | | |
| | 10/21/2015 | 92 | ($9.72) | ($893.27) | | | | | | | | |
| | 10/21/2015 | 10 | ($9.71) | ($97.05) | | | | | | | | |
| | 10/21/2015 | 248 | ($9.70) | ($2,406.57) | | | | | | | | |
| | 10/21/2015 | 60 | ($9.70) | ($581.82) | | | | | | | | |
| | 10/21/2015 | 10 | ($9.67) | ($96.65) | | | | | | | | |
| | 12/14/2015 | 2,000 | ($9.00) | ($18,000.00) | | | | | | | | |
| | 12/14/2015 | 2,500 | ($9.00) | ($22,500.00) | | | | | | | | |
| | 12/14/2015 | 2,500 | ($9.00) | ($22,500.00) | | | | | | | | |
| | 12/17/2015 | 6,330 | ($8.50) | ($53,805.00) | | | | | | | | |
| | 12/17/2015 | 300 | ($8.50) | ($2,549.40) | | | | | | | | |
| | 12/17/2015 | 30 | ($8.49) | ($254.55) | | | | | | | | |
| | 12/17/2015 | 220 | ($8.48) | ($1,864.94) | | | | | | | | |
| | 12/17/2015 | 10 | ($8.45) | ($84.50) | | | | | | | | |
| | 12/17/2015 | 10 | ($8.44) | ($84.43) | | | | | | | | |
| | 12/17/2015 | 30 | ($8.43) | ($252.81) | | | | | | | | |
| | 12/17/2015 | 70 | ($8.41) | ($588.98) | | | | | | | | |
| | 12/18/2015 | 2,140 | ($8.00) | ($17,120.00) | | | | | | | | |
| | 12/18/2015 | 400 | ($8.00) | ($3,198.40) | | | | | | | | |
| | 12/18/2015 | 100 | ($7.90) | ($790.30) | | | | | | | | |
| | 12/18/2015 | 360 | ($7.90) | ($2,844.72) | | | | | | | | |
| | 12/30/2015 | 5,000 | ($7.00) | ($35,000.00) | | | | | | | | |
| | 12/30/2015 | 4,730 | ($7.00) | ($33,110.00) | | | | | | | | |
| | 12/30/2015 | 100 | ($7.00) | ($699.90) | | | | | | | | |
| | 12/30/2015 | 30 | ($7.00) | ($209.85) | | | | | | | | |
| | 12/30/2015 | 120 | ($6.99) | ($838.92) | | | | | | | | |
| | 12/30/2015 | 20 | ($6.99) | ($139.80) | | | | | | | | |
| | 2/17/2016 | 930 | ($7.30) | ($6,789.00) | | | | | | | | |
| | 2/17/2016 | 70 | ($7.30) | ($510.93) | | | | | | | | |
| | 2/24/2016 | 1,000 | ($7.39) | ($7,390.00) | | | | | | | | |
| | 3/3/2016 | 3,000 | ($7.60) | ($22,800.00) | | | | | | | | |
| | 3/7/2016 | 5,000 | ($7.66) | ($38,275.00) | | | | | | | | |
| | 3/16/2016 | 5,839 | ($6.79) | ($39,646.81) | | | | | | | | |
| | 3/17/2016 | 703 | ($6.59) | ($4,632.77) | | | | | | | | |
| | 3/18/2016 | 10,000 | ($6.27) | ($62,700.00) | | | | | | | | |
| | 4/6/2016 | 5,525 | ($5.78) | ($31,934.50) | | | | | | | | |
| | 4/6/2016 | 200 | ($5.76) | ($1,152.00) | | | | | | | | |
| | 4/6/2016 | 1,155 | ($5.75) | ($6,641.25) | | | | | | | | |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 4/6/2016 | 1,200 | ($5.74) | ($6,888.00) |
| 4/6/2016 | 20 | ($5.72) | ($114.40) |
| 4/6/2016 | 1,900 | ($5.71) | ($10,849.00) |
| 4/15/2016 | 593 | ($5.75) | ($3,409.75) |
| 4/28/2016 | 1,600 | ($6.05) | ($9,680.00) |
| 5/6/2016 | 10,000 | ($5.53) | ($55,300.00) |
| 5/10/2016 | 4,400 | ($5.39) | ($23,714.68) |
| 5/10/2016 | 600 | ($5.37) | ($3,219.00) |
| 5/11/2016 | 200 | ($5.28) | ($1,056.00) |
| 5/11/2016 | 1,300 | ($5.28) | ($6,863.87) |
| 5/16/2016 | 3,000 | ($6.19) | ($18,570.00) |
| 5/16/2016 | 1,200 | ($6.18) | ($7,416.00) |
| 5/16/2016 | 1,200 | ($6.18) | ($7,410.00) |
| 5/16/2016 | 4,600 | ($6.16) | ($28,336.00) |
| 5/16/2016 | 4,765 | ($6.14) | ($29,257.10) |
| 5/16/2016 | 35 | ($6.14) | ($214.90) |
| 5/16/2016 | 190 | ($6.13) | ($1,164.70) |
| 5/16/2016 | 310 | ($6.13) | ($1,901.08) |
| 5/16/2016 | 3,800 | ($6.13) | ($23,275.00) |
| 5/16/2016 | 100 | ($6.12) | ($612.25) |
| 5/16/2016 | 800 | ($6.12) | ($4,896.00) |
| 5/24/2016 | 1,400 | ($5.70) | ($7,980.00) |
| 5/24/2016 | 1,400 | ($5.70) | ($7,979.86) |
| 5/31/2016 | 1,900 | ($6.41) | ($12,175.20) |
| 5/31/2016 | 1,500 | ($6.41) | ($9,607.50) |
| 5/31/2016 | 1,600 | ($6.38) | ($10,214.40) |
| 6/7/2016 | 5,000 | ($6.56) | ($32,800.00) |
| 7/8/2016 | 3,450 | ($6.55) | ($22,597.16) |
| 7/8/2016 | 200 | ($6.54) | ($1,307.00) |
| 7/8/2016 | 1,900 | ($6.53) | ($12,407.00) |
| 7/12/2016 | 4,800 | ($6.70) | ($32,150.88) |
| 7/12/2016 | 300 | ($6.69) | ($2,007.57) |
| 7/12/2016 | 900 | ($6.69) | ($6,022.62) |
| 8/4/2016 | 3,280 | ($6.25) | ($20,499.67) |
| 8/9/2016 | 9,600 | ($6.48) | ($62,208.00) |
| 8/9/2016 | 400 | ($6.47) | ($2,586.00) |
| 8/9/2016 | 7,000 | ($6.52) | ($45,639.30) |
| 8/9/2016 | 5,000 | ($6.52) | ($32,600.00) |
| 8/9/2016 | 869 | ($6.47) | ($5,622.43) |
| 8/11/2016 | 2,000 | ($6.40) | ($12,799.80) |
| 8/17/2016 | 5,000 | ($6.60) | ($32,999.50) |
| 8/17/2016 | 2,100 | ($6.60) | ($13,860.00) |
| 8/17/2016 | 1,200 | ($6.60) | ($7,919.88) |
| 8/17/2016 | 1,700 | ($6.57) | ($11,169.00) |
| 8/19/2016 | 2,000 | ($6.66) | ($13,320.00) |
| 8/29/2016 | 500 | ($6.60) | ($3,299.95) |
| 8/29/2016 | 2,000 | ($6.60) | ($13,199.80) |
| 8/29/2016 | 500 | ($6.60) | ($3,299.95) |
| 8/29/2016 | 1,000 | ($6.60) | ($6,599.00) |
| 8/29/2016 | 500 | ($6.60) | ($3,297.50) |
| 9/2/2016 | 5,000 | ($6.33) | ($31,650.00) |
| 9/6/2016 | 3,700 | ($6.35) | ($23,494.63) |
| 9/6/2016 | 1,300 | ($6.35) | ($8,253.70) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/23/2016 | 89 | ($7.45) | ($663.04) | | | | |
| 9/23/2016 | 4,911 | ($7.45) | ($36,562.40) | | | | |
| 9/23/2016 | 3,166 | ($7.45) | ($23,583.53) | | | | |
| 9/23/2016 | 7,600 | ($7.43) | ($56,468.00) | | | | |
| 10/6/2016 | 1,000 | ($6.81) | ($6,811.60) | | | | |
| 10/6/2016 | 2,000 | ($6.82) | ($13,639.80) | | | | |
| 11/2/2016 | 2,000 | ($7.11) | ($14,220.00) | | | | |
| 11/10/2016 | 1,000 | ($5.95) | ($5,949.70) | | | | |
| 11/10/2016 | 1,000 | ($5.95) | ($5,949.90) | | | | |
| 11/28/2016 | 2,000 | ($5.60) | ($11,199.20) | | | | |
| 11/28/2016 | 2,000 | ($5.60) | ($11,199.80) | | | | |
| 11/28/2016 | 2,000 | ($5.60) | ($11,200.00) | | | | |
| 12/7/2016 | 1,000 | ($5.40) | ($5,399.90) | | | | |
| 12/7/2016 | 500 | ($5.40) | ($2,699.90) | | | | |
| 12/7/2016 | 1,500 | ($5.40) | ($8,094.00) | | | | |
| 12/7/2016 | 1,500 | ($5.40) | ($8,094.00) | | | | |
| 12/7/2016 | 900 | ($5.40) | ($4,860.00) | 10/3/2018 | 4,125 | $2.63 | $10,829.36 |
| 12/7/2016 | 200 | ($5.40) | ($1,079.80) | 8/14/2018 | 215 | $2.32 | $498.80 |
| 12/7/2016 | 400 | ($5.39) | ($2,154.64) | 8/14/2018 | 1,785 | $2.31 | $4,125.14 |
| 12/12/2016 | 1,000 | ($5.89) | ($5,886.00) | 8/14/2018 | 2,000 | $2.31 | $4,625.60 |
| 12/13/2016 | 5,000 | ($5.79) | ($28,950.00) | 8/14/2018 | 2,000 | $2.31 | $4,620.20 |
| 12/23/2016 | 2,000 | ($5.79) | ($11,580.00) | 8/14/2018 | 2,000 | $2.31 | $4,620.00 |
| 12/23/2016 | 900 | ($5.77) | ($5,195.43) | 8/14/2018 | 400 | $2.32 | $928.00 |
| 12/23/2016 | 600 | ($5.76) | ($3,457.62) | 8/14/2018 | 1,600 | $2.31 | $3,696.16 |
| 12/23/2016 | 1,500 | ($5.76) | ($8,641.50) | 8/14/2018 | 2,000 | $2.31 | $4,625.60 |
| 1/5/2017 | 355 | ($6.31) | ($2,240.05) | 8/14/2018 | 785 | $2.32 | $1,821.20 |
| 1/6/2017 | 5,000 | ($6.31) | ($31,550.00) | 8/14/2018 | 1,215 | $2.31 | $2,807.87 |
| 1/6/2017 | 1,645 | ($6.31) | ($10,379.95) | 8/14/2018 | 100 | $2.32 | $232.00 |
| 1/6/2017 | 1,955 | ($6.31) | ($12,336.05) | 8/14/2018 | 6,900 | $2.31 | $15,945.90 |
| 1/6/2017 | 800 | ($6.31) | ($5,047.92) | 8/14/2018 | 7,000 | $2.31 | $16,204.30 |
| 1/6/2017 | 600 | ($6.31) | ($3,783.00) | 8/7/2018 | 65,000 | $2.85 | $184,938.00 |
| 1/6/2017 | 1,000 | ($6.65) | ($6,650.00) | 8/6/2018 | 1,100 | $2.92 | $3,212.00 |
| 1/9/2017 | 5,000 | ($6.40) | ($32,000.00) | 8/6/2018 | 1,100 | $2.92 | $3,212.00 |
| 1/20/2017 | 1,000 | ($6.24) | ($6,241.30) | 8/6/2018 | 5,000 | $2.90 | $14,521.50 |
| 1/24/2017 | 1,545 | ($6.40) | ($9,887.85) | 8/6/2018 | 5,000 | $2.90 | $14,500.50 |
| 1/24/2017 | 1,100 | ($6.39) | ($7,023.50) | 8/6/2018 | 100 | $2.91 | $291.00 |
| 1/26/2017 | 2,000 | ($6.69) | ($13,379.40) | 8/6/2018 | 4,300 | $2.90 | $12,470.00 |
| 2/13/2017 | 326 | ($6.61) | ($2,154.86) | 8/3/2018 | 3,300 | $3.28 | $10,824.00 |
| 2/14/2017 | 2,000 | ($6.67) | ($13,339.80) | 8/3/2018 | 644 | $3.27 | $2,105.88 |
| 2/14/2017 | 2,000 | ($6.67) | ($13,339.60) | 8/3/2018 | 1,056 | $3.26 | $3,442.56 |
| 2/14/2017 | 2,000 | ($6.67) | ($13,339.60) | 8/3/2018 | 5,000 | $3.25 | $16,257.00 |
| 2/14/2017 | 3,200 | ($6.70) | ($21,439.36) | 8/3/2018 | 5,000 | $3.22 | $16,114.00 |
| 2/14/2017 | 2,600 | ($6.69) | ($17,393.48) | 8/3/2018 | 5,000 | $3.21 | $16,071.50 |
| 2/14/2017 | 2,600 | ($6.69) | ($17,393.74) | 8/3/2018 | 5,000 | $3.22 | $16,077.00 |
| 2/15/2017 | 10,000 | ($6.85) | ($68,500.00) | 8/3/2018 | 800 | $3.21 | $2,568.00 |
| 3/20/2017 | 3,100 | ($7.55) | ($23,400.66) | 8/3/2018 | 807 | $3.10 | $2,501.70 |
| 3/20/2017 | 100 | ($7.54) | ($753.87) | 8/3/2018 | 305 | $3.09 | $942.45 |
| 3/20/2017 | 100 | ($7.53) | ($753.00) | 8/3/2018 | 3,888 | $3.07 | $11,940.05 |
| 3/20/2017 | 100 | ($7.53) | ($752.91) | 8/3/2018 | 5,000 | $3.05 | $15,257.00 |
| 3/20/2017 | 100 | ($7.50) | ($749.94) | 6/25/2018 | 300 | $4.36 | $1,308.30 |
| 3/20/2017 | 700 | ($7.50) | ($5,249.37) | 6/25/2018 | 3,300 | $4.36 | $14,379.09 |
| 3/20/2017 | 400 | ($7.49) | ($2,995.64) | 6/25/2018 | 400 | $4.36 | $1,742.76 |
| 3/20/2017 | 100 | ($7.48) | ($748.00) | 6/25/2018 | 1,000 | $4.35 | $4,351.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/20/2017 | 300 | ($7.47) | ($2,241.06) | 6/25/2018 | 500 | $4.35 | $2,175.05 |
| 3/20/2017 | 550 | ($7.69) | ($4,229.39) | 6/25/2018 | 197 | $4.24 | $834.30 |
| 3/20/2017 | 100 | ($7.65) | ($764.99) | 6/25/2018 | 603 | $4.23 | $2,550.75 |
| 3/20/2017 | 400 | ($7.65) | ($3,059.92) | 6/25/2018 | 3,947 | $4.22 | $16,656.34 |
| 3/20/2017 | 600 | ($7.64) | ($4,583.94) | 6/25/2018 | 253 | $4.21 | $1,065.13 |
| 3/20/2017 | 250 | ($7.60) | ($1,900.00) | 6/25/2018 | 1,000 | $4.22 | $4,220.10 |
| 3/20/2017 | 2,600 | ($7.58) | ($19,701.50) | 6/25/2018 | 4,000 | $4.22 | $16,880.00 |
| 3/20/2017 | 100 | ($7.58) | ($757.74) | 6/25/2018 | 1,300 | $4.24 | $5,512.00 |
| 3/20/2017 | 400 | ($7.53) | ($3,012.40) | 6/25/2018 | 3,135 | $4.23 | $13,261.36 |
| 3/20/2017 | 5,000 | ($7.66) | ($38,282.50) | 6/25/2018 | 565 | $4.19 | $2,367.92 |
| 3/20/2017 | 1,200 | ($7.73) | ($9,276.00) | 6/25/2018 | 2,100 | $4.16 | $8,742.30 |
| 3/20/2017 | 2,700 | ($7.70) | ($20,789.73) | 4/3/2018 | 400 | $3.35 | $1,338.00 |
| 3/20/2017 | 300 | ($7.69) | ($2,307.00) | 4/3/2018 | 500 | $3.33 | $1,665.50 |
| 3/20/2017 | 800 | ($7.66) | ($6,124.00) | 4/3/2018 | 506 | $3.33 | $1,684.98 |
| 3/20/2017 | 1,000 | ($7.80) | ($7,799.90) | 4/3/2018 | 700 | $3.32 | $2,324.00 |
| 3/20/2017 | 2,274 | ($7.77) | ($17,668.98) | 4/3/2018 | 500 | $3.31 | $1,655.00 |
| 3/20/2017 | 1,726 | ($7.77) | ($13,411.02) | 4/3/2018 | 7,394 | $3.30 | $24,400.20 |
| 3/31/2017 | 1,000 | ($7.50) | ($7,504.00) | 4/3/2018 | 93 | $3.33 | $309.23 |
| 3/31/2017 | 1,000 | ($7.52) | ($7,516.60) | 4/3/2018 | 500 | $3.32 | $1,660.00 |
| 3/31/2017 | 1,000 | ($7.53) | ($7,531.20) | 4/3/2018 | 1,400 | $3.31 | $4,635.40 |
| 4/7/2017 | 4,100 | ($7.72) | ($31,634.37) | 4/3/2018 | 1,100 | $3.31 | $3,641.00 |
| 4/7/2017 | 900 | ($7.71) | ($6,934.68) | 4/3/2018 | 200 | $3.30 | $660.00 |
| 4/7/2017 | 4,100 | ($7.74) | ($31,734.00) | 4/3/2018 | 6,707 | $3.29 | $22,066.03 |
| 4/7/2017 | 200 | ($7.74) | ($1,547.94) | 4/3/2018 | 10,000 | $3.30 | $33,000.00 |
| 4/7/2017 | 700 | ($7.73) | ($5,412.75) | 3/5/2018 | 2,000 | $3.55 | $7,096.20 |
| 4/7/2017 | 5,000 | ($7.73) | ($38,626.00) | 2/21/2018 | 5 | $3.39 | $16.95 |
| 4/17/2017 | 800 | ($8.44) | ($6,755.36) | 2/21/2018 | 900 | $3.38 | $3,042.90 |
| 4/17/2017 | 4,200 | ($8.42) | ($35,343.00) | 2/21/2018 | 7,095 | $3.38 | $23,981.10 |
| 4/19/2017 | 868 | ($8.56) | ($7,425.74) | 2/21/2018 | 3,000 | $3.38 | $10,141.80 |
| 4/19/2017 | 32 | ($8.55) | ($273.72) | 2/21/2018 | 3,910 | $3.28 | $12,824.80 |
| 4/19/2017 | 100 | ($8.54) | ($854.00) | 2/21/2018 | 6,090 | $3.27 | $19,914.30 |
| 4/25/2017 | 4,500 | ($8.50) | ($38,250.00) | 2/16/2018 | 7,500 | $3.86 | $28,959.00 |
| 4/25/2017 | 400 | ($8.50) | ($3,399.96) | 2/16/2018 | 7,500 | $3.86 | $28,983.00 |
| 4/25/2017 | 100 | ($8.49) | ($849.00) | 2/16/2018 | 7,000 | $3.86 | $27,020.70 |
| 5/1/2017 | 1,400 | ($8.11) | ($11,353.86) | 1/2/2018 | 2,600 | $3.24 | $8,411.00 |
| 5/1/2017 | 1,900 | ($8.11) | ($15,408.81) | 1/2/2018 | 100 | $3.23 | $323.40 |
| 5/1/2017 | 700 | ($8.10) | ($5,670.00) | 1/2/2018 | 2,300 | $3.23 | $7,429.23 |
| 5/1/2017 | 1,100 | ($7.98) | ($8,781.74) | 1/2/2018 | 4,300 | $3.23 | $13,867.50 |
| 5/1/2017 | 1,000 | ($8.10) | ($8,097.90) | 1/2/2018 | 200 | $3.22 | $644.40 |
| 5/1/2017 | 1,000 | ($8.09) | ($8,088.40) | 1/2/2018 | 5,500 | $3.21 | $17,660.50 |
| 5/4/2017 | 300 | ($7.82) | ($2,345.97) | 11/7/2017 | 5,000 | $4.56 | $22,784.00 |
| 5/5/2017 | 2,000 | ($7.84) | ($15,670.80) | 11/7/2017 | 600 | $4.59 | $2,751.96 |
| 5/5/2017 | 4,000 | ($7.84) | ($31,341.20) | 11/7/2017 | 4,400 | $4.58 | $20,152.44 |
| 5/12/2017 | 1,600 | ($8.35) | ($13,360.00) | 11/7/2017 | 5,000 | $4.56 | $22,787.00 |
| 5/12/2017 | 700 | ($8.35) | ($5,844.93) | 11/7/2017 | 790 | $4.54 | $3,589.92 |
| 5/12/2017 | 400 | ($8.35) | ($3,339.60) | 11/7/2017 | 400 | $4.54 | $1,816.40 |
| 5/12/2017 | 300 | ($8.34) | ($2,502.00) | 11/7/2017 | 3,810 | $4.54 | $17,297.78 |
| 5/12/2017 | 3,000 | ($8.35) | ($25,049.10) | 10/11/2017 | 300 | $6.26 | $1,877.52 |
| 5/16/2017 | 1,000 | ($8.23) | ($8,232.00) | 10/11/2017 | 200 | $6.25 | $1,249.68 |
| 5/16/2017 | 1,000 | ($8.24) | ($8,237.20) | 10/11/2017 | 2,300 | $6.24 | $14,355.68 |
| 7/5/2017 | 600 | ($6.84) | ($4,101.00) | 10/11/2017 | 2,100 | $6.24 | $13,103.37 |
| 7/5/2017 | 100 | ($6.92) | ($691.90) | 10/11/2017 | 100 | $6.24 | $623.87 |
| 7/5/2017 | 100 | ($6.91) | ($691.00) | 10/11/2017 | 5,000 | $6.23 | $31,125.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/5/2017 | 100 | ($6.91) | ($690.50) | 10/11/2017 | 1,100 | $6.24 | $6,864.00 |
| 7/5/2017 | 300 | ($6.90) | ($2,070.00) | 10/11/2017 | 1,163 | $6.24 | $7,251.31 |
| 7/5/2017 | 600 | ($6.92) | ($4,151.94) | 10/11/2017 | 1,400 | $6.23 | $8,717.80 |
| 7/5/2017 | 600 | ($6.85) | ($4,111.98) | 10/11/2017 | 1,337 | $6.22 | $8,321.09 |
| 7/5/2017 | 600 | ($6.92) | ($4,151.40) | 10/11/2017 | 301 | $6.24 | $1,878.24 |
| 7/5/2017 | 4,600 | ($6.77) | ($31,142.00) | 10/11/2017 | 210 | $6.24 | $1,309.35 |
| 7/5/2017 | 400 | ($6.77) | ($2,708.00) | 10/11/2017 | 4,389 | $6.22 | $27,315.82 |
| 7/5/2017 | 4,584 | ($6.78) | ($31,079.52) | 10/11/2017 | 100 | $6.20 | $619.70 |
| 7/5/2017 | 200 | ($6.78) | ($1,355.98) | 9/21/2017 | 3,700 | $7.60 | $28,120.00 |
| 7/5/2017 | 216 | ($6.77) | ($1,462.32) | 9/21/2017 | 100 | $7.59 | $759.40 |
| 7/5/2017 | 3,717 | ($6.91) | ($25,684.47) | 9/21/2017 | 200 | $7.59 | $1,518.00 |
| 7/5/2017 | 83 | ($6.88) | ($571.03) | 9/21/2017 | 100 | $7.59 | $758.50 |
| 7/5/2017 | 300 | ($6.87) | ($2,061.00) | 9/21/2017 | 800 | $7.57 | $6,056.80 |
| 7/5/2017 | 900 | ($6.86) | ($6,174.00) | 9/21/2017 | 100 | $7.57 | $757.01 |
| 7/5/2017 | 5,000 | ($6.84) | ($34,181.00) | 9/20/2017 | 1,100 | $7.50 | $8,254.07 |
| 7/25/2017 | 500 | ($7.69) | ($3,842.60) | 9/20/2017 | 300 | $7.50 | $2,249.61 |
| 7/26/2017 | 4,100 | ($7.56) | ($30,996.82) | 9/20/2017 | 1,000 | $7.50 | $7,495.00 |
| 7/26/2017 | 900 | ($7.56) | ($6,804.18) | 9/20/2017 | 100 | $7.49 | $749.20 |
| 7/26/2017 | 4,100 | ($7.53) | ($30,853.73) | 9/20/2017 | 300 | $7.49 | $2,247.00 |
| 7/26/2017 | 900 | ($7.53) | ($6,772.77) | 9/20/2017 | 1,946 | $7.48 | $14,561.92 |
| 7/26/2017 | 3,546 | ($7.54) | ($26,736.49) | 9/20/2017 | 1,000 | $7.48 | $7,481.00 |
| 8/9/2017 | 500 | ($7.33) | ($3,664.50) | 9/20/2017 | 200 | $7.48 | $1,496.02 |
| 8/9/2017 | 1,000 | ($7.32) | ($7,316.80) | 9/20/2017 | 100 | $7.52 | $751.50 |
| 8/9/2017 | 1,000 | ($7.32) | ($7,322.00) | 9/20/2017 | 4,900 | $7.50 | $36,750.49 |
| 8/9/2017 | 100 | ($7.34) | ($733.67) | 6/15/2017 | 684 | $7.30 | $4,992.52 |
| 8/9/2017 | 900 | ($7.33) | ($6,600.42) | 6/15/2017 | 4,316 | $7.29 | $31,463.64 |
| 8/9/2017 | 1,000 | ($7.32) | ($7,317.30) | 6/15/2017 | 100 | $7.26 | $726.00 |
| 8/9/2017 | 1,000 | ($7.31) | ($7,310.60) | 6/15/2017 | 4,900 | $7.25 | $35,525.00 |
| 8/9/2017 | 1,000 | ($7.34) | ($7,339.90) | 6/15/2017 | 626 | $7.29 | $4,563.54 |
| 12/21/2017 | 2,000 | ($3.53) | ($7,060.00) | 6/15/2017 | 172 | $7.28 | $1,252.16 |
| 1/4/2018 | 2,500 | ($3.08) | ($7,700.00) | 6/15/2017 | 200 | $7.26 | $1,452.20 |
| 1/4/2018 | 500 | ($3.08) | ($1,540.00) | 6/15/2017 | 200 | $7.26 | $1,452.02 |
| 1/4/2018 | 5,425 | ($3.08) | ($16,709.00) | 6/15/2017 | 600 | $7.23 | $4,338.00 |
| 1/4/2018 | 1,575 | ($3.07) | ($4,835.25) | 6/15/2017 | 400 | $7.22 | $2,888.00 |
| 1/4/2018 | 294 | ($3.10) | ($911.40) | 6/15/2017 | 2,802 | $7.21 | $20,202.42 |
| 1/4/2018 | 800 | ($3.09) | ($2,472.00) | 6/15/2017 | 200 | $7.22 | $1,444.20 |
| 1/4/2018 | 6,500 | ($3.08) | ($20,020.00) | 6/15/2017 | 1,571 | $7.22 | $11,342.78 |
| 1/4/2018 | 1,900 | ($3.07) | ($5,833.00) | 6/15/2017 | 150 | $7.21 | $1,081.50 |
| 1/4/2018 | 200 | ($3.06) | ($612.00) | 6/15/2017 | 100 | $7.20 | $720.01 |
| 1/4/2018 | 106 | ($3.05) | ($323.30) | 6/15/2017 | 1,400 | $7.20 | $10,080.00 |
| 1/4/2018 | 200 | ($3.04) | ($608.00) | 6/15/2017 | 100 | $7.18 | $718.00 |
| 1/4/2018 | 5,000 | ($3.16) | ($15,800.00) | 6/15/2017 | 400 | $7.17 | $2,868.00 |
| 1/4/2018 | 200 | ($3.15) | ($630.00) | 6/15/2017 | 300 | $7.16 | $2,148.03 |
| 1/4/2018 | 2,304 | ($3.14) | ($7,234.56) | 6/15/2017 | 779 | $7.16 | $5,577.64 |
| 1/4/2018 | 1,300 | ($3.13) | ($4,069.00) | 4/10/2017 | 5,000 | $8.32 | $41,621.00 |
| 1/4/2018 | 200 | ($3.12) | ($624.00) | 4/10/2017 | 5,000 | $8.48 | $42,398.00 |
| 1/4/2018 | 396 | ($3.10) | ($1,227.60) | 4/10/2017 | 5,000 | $8.56 | $42,783.50 |
| 1/4/2018 | 600 | ($3.08) | ($1,848.00) | 4/10/2017 | 5,000 | $8.65 | $43,225.00 |
| 1/4/2018 | 5,000 | ($3.22) | ($16,100.00) | 4/10/2017 | 5,000 | $8.68 | $43,396.50 |
| 1/4/2018 | 100 | ($3.22) | ($322.00) | 4/10/2017 | 100 | $8.69 | $869.00 |
| 1/4/2018 | 100 | ($3.21) | ($321.00) | 4/10/2017 | 4,900 | $8.68 | $42,532.49 |
| 1/4/2018 | 400 | ($3.20) | ($1,280.00) | 4/10/2017 | 5,000 | $8.72 | $43,604.00 |
| 1/4/2018 | 100 | ($3.19) | ($319.00) | 4/10/2017 | 100 | $8.70 | $870.25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/4/2018 | 300 | ($3.17) | ($951.00) | 4/10/2017 | 4,800 | $8.69 | $41,714.40 |
| 1/4/2018 | 300 | ($3.16) | ($948.00) | 4/10/2017 | 100 | $8.69 | $869.00 |
| 1/4/2018 | 500 | ($3.15) | ($1,575.00) | 4/10/2017 | 5,000 | $8.82 | $44,121.50 |
| 1/4/2018 | 200 | ($3.14) | ($628.00) | 4/10/2017 | 5,000 | $8.83 | $44,153.00 |
| 1/4/2018 | 700 | ($3.13) | ($2,191.00) | 4/10/2017 | 2,000 | $8.96 | $17,926.20 |
| 1/4/2018 | 900 | ($3.12) | ($2,808.00) | 4/10/2017 | 500 | $8.95 | $4,475.05 |
| 1/4/2018 | 500 | ($3.11) | ($1,555.00) | 4/10/2017 | 100 | $8.95 | $895.00 |
| 1/4/2018 | 100 | ($3.10) | ($309.50) | 4/10/2017 | 800 | $8.92 | $7,138.40 |
| 1/4/2018 | 800 | ($3.08) | ($2,464.00) | 4/10/2017 | 200 | $8.90 | $1,780.58 |
| 1/4/2018 | 4,544 | ($3.24) | ($14,722.56) | 4/10/2017 | 1,400 | $8.89 | $12,450.06 |
| 1/4/2018 | 700 | ($3.21) | ($2,247.00) | 4/10/2017 | 700 | $9.08 | $6,356.21 |
| 1/4/2018 | 390 | ($3.20) | ($1,248.00) | 4/10/2017 | 1,400 | $9.06 | $12,686.38 |
| 1/4/2018 | 200 | ($3.19) | ($638.00) | 4/10/2017 | 1,400 | $9.06 | $12,684.00 |
| 1/4/2018 | 266 | ($3.17) | ($843.22) | 4/10/2017 | 300 | $9.04 | $2,712.00 |
| 1/4/2018 | 1,000 | ($3.17) | ($3,169.90) | 4/10/2017 | 1,100 | $8.97 | $9,868.32 |
| 1/4/2018 | 1,800 | ($3.17) | ($5,704.20) | 4/10/2017 | 100 | $8.96 | $896.12 |
| 1/4/2018 | 1,100 | ($3.16) | ($3,476.00) | 4/10/2017 | 5,000 | $9.07 | $45,367.50 |
| 1/4/2018 | 10,000 | ($3.20) | ($31,990.00) | 4/6/2017 | 1,000 | $7.81 | $7,810.00 |
| 1/8/2018 | 3,000 | ($3.36) | ($10,080.00) | 4/6/2017 | 1,000 | $7.87 | $7,869.50 |
| 1/26/2018 | 5,000 | ($3.62) | ($18,100.00) | 4/6/2017 | 300 | $7.89 | $2,365.77 |
| 1/26/2018 | 5,000 | ($3.62) | ($18,100.00) | 4/6/2017 | 700 | $7.88 | $5,517.19 |
| 2/7/2018 | 5,000 | ($4.37) | ($21,850.00) | 4/6/2017 | 1,726 | $7.88 | $13,606.40 |
| 5/16/2018 | 5,000 | ($3.86) | ($19,300.00) | 11/12/2015 | 1,000 | $9.40 | $9,400.00 |
| 5/16/2018 | 5,000 | ($3.87) | ($19,350.00) | 11/12/2015 | 1,000 | $9.40 | $9,400.00 |
| 5/16/2018 | 5,000 | ($3.85) | ($19,250.00) | 3/27/2015 | 720 | $10.92 | $7,862.40 |
| 5/16/2018 | 5,000 | ($3.84) | ($19,200.00) | 3/13/2015 | 1,000 | $10.90 | $10,900.00 |
| 6/7/2018 | 1,000 | ($4.25) | ($4,250.00) | 10/8/2014 | 300 | $18.20 | $5,460.00 |
| 6/7/2018 | 1,100 | ($4.22) | ($4,642.00) | 9/11/2014 | 700 | $18.10 | $12,670.70 |
| 7/13/2018 | 2,000 | ($4.14) | ($8,280.00) | 7/25/2014 | 500 | $22.70 | $11,350.50 |
| 7/16/2018 | 1,000 | ($4.15) | ($4,150.00) | 5/13/2014 | 10 | $23.75 | $237.50 |
| 7/17/2018 | 1,000 | ($4.20) | ($4,200.00) | 5/13/2014 | 1,490 | $23.70 | $35,313.00 |
| 7/17/2018 | 1,000 | ($4.17) | ($4,170.00) | 4/15/2014 | 989.4 | $27.30 | $27,010.62 |
| 7/18/2018 | 1,000 | ($4.18) | ($4,180.00) | 4/15/2014 | 990 | $27.20 | $26,928.00 |
| 7/18/2018 | 125 | ($4.20) | ($525.00) | 4/15/2014 | 1,519 | $27.10 | $41,170.32 |
| 8/27/2018 | 1,500 | ($2.47) | ($3,705.00) | 4/3/2014 | 2,000 | $31.60 | $63,200.00 |
| 8/27/2018 | 2,000 | ($2.48) | ($4,960.00) | 4/2/2014 | 1,041 | $32.50 | $33,845.50 |
| 9/19/2018 | 400 | ($3.06) | ($1,224.00) | 3/25/2014 | 2,400 | $33.10 | $79,440.00 |
| **Total:** | **511,517** | | **($3,157,547.16)** | | **423,457** | | **$2,287,613.22** | **88,060** | **$51,985.25** | **($817,948.68)** |