# EXHIBIT 2

## DECLARATION OF PATRICK AND WENDY GRAHAM

We, Patrick and Wendy Graham, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We submit this Declaration in further support of our motion to be appointed Lead Plaintiffs on behalf of purchasers or acquirers of Revolution Lighting Technologies, Inc. ("Revolution Lighting") securities between March 14, 2014 and November 14, 2018, inclusive (the "Class Period"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), filed on April 1, 2019. We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Declaration.

2. I, Patrick Graham, live in Minnesota. Wendy Graham is my wife. I earned a B.A. in English Literature from the University of Wisconsin - Eau Claire. I am a Director of Credit Program Management for the Financial and Retail Services Business Unit for one of the largest retailers in the United States. I have been investing in the stock market for over twenty years.

3. I, Wendy Graham, live in Minnesota. Patrick Graham is my husband. I earned a B.A. in Finance from the University of Wisconsin - Eau Claire. I am retired, but I previously held various senior manager roles in financial operations, credit underwriting, and business intelligence. I have been investing in the stock market for over twenty years.

4. We learned of this case after reading about it on the internet and viewing various notices issued by a number of law firms. Prior to the April 1, 2019 lead plaintiff deadline, we had numerous telephone conversations and emails with The Rosen Law Firm, P.A. ("Rosen") over several days. After having the chance to discuss with each other, we ultimately decided to move forward as lead plaintiffs in this action given our substantial financial interest and the merits of the action. We also understood that lead plaintiff status was not required for us in order to secure a recovery. On March 31, 2019, we submitted PSLRA certifications with Rosen which were then filed with our motion the following day.

1

5.      Prior to agreeing to be lead plaintiffs, we were aware of the role and the obligations of a lead plaintiff including overseeing the litigation and attorneys. The losses we suffered in Revolution Lighting securities are material, and if appointed lead plaintiffs, we are committed to prosecuting this action to maximize the recovery for all investors who purchased or acquired Revolution Lighting securities during the Class Period.

6.      While numerous law firms issued notices in the case, we retained Rosen as our counsel and proposed lead counsel based on our research of the firm, their experience, and the conversations and email communications they had with us.

We declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct to the best of our knowledge.

Executed on 4/6/2019 _____

DocuSigned by:

*Patrick Graham*

336F78149B11461

Patrick Graham

Executed on 4/7/2019 _____

DocuSigned by:

*Wendy Graham*

A8147A9D6360483

Wendy Graham

2