**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | No. 1:19-cv-00980-JPO <br><br> **DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF FRED REMER'S REPLY IN FURTHER SUPPORT OF HIS MOTION** |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | No. 1:19-cv-02308-JPO |

*(captions continue on next page)*

BOB BISHOP, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA,

Defendants.

No. 1:19-cv-02722-JPO

I, Richard W. Gonnello, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Fred Remer's Reply in Further Support of His Motion For (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Remer's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

2.      Attached as Exhibit A is a true and correct copy of *In re Watchguard Secs. Litig.*, No. C05-678JLR, 2005 U.S. Dist. LEXIS 40923 (W.D. Wash. July 13, 2005), available on LexisNexis.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of April, 2019 at New York, NY.

*/s/ Richard W. Gonnello*
Richard W. Gonnello

1