**Exhibit 3**

**Revolution Lighting Technologies, Inc.**
**Remer Out-of-Pocket Losses, Excluding In & Out Transactions**
LIFO Share Matching with Dura Constraint
Alleged Corrective Disclosure Dates: 9/22/2017; 8/2/2018; 10/17/2018; 10/22/2018; and 11/15/2018.

| | | |
|---|---|---|
| Class Period: | 3/14/2014 - 11/14/2018 | |
| 90 Day Lookback Price: | $0.5903 | |
| Opening Position: | 11,940 | |

**Total Losses:    $1,245,936**

| Date of Purchase | Date of Sale | Purchase Price | Sale Price | Shares Bought & Sold in Class Period | Shares Bought & Retained | In & Out? | Market Loss (Gain) |
|---|---|---|---|---|---|---|---|
| 1/22/2015 | 3/27/2015 | $11.50 | $10.92 | 170 | | x | $0 |
| 1/22/2015 | 3/27/2015 | $11.50 | $10.92 | 159 | | x | $0 |
| 1/22/2015 | 3/27/2015 | $11.49 | $10.92 | 371 | | x | $0 |
| 1/28/2015 | 3/13/2015 | $11.70 | $10.90 | 280 | | x | $0 |
| 1/28/2015 | 3/27/2015 | $11.70 | $10.92 | 20 | | x | $0 |
| 2/19/2015 | 3/13/2015 | $11.50 | $10.90 | 720 | | x | $0 |
| 10/6/2015 | | $10.00 | | | 1,000 | | $9,410 |
| 10/6/2015 | | $9.99 | | | 1,000 | | $9,400 |
| 10/9/2015 | | $10.30 | | | 1,000 | | $9,710 |
| 10/15/2015 | 11/12/2015 | $9.80 | $9.40 | 1,000 | | x | $0 |
| 10/21/2015 | 11/12/2015 | $9.76 | $9.40 | 560 | | x | $0 |
| 10/21/2015 | 11/12/2015 | $9.73 | $9.40 | 20 | | x | $0 |
| 10/21/2015 | 11/12/2015 | $9.72 | $9.40 | 92 | | x | $0 |
| 10/21/2015 | 11/12/2015 | $9.71 | $9.40 | 10 | | x | $0 |
| 10/21/2015 | 11/12/2015 | $9.70 | $9.40 | 248 | | x | $0 |
| 10/21/2015 | 11/12/2015 | $9.70 | $9.40 | 60 | | x | $0 |
| 10/21/2015 | 11/12/2015 | $9.67 | $9.40 | 10 | | x | $0 |
| 12/14/2015 | | $9.00 | | | 2,000 | | $16,819 |
| 12/14/2015 | | $9.00 | | | 2,500 | | $21,024 |
| 12/14/2015 | | $9.00 | | | 2,500 | | $21,024 |
| 12/17/2015 | | $8.45 | | | 10 | | $79 |
| 12/17/2015 | | $8.44 | | | 10 | | $79 |
| 12/17/2015 | | $8.49 | | | 30 | | $237 |
| 12/17/2015 | | $8.43 | | | 30 | | $235 |
| 12/17/2015 | | $8.41 | | | 70 | | $548 |
| 12/17/2015 | | $8.48 | | | 220 | | $1,735 |
| 12/17/2015 | | $8.50 | | | 300 | | $2,372 |
| 12/17/2015 | | $8.50 | | | 6,330 | | $50,068 |
| 12/18/2015 | | $7.90 | | | 100 | | $731 |
| 12/18/2015 | | $7.90 | | | 360 | | $2,632 |
| 12/18/2015 | | $8.00 | | | 400 | | $2,962 |
| 12/18/2015 | | $8.00 | | | 2,140 | | $15,857 |
| 12/30/2015 | | $6.99 | | | 20 | | $128 |
| 12/30/2015 | | $7.00 | | | 30 | | $192 |
| 12/30/2015 | | $7.00 | | | 100 | | $641 |
| 12/30/2015 | | $6.99 | | | 120 | | $768 |
| 12/30/2015 | | $7.00 | | | 4,730 | | $30,318 |
| 12/30/2015 | | $7.00 | | | 5,000 | | $32,048 |
| 2/17/2016 | | $7.30 | | | 70 | | $470 |
| 2/17/2016 | | $7.30 | | | 930 | | $6,240 |
| 2/24/2016 | | $7.39 | | | 1,000 | | $6,800 |
| 3/3/2016 | | $7.60 | | | 3,000 | | $21,029 |
| 3/7/2016 | | $7.66 | | | 5,000 | | $35,323 |
| 3/16/2016 | | $6.79 | | | 5,839 | | $36,200 |
| 3/17/2016 | | $6.59 | | | 703 | | $4,218 |
| 3/18/2016 | | $6.27 | | | 10,000 | | $56,797 |
| 4/6/2016 | | $5.72 | | | 20 | | $103 |

**Exhibit 3**

| Date of Purchase | Date of Sale | Purchase Price | Sale Price | Shares Bought & Sold in Class Period | Shares Bought & Retained | In & Out? | Market Loss (Gain) |
|---|---|---|---|---|---|---|---|
| 4/6/2016 | | $5.76 | | | 200 | | $1,034 |
| 4/6/2016 | | $5.75 | | | 1,155 | | $5,959 |
| 4/6/2016 | | $5.74 | | | 1,200 | | $6,180 |
| 4/6/2016 | | $5.71 | | | 1,900 | | $9,727 |
| 4/6/2016 | | $5.78 | | | 5,525 | | $28,673 |
| 4/15/2016 | | $5.75 | | | 593 | | $3,060 |
| 4/28/2016 | | $6.05 | | | 1,600 | | $8,735 |
| 5/6/2016 | | $5.53 | | | 10,000 | | $49,397 |
| 5/10/2016 | | $5.37 | | | 600 | | $2,865 |
| 5/10/2016 | | $5.39 | | | 4,400 | | $21,117 |
| 5/11/2016 | | $5.28 | | | 200 | | $938 |
| 5/11/2016 | | $5.28 | | | 1,300 | | $6,096 |
| 5/16/2016 | 8/14/2018 | $6.13 | $2.31 | 310 | | | $1,183 |
| 5/16/2016 | 8/14/2018 | $6.13 | $2.31 | 3,800 | | | $14,478 |
| 5/16/2016 | 8/14/2018 | $6.12 | $2.31 | 100 | | | $381 |
| 5/16/2016 | 8/14/2018 | $6.12 | $2.31 | 800 | | | $3,044 |
| 5/16/2016 | 10/3/2018 | $6.14 | $2.63 | 35 | | | $123 |
| 5/16/2016 | 10/3/2018 | $6.13 | $2.63 | 190 | | | $666 |
| 5/16/2016 | | $6.18 | | | 1,200 | | $6,708 |
| 5/16/2016 | | $6.18 | | | 1,200 | | $6,702 |
| 5/16/2016 | | $6.19 | | | 3,000 | | $16,799 |
| 5/16/2016 | | $6.16 | | | 4,600 | | $25,620 |
| 5/16/2016 | | $6.14 | | | 4,765 | | $26,444 |
| 5/24/2016 | 8/14/2018 | $5.70 | $2.31 | 810 | | | $2,745 |
| 5/24/2016 | 8/14/2018 | $5.70 | $2.31 | 1,400 | | | $4,739 |
| 5/24/2016 | 8/14/2018 | $5.70 | $2.31 | 590 | | | $1,997 |
| 5/31/2016 | 8/14/2018 | $6.41 | $2.31 | 1,900 | | | $7,784 |
| 5/31/2016 | 8/14/2018 | $6.41 | $2.31 | 1,500 | | | $6,141 |
| 5/31/2016 | 8/14/2018 | $6.38 | $2.31 | 1,600 | | | $6,517 |
| 6/7/2016 | 8/14/2018 | $6.56 | $2.31 | 1,810 | | | $7,687 |
| 6/7/2016 | 8/14/2018 | $6.56 | $2.32 | 785 | | | $3,328 |
| 6/7/2016 | 8/14/2018 | $6.56 | $2.31 | 1,215 | | | $5,163 |
| 6/7/2016 | 8/14/2018 | $6.56 | $2.32 | 100 | | | $424 |
| 6/7/2016 | 8/14/2018 | $6.56 | $2.31 | 1,090 | | | $4,631 |
| 7/8/2016 | 8/14/2018 | $6.53 | $2.31 | 1,360 | | | $5,739 |
| 7/8/2016 | 8/14/2018 | $6.55 | $2.31 | 1,260 | | | $5,339 |
| 7/8/2016 | 8/14/2018 | $6.54 | $2.31 | 200 | | | $844 |
| 7/8/2016 | 8/14/2018 | $6.53 | $2.31 | 540 | | | $2,277 |
| 7/8/2016 | 8/14/2018 | $6.55 | $2.32 | 400 | | | $1,692 |
| 7/8/2016 | 8/14/2018 | $6.55 | $2.31 | 1,600 | | | $6,784 |
| 7/8/2016 | 8/14/2018 | $6.55 | $2.31 | 190 | | | $805 |
| 7/12/2016 | 8/7/2018 | $6.70 | $2.85 | 160 | | | $616 |
| 7/12/2016 | 8/7/2018 | $6.69 | $2.85 | 300 | | | $1,154 |
| 7/12/2016 | 8/7/2018 | $6.69 | $2.85 | 900 | | | $3,462 |
| 7/12/2016 | 8/14/2018 | $6.70 | $2.32 | 215 | | | $941 |
| 7/12/2016 | 8/14/2018 | $6.70 | $2.31 | 1,785 | | | $7,831 |
| 7/12/2016 | 8/14/2018 | $6.70 | $2.31 | 2,000 | | | $8,771 |
| 7/12/2016 | 8/14/2018 | $6.70 | $2.31 | 640 | | | $2,808 |
| 8/4/2016 | 8/7/2018 | $6.25 | $2.85 | 3,280 | | | $11,167 |
| 8/9/2016 | 8/7/2018 | $6.48 | $2.85 | 9,600 | | | $34,894 |
| 8/9/2016 | 8/7/2018 | $6.47 | $2.85 | 400 | | | $1,448 |
| 8/9/2016 | 8/7/2018 | $6.52 | $2.85 | 7,000 | | | $25,723 |
| 8/9/2016 | 8/7/2018 | $6.52 | $2.85 | 5,000 | | | $18,374 |
| 8/9/2016 | 8/7/2018 | $6.47 | $2.85 | 869 | | | $3,150 |
| 8/11/2016 | 8/7/2018 | $6.40 | $2.85 | 2,000 | | | $7,109 |
| 8/17/2016 | 8/7/2018 | $6.60 | $2.85 | 5,000 | | | $18,774 |
| 8/17/2016 | 8/7/2018 | $6.60 | $2.85 | 2,100 | | | $7,885 |
| 8/17/2016 | 8/7/2018 | $6.60 | $2.85 | 1,200 | | | $4,506 |
| 8/17/2016 | 8/7/2018 | $6.57 | $2.85 | 1,700 | | | $6,332 |

**Exhibit 3**

| Date of Purchase | Date of Sale | Purchase Price | Sale Price | Shares Bought & Sold in Class Period | Shares Bought & Retained | In & Out? | Market Loss (Gain) |
|---|---|---|---|---|---|---|---|
| 8/19/2016 | 8/7/2018 | $6.66 | $2.85 | 2,000 | | | $7,630 |
| 8/29/2016 | 8/7/2018 | $6.60 | $2.85 | 500 | | | $1,877 |
| 8/29/2016 | 8/7/2018 | $6.60 | $2.85 | 2,000 | | | $7,509 |
| 8/29/2016 | 8/7/2018 | $6.60 | $2.85 | 500 | | | $1,877 |
| 8/29/2016 | 8/7/2018 | $6.60 | $2.85 | 1,000 | | | $3,754 |
| 8/29/2016 | 8/7/2018 | $6.60 | $2.85 | 500 | | | $1,875 |
| 9/2/2016 | 8/7/2018 | $6.33 | $2.85 | 5,000 | | | $17,424 |
| 9/6/2016 | 8/7/2018 | $6.35 | $2.85 | 3,700 | | | $12,967 |
| 9/6/2016 | 8/7/2018 | $6.35 | $2.85 | 1,300 | | | $4,555 |
| 9/23/2016 | 8/6/2018 | $7.43 | $2.90 | 2,375 | | | $10,759 |
| 9/23/2016 | 8/6/2018 | $7.43 | $2.91 | 100 | | | $452 |
| 9/23/2016 | 8/6/2018 | $7.43 | $2.90 | 4,300 | | | $19,479 |
| 9/23/2016 | 8/7/2018 | $7.45 | $2.85 | 89 | | | $410 |
| 9/23/2016 | 8/7/2018 | $7.45 | $2.85 | 4,911 | | | $22,590 |
| 9/23/2016 | 8/7/2018 | $7.45 | $2.85 | 3,166 | | | $14,576 |
| 9/23/2016 | 8/7/2018 | $7.43 | $2.85 | 825 | | | $3,782 |
| 10/6/2016 | 8/6/2018 | $6.82 | $2.90 | 375 | | | $1,468 |
| 10/6/2016 | 8/6/2018 | $6.81 | $2.90 | 1,000 | | | $3,912 |
| 10/6/2016 | 8/6/2018 | $6.82 | $2.90 | 1,625 | | | $6,370 |
| 11/2/2016 | 8/6/2018 | $7.11 | $2.90 | 2,000 | | | $8,411 |
| 11/10/2016 | 8/6/2018 | $5.95 | $2.90 | 1,000 | | | $3,045 |
| 11/10/2016 | 8/6/2018 | $5.95 | $2.90 | 1,000 | | | $3,046 |
| 11/28/2016 | 8/3/2018 | $5.60 | $3.05 | 1,175 | | | $2,994 |
| 11/28/2016 | 8/3/2018 | $5.60 | $3.05 | 2,000 | | | $5,097 |
| 11/28/2016 | 8/6/2018 | $5.60 | $2.92 | 275 | | | $737 |
| 11/28/2016 | 8/6/2018 | $5.60 | $2.92 | 825 | | | $2,211 |
| 11/28/2016 | 8/6/2018 | $5.60 | $2.92 | 1,100 | | | $2,948 |
| 11/28/2016 | 8/6/2018 | $5.60 | $2.90 | 625 | | | $1,685 |
| 12/7/2016 | 8/3/2018 | $5.39 | $3.09 | 287 | | | $659 |
| 12/7/2016 | 8/3/2018 | $5.40 | $3.07 | 1,175 | | | $2,732 |
| 12/7/2016 | 8/3/2018 | $5.40 | $3.07 | 1,500 | | | $3,488 |
| 12/7/2016 | 8/3/2018 | $5.40 | $3.07 | 900 | | | $2,096 |
| 12/7/2016 | 8/3/2018 | $5.40 | $3.07 | 200 | | | $466 |
| 12/7/2016 | 8/3/2018 | $5.39 | $3.07 | 113 | | | $262 |
| 12/7/2016 | 8/3/2018 | $5.40 | $3.05 | 1,000 | | | $2,349 |
| 12/7/2016 | 8/3/2018 | $5.40 | $3.05 | 500 | | | $1,174 |
| 12/7/2016 | 8/3/2018 | $5.40 | $3.05 | 325 | | | $762 |
| 12/12/2016 | 8/3/2018 | $5.89 | $3.21 | 175 | | | $468 |
| 12/12/2016 | 8/3/2018 | $5.89 | $3.10 | 807 | | | $2,248 |
| 12/12/2016 | 8/3/2018 | $5.89 | $3.09 | 18 | | | $50 |
| 12/13/2016 | 8/3/2018 | $5.79 | $3.22 | 4,375 | | | $11,264 |
| 12/13/2016 | 8/3/2018 | $5.79 | $3.21 | 625 | | | $1,613 |
| 12/23/2016 | 8/3/2018 | $5.79 | $3.21 | 1,375 | | | $3,542 |
| 12/23/2016 | 8/3/2018 | $5.77 | $3.21 | 900 | | | $2,303 |
| 12/23/2016 | 8/3/2018 | $5.76 | $3.21 | 600 | | | $1,529 |
| 12/23/2016 | 8/3/2018 | $5.76 | $3.21 | 1,500 | | | $3,820 |
| 12/23/2016 | 8/3/2018 | $5.79 | $3.22 | 625 | | | $1,609 |
| 1/5/2017 | 8/3/2018 | $6.31 | $3.21 | 355 | | | $1,099 |
| 1/6/2017 | 1/2/2018 | $6.31 | $3.21 | 1,955 | | | $6,059 |
| 1/6/2017 | 1/2/2018 | $6.31 | $3.21 | 800 | | | $2,479 |
| 1/6/2017 | 1/2/2018 | $6.31 | $3.21 | 600 | | | $1,856 |
| 1/6/2017 | 1/2/2018 | $6.65 | $3.21 | 1,000 | | | $3,439 |
| 1/6/2017 | 8/3/2018 | $6.31 | $3.25 | 1,375 | | | $4,206 |
| 1/6/2017 | 8/3/2018 | $6.31 | $3.22 | 4,730 | | | $14,602 |
| 1/6/2017 | 8/3/2018 | $6.31 | $3.22 | 270 | | | $834 |
| 1/6/2017 | 8/3/2018 | $6.31 | $3.21 | 270 | | | $836 |
| 1/9/2017 | 1/2/2018 | $6.40 | $3.23 | 3,655 | | | $11,605 |
| 1/9/2017 | 1/2/2018 | $6.40 | $3.22 | 200 | | | $636 |
| 1/9/2017 | 1/2/2018 | $6.40 | $3.21 | 1,145 | | | $3,651 |

**Exhibit 3**

| Date of Purchase | Date of Sale | Purchase Price | Sale Price | Shares Bought & Sold in Class Period | Shares Bought & Retained | In & Out? | Market Loss (Gain) |
|---|---|---|---|---|---|---|---|
| 1/20/2017 | 1/2/2018 | $6.24 | $3.23 | 355 | | | $1,069 |
| 1/20/2017 | 1/2/2018 | $6.24 | $3.23 | 645 | | | $1,946 |
| 1/24/2017 | 1/2/2018 | $6.39 | $3.24 | 600 | | | $1,890 |
| 1/24/2017 | 1/2/2018 | $6.39 | $3.23 | 100 | | | $315 |
| 1/24/2017 | 1/2/2018 | $6.40 | $3.23 | 1,545 | | | $4,897 |
| 1/24/2017 | 1/2/2018 | $6.39 | $3.23 | 400 | | | $1,262 |
| 1/26/2017 | 4/10/2017 | $6.69 | $9.07 | 2,000 | | x | $0 |
| 2/13/2017 | 4/10/2017 | $6.61 | $9.07 | 326 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.69 | $8.83 | 1,726 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.69 | $8.96 | 1,126 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.69 | $8.96 | 874 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.69 | $8.95 | 500 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.69 | $8.95 | 100 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.69 | $8.92 | 800 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.70 | $8.90 | 126 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.69 | $8.90 | 74 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.70 | $8.89 | 1,400 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.70 | $9.08 | 700 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.67 | $9.06 | 426 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.70 | $9.06 | 974 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.67 | $9.06 | 1,400 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.67 | $9.04 | 126 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.67 | $9.04 | 174 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.67 | $8.97 | 1,100 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.67 | $8.96 | 100 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.67 | $9.07 | 2,000 | | x | $0 |
| 2/14/2017 | 4/10/2017 | $6.67 | $9.07 | 674 | | x | $0 |
| 2/15/2017 | 4/10/2017 | $6.85 | $8.69 | 1,626 | | x | $0 |
| 2/15/2017 | 4/10/2017 | $6.85 | $8.69 | 100 | | x | $0 |
| 2/15/2017 | 4/10/2017 | $6.85 | $8.82 | 5,000 | | x | $0 |
| 2/15/2017 | 4/10/2017 | $6.85 | $8.83 | 3,274 | | x | $0 |
| 3/20/2017 | 4/6/2017 | $7.77 | $7.88 | 1,726 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.70 | $8.65 | 626 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.69 | $8.65 | 300 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.66 | $8.65 | 800 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.80 | $8.65 | 1,000 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.77 | $8.65 | 2,274 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.66 | $8.68 | 1,726 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.73 | $8.68 | 1,200 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.70 | $8.68 | 2,074 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.66 | $8.69 | 100 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.58 | $8.68 | 1,226 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.58 | $8.68 | 100 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.53 | $8.68 | 400 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.66 | $8.68 | 3,174 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.53 | $8.72 | 26 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.53 | $8.72 | 100 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.50 | $8.72 | 100 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.50 | $8.72 | 700 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.49 | $8.72 | 400 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.48 | $8.72 | 100 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.47 | $8.72 | 300 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.69 | $8.72 | 550 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.65 | $8.72 | 100 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.65 | $8.72 | 400 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.64 | $8.72 | 600 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.60 | $8.72 | 250 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.58 | $8.72 | 1,374 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.54 | $8.70 | 26 | | x | $0 |

**Exhibit 3**

| Date of Purchase | Date of Sale | Purchase Price | Sale Price | Shares Bought & Sold in Class Period | Shares Bought & Retained | In & Out? | Market Loss (Gain) |
|---|---|---|---|---|---|---|---|
| 3/20/2017 | 4/10/2017 | $7.53 | $8.70 | 74 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.55 | $8.69 | 3,100 | | x | $0 |
| 3/20/2017 | 4/10/2017 | $7.54 | $8.69 | 74 | | x | $0 |
| 3/31/2017 | 4/6/2017 | $7.53 | $7.81 | 1,000 | | x | $0 |
| 3/31/2017 | 4/6/2017 | $7.52 | $7.87 | 1,000 | | x | $0 |
| 3/31/2017 | 4/6/2017 | $7.50 | $7.89 | 300 | | x | $0 |
| 3/31/2017 | 4/6/2017 | $7.50 | $7.88 | 700 | | x | $0 |
| 4/7/2017 | 4/10/2017 | $7.73 | $8.32 | 5,000 | | x | $0 |
| 4/7/2017 | 4/10/2017 | $7.74 | $8.48 | 4,100 | | x | $0 |
| 4/7/2017 | 4/10/2017 | $7.74 | $8.48 | 200 | | x | $0 |
| 4/7/2017 | 4/10/2017 | $7.73 | $8.48 | 700 | | x | $0 |
| 4/7/2017 | 4/10/2017 | $7.72 | $8.56 | 4,100 | | x | $0 |
| 4/7/2017 | 4/10/2017 | $7.71 | $8.56 | 900 | | x | $0 |
| 4/17/2017 | 11/7/2017 | $8.42 | $4.54 | 790 | | | $3,058 |
| 4/17/2017 | 11/7/2017 | $8.42 | $4.54 | 400 | | | $1,550 |
| 4/17/2017 | 11/7/2017 | $8.44 | $4.54 | 800 | | | $3,123 |
| 4/17/2017 | 11/7/2017 | $8.42 | $4.54 | 3,010 | | | $11,663 |
| 4/19/2017 | 11/7/2017 | $8.56 | $4.56 | 868 | | | $3,470 |
| 4/19/2017 | 11/7/2017 | $8.55 | $4.56 | 32 | | | $128 |
| 4/19/2017 | 11/7/2017 | $8.54 | $4.56 | 100 | | | $398 |
| 4/25/2017 | 11/7/2017 | $8.50 | $4.58 | 500 | | | $1,960 |
| 4/25/2017 | 11/7/2017 | $8.50 | $4.58 | 400 | | | $1,568 |
| 4/25/2017 | 11/7/2017 | $8.49 | $4.58 | 100 | | | $391 |
| 4/25/2017 | 11/7/2017 | $8.50 | $4.56 | 4,000 | | | $15,770 |
| 5/1/2017 | 6/15/2017 | $8.09 | $7.21 | 700 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.09 | $7.22 | 200 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $7.98 | $7.22 | 471 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.10 | $7.22 | 1,000 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.09 | $7.22 | 100 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $7.98 | $7.21 | 150 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $7.98 | $7.20 | 100 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.11 | $7.20 | 321 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.10 | $7.20 | 700 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $7.98 | $7.20 | 379 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.11 | $7.18 | 100 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.11 | $7.17 | 400 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.11 | $7.16 | 300 | | x | $0 |
| 5/1/2017 | 6/15/2017 | $8.11 | $7.16 | 779 | | x | $0 |
| 5/1/2017 | 11/7/2017 | $8.11 | $4.58 | 1,400 | | | $4,942 |
| 5/4/2017 | 6/15/2017 | $7.82 | $7.21 | 300 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.25 | 2,000 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.29 | 626 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.28 | 172 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.26 | 200 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.26 | 200 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.23 | 600 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.22 | 198 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.22 | 202 | | x | $0 |
| 5/5/2017 | 6/15/2017 | $7.84 | $7.21 | 1,802 | | x | $0 |
| 5/12/2017 | 6/15/2017 | $8.35 | $7.29 | 3,000 | | x | $0 |
| 5/12/2017 | 6/15/2017 | $8.34 | $7.26 | 100 | | x | $0 |
| 5/12/2017 | 6/15/2017 | $8.35 | $7.25 | 1,600 | | x | $0 |
| 5/12/2017 | 6/15/2017 | $8.35 | $7.25 | 700 | | x | $0 |
| 5/12/2017 | 6/15/2017 | $8.35 | $7.25 | 400 | | x | $0 |
| 5/12/2017 | 6/15/2017 | $8.34 | $7.25 | 200 | | x | $0 |
| 5/16/2017 | 6/15/2017 | $8.24 | $7.30 | 684 | | x | $0 |
| 5/16/2017 | 6/15/2017 | $8.23 | $7.29 | 1,000 | | x | $0 |
| 5/16/2017 | 6/15/2017 | $8.24 | $7.29 | 316 | | x | $0 |
| 7/5/2017 | 10/11/2017 | $6.84 | $6.24 | 300 | | | $179 |

**Exhibit 3**

| Date of Purchase | Date of Sale | Purchase Price | Sale Price | Shares Bought & Sold in Class Period | Shares Bought & Retained | In & Out? | Market Loss (Gain) |
|---|---|---|---|---|---|---|---|
| 7/5/2017 | 10/11/2017 | $6.84 | $6.24 | 100 | | | $60 |
| 7/5/2017 | 10/11/2017 | $6.86 | $6.23 | 400 | | | $254 |
| 7/5/2017 | 10/11/2017 | $6.84 | $6.23 | 4,600 | | | $2,811 |
| 7/5/2017 | 10/11/2017 | $6.91 | $6.24 | 217 | | | $145 |
| 7/5/2017 | 10/11/2017 | $6.88 | $6.24 | 83 | | | $53 |
| 7/5/2017 | 10/11/2017 | $6.87 | $6.24 | 300 | | | $189 |
| 7/5/2017 | 10/11/2017 | $6.86 | $6.24 | 500 | | | $310 |
| 7/5/2017 | 10/11/2017 | $6.91 | $6.24 | 1,163 | | | $785 |
| 7/5/2017 | 10/11/2017 | $6.91 | $6.23 | 1,400 | | | $956 |
| 7/5/2017 | 10/11/2017 | $6.78 | $6.22 | 184 | | | $102 |
| 7/5/2017 | 10/11/2017 | $6.77 | $6.22 | 216 | | | $118 |
| 7/5/2017 | 10/11/2017 | $6.91 | $6.22 | 937 | | | $643 |
| 7/5/2017 | 10/11/2017 | $6.78 | $6.24 | 285 | | | $154 |
| 7/5/2017 | 10/11/2017 | $6.78 | $6.24 | 16 | | | $9 |
| 7/5/2017 | 10/11/2017 | $6.78 | $6.24 | 210 | | | $114 |
| 7/5/2017 | 10/11/2017 | $6.77 | $6.22 | 300 | | | $164 |
| 7/5/2017 | 10/11/2017 | $6.78 | $6.22 | 4,089 | | | $2,275 |
| 7/5/2017 | 10/11/2017 | $6.77 | $6.20 | 100 | | | $57 |
| 7/5/2017 | 11/7/2017 | $6.92 | $4.56 | 400 | | | $945 |
| 7/5/2017 | 11/7/2017 | $6.77 | $4.56 | 4,600 | | | $10,181 |
| 7/5/2017 | 11/7/2017 | $6.85 | $4.59 | 400 | | | $907 |
| 7/5/2017 | 11/7/2017 | $6.92 | $4.59 | 200 | | | $466 |
| 7/5/2017 | 11/7/2017 | $6.84 | $4.58 | 600 | | | $1,353 |
| 7/5/2017 | 11/7/2017 | $6.92 | $4.58 | 100 | | | $234 |
| 7/5/2017 | 11/7/2017 | $6.91 | $4.58 | 100 | | | $233 |
| 7/5/2017 | 11/7/2017 | $6.91 | $4.58 | 100 | | | $232 |
| 7/5/2017 | 11/7/2017 | $6.90 | $4.58 | 300 | | | $696 |
| 7/5/2017 | 11/7/2017 | $6.92 | $4.58 | 600 | | | $1,404 |
| 7/5/2017 | 11/7/2017 | $6.85 | $4.58 | 200 | | | $455 |
| 7/25/2017 | 10/11/2017 | $7.69 | $6.24 | 500 | | | $723 |
| 7/26/2017 | 9/20/2017 | $7.53 | $7.50 | 900 | | x | $0 |
| 7/26/2017 | 9/20/2017 | $7.54 | $7.50 | 3,546 | | x | $0 |
| 7/26/2017 | 9/21/2017 | $7.53 | $7.60 | 3,700 | | x | $0 |
| 7/26/2017 | 9/21/2017 | $7.53 | $7.59 | 100 | | x | $0 |
| 7/26/2017 | 9/21/2017 | $7.53 | $7.59 | 200 | | x | $0 |
| 7/26/2017 | 9/21/2017 | $7.53 | $7.59 | 100 | | x | $0 |
| 7/26/2017 | 9/21/2017 | $7.56 | $7.57 | 800 | | x | $0 |
| 7/26/2017 | 9/21/2017 | $7.56 | $7.57 | 100 | | x | $0 |
| 7/26/2017 | 10/11/2017 | $7.56 | $6.26 | 300 | | | $391 |
| 7/26/2017 | 10/11/2017 | $7.56 | $6.25 | 200 | | | $262 |
| 7/26/2017 | 10/11/2017 | $7.56 | $6.24 | 2,300 | | | $3,033 |
| 7/26/2017 | 10/11/2017 | $7.56 | $6.24 | 1,300 | | | $1,717 |
| 8/9/2017 | 9/20/2017 | $7.31 | $7.50 | 100 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.34 | $7.50 | 1,000 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.31 | $7.50 | 300 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.50 | 400 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.31 | $7.50 | 600 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.49 | 100 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.49 | 300 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.48 | 746 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.34 | $7.48 | 100 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.33 | $7.48 | 900 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.48 | 200 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.48 | 746 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.48 | 254 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.48 | 200 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.33 | $7.52 | 46 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.32 | $7.52 | 54 | | x | $0 |
| 8/9/2017 | 9/20/2017 | $7.33 | $7.50 | 454 | | x | $0 |

**Exhibit 3**

| Date of Purchase | Date of Sale | Purchase Price | Sale Price | Shares Bought & Sold in Class Period | Shares Bought & Retained | In & Out? | Market Loss (Gain) |
|---|---|---|---|---|---|---|---|
| 12/21/2017 | 1/2/2018 | $3.53 | $3.24 | 2,000 | | x | $0 |
| 1/4/2018 | 2/16/2018 | $3.20 | $3.86 | 4,000 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.20 | $3.39 | 5 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.20 | $3.38 | 900 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.17 | $3.38 | 900 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.16 | $3.38 | 1,100 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.20 | $3.38 | 5,095 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.21 | $3.38 | 244 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.20 | $3.38 | 390 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.19 | $3.38 | 200 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.17 | $3.38 | 266 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.17 | $3.38 | 1,000 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.17 | $3.38 | 900 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.24 | $3.28 | 3,454 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.21 | $3.28 | 456 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.22 | $3.27 | 100 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.21 | $3.27 | 100 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.20 | $3.27 | 400 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.19 | $3.27 | 100 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.17 | $3.27 | 300 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.16 | $3.27 | 300 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.15 | $3.27 | 500 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.14 | $3.27 | 200 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.13 | $3.27 | 700 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.12 | $3.27 | 900 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.11 | $3.27 | 500 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.10 | $3.27 | 100 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.08 | $3.27 | 800 | | x | $0 |
| 1/4/2018 | 2/21/2018 | $3.24 | $3.27 | 1,090 | | x | $0 |
| 1/4/2018 | 3/5/2018 | $3.22 | $3.55 | 2,000 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.22 | $3.35 | 400 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.22 | $3.33 | 500 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.22 | $3.33 | 506 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.22 | $3.32 | 700 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.22 | $3.31 | 500 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.16 | $3.30 | 2,000 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.15 | $3.30 | 200 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.14 | $3.30 | 2,304 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.13 | $3.30 | 1,300 | | x | $0 |
| 1/4/2018 | 4/2/2018 | $3.12 | $3.30 | 200 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.10 | $3.30 | 396 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.08 | $3.30 | 600 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.22 | $3.30 | 394 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.16 | $3.33 | 93 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.16 | $3.32 | 500 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.16 | $3.31 | 1,400 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.04 | $3.31 | 93 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.16 | $3.31 | 1,007 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.05 | $3.30 | 93 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.04 | $3.30 | 107 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.08 | $3.29 | 4,594 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.07 | $3.29 | 1,900 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.06 | $3.29 | 200 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.05 | $3.29 | 13 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.08 | $3.30 | 5,425 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.07 | $3.30 | 1,575 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.10 | $3.30 | 294 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.09 | $3.30 | 800 | | x | $0 |
| 1/4/2018 | 4/3/2018 | $3.08 | $3.30 | 1,906 | | x | $0 |

**Exhibit 3**

| Date of Purchase | Date of Sale | Purchase Price | Sale Price | Shares Bought & Sold in Class Period | Shares Bought & Retained | In & Out? | Market Loss (Gain) |
|---|---|---|---|---|---|---|---|
| 1/4/2018 | 6/25/2018 | $3.08 | $4.16 | 500 | | x | $0 |
| 1/4/2018 | 8/3/2018 | $3.08 | $3.25 | 2,500 | | | ($429) |
| 1/8/2018 | 2/16/2018 | $3.36 | $3.86 | 3,000 | | x | $0 |
| 1/26/2018 | 2/16/2018 | $3.62 | $3.86 | 2,500 | | x | $0 |
| 1/26/2018 | 2/16/2018 | $3.62 | $3.86 | 5,000 | | x | $0 |
| 1/26/2018 | 2/16/2018 | $3.62 | $3.86 | 2,500 | | x | $0 |
| 2/7/2018 | 2/16/2018 | $4.37 | $3.86 | 5,000 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.84 | $4.36 | 1,500 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.84 | $4.36 | 400 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.84 | $4.35 | 1,000 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.84 | $4.35 | 500 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.84 | $4.24 | 197 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.84 | $4.23 | 603 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.85 | $4.22 | 3,147 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.84 | $4.22 | 800 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.85 | $4.21 | 253 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.85 | $4.22 | 1,000 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.87 | $4.22 | 3,400 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.85 | $4.22 | 600 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.87 | $4.24 | 1,300 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.86 | $4.23 | 2,835 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.87 | $4.23 | 300 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.86 | $4.19 | 565 | | x | $0 |
| 5/16/2018 | 6/25/2018 | $3.86 | $4.16 | 1,600 | | x | $0 |
| 6/7/2018 | 6/25/2018 | $4.22 | $4.36 | 300 | | x | $0 |
| 6/7/2018 | 6/25/2018 | $4.25 | $4.36 | 1,000 | | x | $0 |
| 6/7/2018 | 6/25/2018 | $4.22 | $4.36 | 800 | | x | $0 |
| 7/13/2018 | 8/3/2018 | $4.14 | $3.26 | 875 | | | $770 |
| 7/13/2018 | 8/3/2018 | $4.14 | $3.25 | 1,125 | | | $1,000 |
| 7/16/2018 | 8/3/2018 | $4.15 | $3.28 | 175 | | | $152 |
| 7/16/2018 | 8/3/2018 | $4.15 | $3.27 | 644 | | | $567 |
| 7/16/2018 | 8/3/2018 | $4.15 | $3.26 | 181 | | | $161 |
| 7/17/2018 | 8/3/2018 | $4.20 | $3.28 | 1,000 | | | $920 |
| 7/17/2018 | 8/3/2018 | $4.17 | $3.28 | 1,000 | | | $890 |
| 7/18/2018 | 8/3/2018 | $4.18 | $3.28 | 1,000 | | | $900 |
| 7/18/2018 | 8/3/2018 | $4.20 | $3.28 | 125 | | | $115 |
| 8/27/2018 | 10/3/2018 | $2.47 | $2.63 | 1,500 | | x | $0 |
| 8/27/2018 | 10/3/2018 | $2.48 | $2.63 | 2,000 | | x | $0 |
| 9/19/2018 | 10/3/2018 | $3.06 | $2.63 | 400 | | x | $0 |
| | | | **Totals:** | **411,517** | **100,000** | | **$1,245,936** |