**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES GLAVAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | No. 1:19-cv-00980-JPO <br><br> **NOTICE OF FRED REMER'S MOTION FOR CONSOLIDATION** |
| CHRIS HUBNER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | No. 1:19-cv-02308-JPO |

*(captions continue on next page)*

|  |  |
|---|---|
| FRED REMER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT V. LAPENTA, CHARLES J. SCHAFER, and JAMES A. DEPALMA, <br><br> Defendants. | No. 1:19-cv-04252-JPO |

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Fred Remer ("Remer") will respectfully move this Court, pursuant to Federal Rule of Civil Procedure 42(a), for an order consolidating the above-captioned actions and granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support hereof, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Remer respectfully requests that the Court consolidate the above-captioned actions and grant such other and further relief as the Court may deem just and proper.

Dated: July 26, 2019

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:      /s/ Richard W. Gonnello
      Richard W. Gonnello

Richard W. Gonnello
Katherine M. Lenahan
Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
      klenahan@faruqilaw.com
      smorsy@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Fred Remer*
*and [Proposed] Lead Counsel for the putative Class*

1