UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION. | 19-CV-980 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

In light of this Court's Opinion and Order of July 29, 2019, consolidating several related securities fraud cases, all pending motions to consolidate the member cases are DENIED as moot. The Clerk of Court is directed to close the motions at Docket Number 42 of 19 Civ. 980 and Docket Number 14 of 19 Civ. 2308.

SO ORDERED.

Dated: July 30, 2019
New York, New York

_____
J. PAUL OETKEN
United States District Judge