# EXHIBIT A-3

TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE PUBLICLY TRADED SECURITIES OF REVOLUTION LIGHTING TECHNOLOGIES, INC. ("REVOLUTION LIGHTING") (NASDAQ: RVLT) BETWEEN MARCH 14, 2014 AND NOVEMBER 14, 2018, INCLUSIVE ("CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, 2020 at _____ a.m/p.m., before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, NY 10007, for the purpose of determining: (1) whether the proposed settlement as set forth in the Stipulation of Settlement dated March 18, 2020 ("Stipulation") of the above-captioned action (the "Litigation") for the principal amount of $2,083,333.33 for the Class should be approved by the Court as fair, just, reasonable, and adequate; (2) whether a Final Judgment should be entered by the Court dismissing the Litigation with prejudice; (3) whether the Plan of Allocation is fair, reasonable, and adequate and should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees in the amount of 33.33% of the Settlement Fund, and an award to the Lead Plaintiff not to exceed $10,000, and expenses not to exceed $75,000 should be approved.

IF YOU PURCHASED THE PUBLICLY TRADED SECURITIES OF REVOLUTION LIGHTING BETWEEN MARCH 14, 2014 AND NOVEMBER 14, 2018, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION. You may obtain copies of a detailed Notice of Pendency and Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Proof of Claim and Release") by writing to *Revolution Lighting Securities Litigation*, Claims Administrator c/o Epiq, P.O. Box 4390, Portland, OR 97208-4390, visiting the website www.RevolutionLightingSecuritiesLitigation.com, e-mailing the Claims Administrator at info@RevolutionLightingSecuritiesLitigation.com, or calling the

Claims Administrator toll free at (866) 977-0773.  Inquiries other than requests for the above-referenced documents may also be made to Plaintiff's Lead Counsel:

> Richard W. Gonnello
> FARUQI & FARUQI, LLP
> 685 Third Avenue
> 26th Floor
> New York, NY 10017

If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Proof of Claim and Release postmarked or submitted electronically no later than _____, 2020, establishing that you are entitled to recovery.  NOTE THAT NO CLAIMS LESS THAN $10.00 WILL BE PROCESSED OR PAID.  Your failure to timely submit your Proof of Claim and Release will subject your claim to possible rejection and may preclude you from receiving any of the recovery in connection with the settlement of this Litigation.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is received no later than_____, 2020.  All Members of the Class who have not requested exclusion from the Class will be bound by the settlement entered in the Litigation even if they do not submit a timely Proof of Claim and Release.

Any objection to the settlement, the Plan of Allocation of settlement proceeds, or the fee and expense application must be received by each of the addresses indicated in the Notice by no later than _____, 2020.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE, THIS SETTLEMENT, OR THIS CLAIMS PROCESS.**  If

you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED: _____, 2020          BY ORDER OF THE COURT