UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:19-cv-00980-JPO |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Fred Remer ("Lead Plaintiff"), on behalf of himself and the putative Class,[1] respectfully moves this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (a) preliminarily approving the proposed Settlement of the above-captioned securities class action lawsuit (the "Action"); (b) approving the form and manner of providing notice of the Settlement to the Class; (c) certifying the Class for settlement purposes; (d) appointing Lead Plaintiff as Class Representative and Faruqi & Faruqi, LLP as Class Counsel for settlement purposes; and (e) setting a hearing date for final approval of the Settlement, the proposed Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees, reimbursement of litigation expenses, and an award for Lead Plaintiff's costs and expenses pursuant to 15 U.S.C. § 78u-4(a)(4).

This motion is based upon the accompanying Stipulation, the Memorandum of Law in Support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, the

---

[1] Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated March 18, 2020 ("Stipulation"), filed concurrently herewith.

Declaration of Richard W. Gonnello in support hereof, and all related exhibits.

Dated: March 20, 2020                    Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:      */s/ Richard W. Gonnello*
             Richard W. Gonnello

Richard W. Gonnello
Katherine M. Lenahan
Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
             klenahan@faruqilaw.com
             smorsy@faruqilaw.com

*Attorneys for Lead Plaintiff Fred Remer*