**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: REVOLUTION LIGHTING
TECHNOLOGIES, INC. SECURITIES
LITIGATION

No. 1:19-cv-00980-JPO

---

### DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Richard W. Gonnello, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

2.      Attached as Exhibit 1 is a true and correct copy of the firm resume of Faruqi & Faruqi, LLP.

3.      Attached as Exhibit 2 is a true and correct copy of Stefan Boettrich and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2018 Full-Year Review* (NERA 2019).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of March, 2020.

*/s/ Richard W. Gonnello*
Richard W. Gonnello