**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |
|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION |

No. 1:19-cv-00980-JPO

### NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiff Fred Remer ("Lead Plaintiff") respectfully submits this notice of non-opposition to inform the Court that no one has opposed his Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Motion"), ECF Nos. 59-62.

As the Preliminary Approval Motion was served and filed by electronic means on March 20, 2020, ECF No. 59, anyone seeking to oppose the motion was required to file an opposition by Friday, April 3, 2020. *See* Local Civil Rule 6.1(b) (providing that for civil motions, petitions, and applications (other than those described in Local Civil Rule 6.1(a), which pertains to motions and applications under Fed. R. Civ. P. 26–37, 45(d)(3)), "any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers"). To date, no opposition has been filed. As such, the Preliminary Approval Motion is unopposed and should be granted for the reasons set forth therein.

Dated: April 6, 2020

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:_____*/s/ Richard W. Gonnello*
Richard W. Gonnello

Richard W. Gonnello
Katherine M. Lenahan
Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
        klenahan@faruqilaw.com
        smorsy@faruqilaw.com

*Attorneys for Lead Plaintiff Fred Remer*

2