**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:19-cv-00980-JPO |

**DECLARATION OF MICHAEL MCGUINNESS REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION**

I, Michael McGuinness, declare and state as follows, pursuant to 28 U.S.C. §1746:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.      Epiq was retained by Lead Counsel to provide notice and administration services in connection with the proposed settlement of the above-captioned class action litigation and appointed by the Court as the Claims Administrator.[1] I submit this Declaration in order to provide the Court and the parties to the Settlement with information regarding, among other things, the mailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action ("Notice"), and the Proof of Claim and Release form ("Proof of Claim") (together, the Notice and Proof of Claim are referred to herein as the "Notice Packet"), the publication of the Summary Notice and establishment of the website and toll-free number dedicated to the Settlement, in accordance with the Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order").

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation of Settlement, dated as of March 18, 2020. (ECF No. 58).

1

## DISSEMINATION OF THE NOTICE PACKET

3.     Epiq is responsible for disseminating the Notice Packet to potential Settlement Class Members in this Action. By definition, Settlement Class Members are all Persons who purchased or otherwise acquired Revolution Lighting Technologies, Inc. ("Revolution Lighting") publicly traded securities during the period from March 14, 2014, through November 14, 2018, inclusive (the "Class Period"), and were damaged thereby.

4.     On April 14, 2020, Epiq received a file from Lead Counsel containing a list of record holders of Revolution Lighting Technologies, Inc. securities during the Class Period.  The file had a total of 326 names and addresses for noticing.  Epiq added this data into a mailing database created for the Settlement.

5.     As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  Epiq maintains and updates a proprietary list of the largest and most common banks, brokers and other nominees. Accordingly, the list of known holders of Revolution Lighting securities provided by Revolution Lighting's fund administrator was supplemented with Epiq's internal broker list of names and addresses.

6.     Epiq thereafter formatted the Notice Packet and caused it to be printed, personalized with the name and address of each nominee or potential Settlement Class Member, and mailed by first-class mail, postage prepaid, to the nominees and to the known potential Settlement Class Members on May 11, 2020 (the "Initial Mailing").

7.     In total, 1,496 copies of the Notice Packet were mailed as part of the Initial Mailing. A copy of the Notice Packet is attached hereto as Exhibit A.

8.    The Notice directed that brokers and nominees that purchased or otherwise acquired Revolution Lighting securities during the Class Period, for the beneficial interest of a person or organization other than themselves, either: (a) within (10) calendar days of receipt of the Notice, request from the Claims Administrator, Epiq, sufficient copies of the Notice Packet to forward to all such beneficial owners and then, within ten (10) calendar days of receipt of those copies, forward the Notice Packet to all such beneficial owners; or (b) within ten (10) calendar days of receipt of the Notice provide the Claims Administrator, Epiq, with a list of the names, last known addresses, and email addresses (to the extent that they were known) of all such beneficial owners to Epiq.    Nominees also received an instruction letter with their Notice Packets.  A true and accurate copy of the letter sent to nominees is attached as Exhibit B.

9.    From the Initial Mailing through July 6, 2020, Epiq has mailed an additional 11,197 copies of the Notice Packet to potential Settlement Class Members whose names and addresses were received from individuals or nominees. Epiq has also mailed 12,045 Notice Packets to nominees who requested Notice Packets to forward to their customers.  All requests for the Notice Packet have been responded to in a timely manner and Epiq will continue to timely respond to any additional requests received.

10.    As of July 6, 2020, an aggregate of 24,738 Notice Packets have been disseminated to potential Settlement Class Members and nominees by first-class mail.

11.    As of July 6, 2020, 285 Notice Packets have been returned by the United States Postal Service to Epiq as undelivered as addressed ("UAA"). Of those returned UAA, 24 had forwarding addresses and were promptly re-mailed to the updated address.

12.    Epiq also provided a copy of the Notice Packet to the Depository Trust Company ("DTC") for posting on its Legal Notice System ("LENS"). The LENS may be accessed by any

nominee that is a participant in DTC's security settlement system. The Notice Packet was posted on DTC's LENS on May 26, 2020.

## PUBLICATION OF THE SUMMARY NOTICE

13.    The Court's Preliminary Approval Order also directed that the Summary Notice be published in *Investor's Business Daily* and be transmitted over *PR Newswire* within fourteen (14) calendar days of the Notice Date. Accordingly, the Summary Notice was published in *Investor's Business Daily* and transmitted over *PR Newswire* on May 25, 2020, as shown in the confirmation of publication attached as Exhibit C.

## CALL CENTER SERVICES

14. Epiq reserved a toll-free phone number for the Settlement, (866) 977-0773, and published that toll-free number in the Notice Packet, in the Summary Notice, and on the Settlement website.

15.  The toll-free number connects callers with an Interactive Voice Recording ("IVR"). The IVR provides potential Settlement Class Members and others who call with access to pre-recorded information. Epiq made the IVR available on May 11, 2020.   The toll-free telephone line with pre-recorded information is available 24 hours a day, 7 days a week.  Specifically, the pre-recorded message provides callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions.  The IVR also allows callers to request that a copy of the Notice Packet be mailed to them or the caller may opt to speak live with a trained operator.  Callers are able to speak to an operator Monday through Friday from 9:00 a.m. to 9:00 p.m. Eastern Time (excluding official holidays).  During other hours,

callers may leave a message for an agent to call them back. Epiq has promptly responded to each telephone inquiry and will continue to address inquiries.

## WEBSITE

16. Epiq established and is maintaining a website dedicated to the Settlement (www.RevolutionLightingSecuritiesLitigation.com) to provide information to Settlement Class Members (including the exclusion, objection and claim filing deadlines, as well as the date of the Court's Final Approval Hearing), and to answer frequently asked questions. Users of the website can download a copy of the Notice, Claim Form, Stipulation, Preliminary Approval Order, and other case-related documents. The web address is set forth in the Notice Packet and the Summary Notice. The Settlement website was operational beginning May 11, 2020, and is accessible 24 hours a day, 7 days a week. Epiq will continue operating, maintaining and, as appropriate, updating the website with relevant case updates and court documents until the conclusion of this administration.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

17. The Notice, Settlement Website, and Summary Notice all inform potential Settlement Class Members that written requests for exclusion from the Settlement Class must be mailed, so that they are received no later than July 21, 2020, to *Revolution Lighting Securities Litigation*, Claims Administrator, P.O. Box 4390, Portland, OR 97208-4390. Epiq has monitored all mail that has been delivered to this Post Office Box.

18. Through July 6, 2020, Epiq has received 1 requests for exclusion. A copy of the request for exclusion, which has been redacted to remove personal information, is attached as Exhibit D.

19. Objections are to be filed with the Court and mailed to counsel for the Settling Parties. Through July 6, 2020, Epiq is not aware of any objections to the proposed Settlement, proposed fee

and expense awards, and/or the proposed Plan of Allocation.  The deadline to file objections is July 21, 2020.

<b><u>CLAIMS RECEIVED TO DATE</u></b>

20.    Through July 6, 2020, Epiq has received 356 Claims by mail or electronically.  Of these, approximately 274 Claims were filed electronically by or on behalf of institutions and approximately 82 Claims were submitted by or on behalf of individuals.  The Notice informed potential members of the Settlement Class that if they wished to participate in the Settlement they must submit a Proof of Claim to Epiq, with supporting documentation, so that they are received by July 30, 2020.  In particular, the majority of institutional investors, brokers, and nominees typically file Proof of Claims electronically at or near the claims deadline.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 6, 2020 at Lake Success, NY.


*Michael McGuinness*
_____
Michael McGuinness