# EXHIBIT B

*Revolution Lighting Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 4390
Portland, OR 97208-4390

Website: www.RevolutionLightingSecuritiesLitigation.com
Email: info@RevolutionLightingSecuritiesLitigation.com
Phone: 1 (866) 977-0773

## NOTICE TO BROKERS, BANKS, AND OTHER NOMINEES

### TIME-SENSITIVE, COURT-ORDERED
### ACTION REQUIRED ON YOUR PART

---

*In re: Revolution Lighting Technologies, Inc., Securities Litigation*
**No. 1:19-cv-00980-JPO**

---

A proposed settlement of the above-noted securities class action has been reached. Enclosed is the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), together with the Proof of Claim and Release form (the "Notice Packet") that the Court has ordered be timely sent to potential Settlement Class Members.

The Settlement Class consists of **all persons and entities who purchased or otherwise acquired Revolution Lighting Technologies, Inc. ("Revolution Lighting" or "RVLT") publicly traded securities during the period from March 14, 2014, through November 14, 2018, inclusive (the "Class Period"), and were damaged thereby.**

If you are a broker or other nominee who purchased or otherwise acquired Revolution Lighting publicly traded securities during the period from March 14, 2014, through November 14, 2018, inclusive, for the beneficial interest of a person or entity other than yourself, **WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF THE ENCLOSED NOTICE PACKET, you must either:**

(a) request from the Claims Administrator, Epiq, sufficient copies of the enclosed Notice Packet to forward to all such beneficial owners and, within ten (10) days of receipt of those copies, forward the Notice Packet to all such beneficial owners, or

(b) provide the Claims Administrator, Epiq, with a list of the names, last known addresses, and email addresses (to the extent that they are known) of all such beneficial owners described above.

**PLEASE NOTE: These documents contain deadlines that could impact your customers' rights.**

**If you are providing a list of names and addresses to the Claims Administrator, please do the following:**

(a) Compile a list of names, last known addresses, and email addresses of the beneficial owners described above.

(b) Prepare the list in Microsoft Excel format following the "Electronic Name and Address File Layout" set forth below. A preformatted spreadsheet can also be found on the "Nominees" page of the website, www.RevolutionLightingSecuritiesLitigation.com.

(c) Then you must do one of the following:

1. Save the Microsoft Excel file(s) to a CD or DVD and mail the CD or DVD to:

   *Revolution Lighting Securities Litigation*
   Claims Administrator
   P.O. Box 4390
   Portland, OR 97208-4390

2. Email the spreadsheet to info@RevolutionLightingSecuritiesLitigation.com; or

3. Upload the spreadsheet to the "Nominees" page of the website, www.RevolutionLightingSecuritiesLitigation.com.

**For questions, please call 1 (866) 977-0773.**

AA3041 v.08

**If you are going to forward the Notice Packet to the beneficial owners,** request the needed number of copies of the Notice Packet via email at info@RevolutionLightingSecuritiesLitigation.com. You must mail the Notice Packet to the beneficial owners within ten (10) calendar days of your receipt of the Notice Packet.

### Expense Reimbursement

Reasonable expenses are eligible for reimbursement, up to $0.70 per Notice Packet mailed or $0.10 per name if you choose to provide the Claims Administrator with names and addresses, provided an invoice documenting the expenses is timely submitted to the Claims Administrator. Please submit your invoice within one month of completing the mailing or providing your file.

### Electronic Name and Address File Layout

| Column | Description | Length | Notes |
|---|---|---|---|
| A | Account # | 15 | Unique identifier for each record |
| B | Beneficial owner's first name | 25 | |
| C | Beneficial owner's middle name | 15 | |
| D | Beneficial owner's last name | 30 | |
| E | Joint beneficial owner's first name | 25 | |
| F | Joint beneficial owner's middle name | 15 | |
| G | Joint beneficial owner's last name | 30 | |
| H | Representative or contact name | 60 | Business, trusts, IRAs, and other types of accounts |
| I | Representative or contact name | 45 | |
| J | Address 1 | 35 | |
| K | Address 2 | 25 | |
| L | City | 25 | |
| M | U.S. state or Canadian province | 2 | U.S. and Canada addresses only[1] |
| N | ZIP Code | 10 | |
| O | Country (other than U.S.) | 15 | |

**For further details, please refer to Page 8 of the enclosed Notice.**

If you have any questions, you may contact the Claims Administrator at 1 (866) 977-0773 or by email at info@RevolutionLightingSecuritiesLitigation.com. Thank you for your cooperation.

---

[1] For countries other than the U.S. and Canada, place any territorial subdivision in the "Address 2" field.

**For questions, please call 1 (866) 977-0773.**

AA3042 v.08