# EXHIBIT C

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** *Revolution Lighting Securities*

I, Kathleen Komraus, hereby certify that

(a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;

(b) The Notice of which the annexed is a copy was published in the following publications on the following dates:

*5.25.2020 – Investor's Business Daily*
*5.25.2020 – PR Newswire*

x *Kathleen Komraus*
(Signature)

Media + Design Manager
(Title)

Case 1:19-cv-00980-JPO    Document 85-5    Filed 07/07/20    Page 3 of 5

## Key Financial And Commodity Futures











### Selected Interest Rates

Fed Funds Rate: Rates on overnight loans among financial institutions
Discount Rate: Rate charged by Federal Reserve Bank on loans to commercial banks
3 Month Treasury Bills: Yield for treasury bills traded on discount basis in secondary market



Prime Rate: Rate charged by banks on loans to the most credit-worthy corporations
Tax-Exempt Bonds: Yield of the bond buyer 40 municipal bond index

### U.S. Treasury Yield Curve

Friday 5/22
1 Month Ago 4/22
3 Months Ago 2/20

The yield curve provides a picture of credit market conditions. It depicts the available trade-off between yield and maturity. The chart shown here compares the yield curves for the prior day, month and quarter.

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION    No. 1:19-cv-00980-JPO

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE PUBLICLY TRADED SECURITIES OF REVOLUTION LIGHTING TECHNOLOGIES, INC. ("REVOLUTION LIGHTING") (NASDAQ: RVLT) BETWEEN MARCH 14, 2014 AND NOVEMBER 14, 2018, INCLUSIVE ("CLASS").**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on August 11, 2020 at 11 a.m., before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, NY 10007, for the purpose of determining: (1) whether the proposed settlement as set forth in the Stipulation of Settlement dated March 18, 2020 ("Stipulation") of the above-captioned action (the "Litigation") for the principal amount of $2,083,333.33 for the Class should be approved by the Court as fair, just, reasonable, and adequate; (2) whether a Final Judgment should be entered by the Court dismissing the Litigation with prejudice; (3) whether the Plan of Allocation is fair, reasonable, and adequate and should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees in the amount of 33.33% of the Settlement Fund, and an award to the Lead Plaintiff not to exceed $10,000, and expenses not to exceed $75,000 should be approved.

IF YOU PURCHASED THE PUBLICLY TRADED SECURITIES OF REVOLUTION LIGHTING BETWEEN MARCH 14, 2014 AND NOVEMBER 14, 2018, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION. You may obtain copies of a detailed Notice of Pendency and Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Proof of Claim and Release") by writing to *Revolution Lighting Securities Litigation*, Claims Administrator c/o Epiq, P.O. Box 4390, Portland, OR 97208-4390, visiting the website www.RevolutionLightingSecuritiesLitigation.com, e-mailing the Claims Administrator at info@RevolutionLightingSecuritiesLitigation.com, or calling the Claims Administrator toll free at (866) 977-0773. Inquiries other than requests for the above-referenced documents may also be made to Plaintiff's Lead Counsel:

Richard W. Gonnello
FARUQI & FARUQI, LLP
685 Third Avenue
26th Floor
New York, NY 10017

If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Proof of Claim and Release *postmarked or submitted electronically no later than July 30, 2020*, establishing that you are entitled to recovery. NOTE THAT NO CLAIMS LESS THAN $10.00 WILL BE PROCESSED OR PAID. Your failure to timely submit your Proof of Claim and Release will subject your claim to possible rejection and may preclude you from receiving any of the recovery in connection with the settlement of this Litigation.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than July 21, 2020*. All Members of the Class who have not requested exclusion from the Class will be bound by the settlement entered in the Litigation even if they do not submit a timely Proof of Claim and Release.

Any objection to the settlement, the Plan of Allocation of settlement proceeds, or the fee and expense application must be received by each of the addresses indicated in the Notice by *no later than July 21, 2020*.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE, THIS SETTLEMENT, OR THIS CLAIMS PROCESS.** If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED: May 25, 2020      BY ORDER OF THE COURT

---



**INVESTING with IBD**

How do you become a market shark? We'll ask **Kevin O'Leary** of *Shark Tank* and his O'Shares co-founder **Connor O'Brien** on the next podcast! Subscribe today so you don't miss it.

To listen, go to:
**investors.com/IBDpodcast**

Presented by:
**MARKETSMITH**
BY INVESTOR'S BUSINESS DAILY



---

## Money Rates

**Prime Rate:** .................3.25
Base interest rate charged by major U.S. commercial banks on loans to corporations.

**Discount Rate:**
Primary .................0.25
Secondary .................0.75
Rate charged by Federal Reserve System on loans to depository institutions

**Broker Call Loan Rate:** .................1.25
Rate charged on short-term loans to brokerage dealers backed by securities.

**Federal Funds Effective Rate:** .................0.05
Rates on overnight loans among financial institutions.

**Certificates of Deposit:**
3 months .................0.11
6 months .................0.19
1 year .................0.28
Interest rate paid by dealers for certificates of deposit based on the duration of the security.

**Jumbo CDs:**
1 month .................0.08
3 months .................0.13
6 months .................0.20
1 year .................0.30

**London Interbank Offered Rate:**
3 months .................0.43
6 months .................0.50
1 year .................0.78
The average of rates paid on dollar deposits.

**Ameribor**
Unsecured Overnight Rate .................0.13

**Treasury Bill Auction Results:**
3-months (as of May 18) .................0.13
6-months (as of May 18) .................0.15
Average discount rate for Treasury bills in minimum units on $10,000.

**Treasury Bill:**
1-year, (as of May 18) .................0.15
Annualized rate on weekly average basis, yield adjusted for constant maturity.

**Copyright** 2020 Investor's Business Daily Inc.

# Faruqi & Faruqi, LLP Announces Proposed Settlement of Class Action in the Revolution Lighting Technologies, Inc. Securities Litigation

NEWS PROVIDED BY
**Faruqi & Faruqi, LLP** →
May 25, 2020, 08:00 ET

NEW YORK, May 25, 2020 /PRNewswire/ -- The following statement is being issued by Faruqi & Faruqi, LLP regarding the Revolution Lighting Technologies, Inc. Securities Litigation.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:19-cv-00980-JPO |

**TO:    ALL PERSONS AND ENTITIES WHO PURCHASED THE PUBLICLY TRADED SECURITIES OF REVOLUTION LIGHTING TECHNOLOGIES, INC. ("REVOLUTION LIGHTING") (NASDAQ: RVLT) BETWEEN MARCH 14, 2014 AND NOVEMBER 14, 2018, INCLUSIVE ("CLASS").**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on August 11, 2020 at 11 a.m., before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, NY 10007, for the purpose of determining: (1) whether the proposed settlement as set forth in the Stipulation of Settlement dated March 18, 2020 ("Stipulation") of the above-captioned action (the "Litigation") for the principal amount of $2,083,333.33 for the Class should be approved by the Court as fair, just, reasonable, and adequate; (2) whether a Final Judgment should be entered by the Court dismissing the Litigation with prejudice; (3) whether the Plan of Allocation is fair, reasonable, and adequate and should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees in the amount of 33.33% of the Settlement Fund, and an award to the Lead Plaintiff not to exceed $10,000, and expenses not to exceed $75,000 should be approved.

IF YOU PURCHASED THE PUBLICLY TRADED SECURITIES OF REVOLUTION LIGHTING BETWEEN MARCH 14, 2014 AND NOVEMBER 14, 2018, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.  You may obtain copies of a detailed Notice of Pendency and Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Proof of Claim and Release") by writing to *Revolution Lighting Securities Litigation*, Claims Administrator c/o Epiq, P.O. Box 4390, Portland, OR 97208-4390, visiting the website www.RevolutionLightingSecuritiesLitigation.com, e-mailing

the Claims Administrator at Info@RevolutionLightingSecuritiesLitigation.com, or calling the Claims Administrator toll free at (866) 977-0773.  Inquiries other than requests for the above-referenced documents may also be made to Plaintiff's Lead Counsel:

Richard W. Gonnello

FARUQI & FARUQI, LLP

685 Third Avenue

26th Floor

New York, NY 10017

If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Proof of Claim and Release **postmarked or submitted electronically no later than July 30, 2020**, establishing that you are entitled to recovery.  NOTE THAT NO CLAIMS LESS THAN $10.00 WILL BE PROCESSED OR PAID.  Your failure to timely submit your Proof of Claim and Release will subject your claim to possible rejection and may preclude you from receiving any of the recovery in connection with the settlement of this Litigation.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is **received no later than July 21, 2020**.  All Members of the Class who have not requested exclusion from the Class will be bound by the settlement entered in the Litigation even if they do not submit a timely Proof of Claim and Release.

Any objection to the settlement, the Plan of Allocation of settlement proceeds, or the fee and expense application must be received by each of the addresses indicated in the Notice by **no later than July 21, 2020**.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE, THIS SETTLEMENT, OR THIS CLAIMS PROCESS.**   If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED: May 25, 2020                                          BY ORDER OF THE COURT

SOURCE Faruqi & Faruqi, LLP

Related Links

http://www.RevolutionLightingSecuritiesLitigation.com