# EXHIBIT D

# Exclusion Request No. 1

Patrick T. Graham

June 23, 2020

**VIA USPS**
Revolution Lighting Securities Action Exclusions
Claims Administrator
c/o Epiq
P.O. Box 4390
Portland, OR 97208-4390

> Re:  *In re: Revolution Lighting Technologies, Inc. Securities Litigation*,
> No. 1:19-cv-00980-JPO (S.D.N.Y.)

Dear Claims Administrator:

I request to be excluded from the Class and do not wish to participate in the Settlement in *In re: Revolution Lighting Technologies, Inc. Securities Litigation*, No. 1:19-cv-00980-JPO (S.D.N.Y.).

Between March 14, 2014 through November 14, 2018, inclusive (the "Class Period"), I purchased 81,586 shares of Revolution Lighting Technologies, Inc. ("RVLT") securities. I still retain these 81,586 shares of RVLT and do not have any sales. Enclosed, please find: (1) a chart detailing the date, number of shares, and the purchase price of my Class Period RVLT transactions; and (2) copies of account statements of my RVLT transactions.

Please let me know if there is any additional information needed to be excluded from the settlement. My contact information is listed above.

Sincerely,

Patrick T. Graham

**Patrick T. Graham**
**RVLT Class Period Transactions**

| Date Purchased | Shares | Price per share | Total |
|---|---|---|---|
| 09/27/2018 | 9,715 | $2.93 | $28,464.95 |
| 09/27/2018 | 9,100 | $3.00 | $27,300.00 |
| 09/27/2018 | 8,100 | $2.90 | $23,490.00 |
| 09/27/2018 | 7,200 | $2.97 | $21,384.00 |
| 09/27/2018 | 5,406 | $2.95 | $15,947.70 |
| 09/27/2018 | 4,794 | $2.9999 | $14,381.52 |
| 09/27/2018 | 3,194 | $2.98 | $9,518.12 |
| 09/27/2018 | 3,135 | $2.91 | $9,122.85 |
| 09/27/2018 | 2,400 | $2.9690 | $7,125.60 |
| 09/27/2018 | 1,223 | $2.91 | $3,558.93 |
| 09/27/2018 | 1,000 | $2.8890 | $2,889.00 |
| 09/27/2018 | 1,000 | $2.95 | $2,950.00 |
| 09/27/2018 | 1,000 | $2.9490 | $2,949.00 |
| 09/27/2018 | 871 | $2.89 | $2,517.19 |
| 09/27/2018 | 700 | $2.97 | $2,079.00 |
| 09/27/2018 | 677 | $2.9090 | $1,969.39 |
| 09/27/2018 | 500 | $2.93 | $1,465.00 |
| 09/27/2018 | 471 | $2.92 | $1,375.32 |
| 09/27/2018 | 300 | $2.96 | $888.00 |
| 09/27/2018 | 300 | $2.96 | $888.00 |
| 09/27/2018 | 200 | $2.99 | $598.00 |
| 09/27/2018 | 100 | $2.94 | $294.00 |
| 09/27/2018 | 100 | $2.9250 | $292.50 |
| 09/27/2018 | 100 | $2.95 | $295.00 |
| 09/28/2018 | 9,000 | $2.98 | $26,820.00 |
| 09/28/2018 | 5,000 | $3.07 | $15,350.00 |
| 09/28/2018 | 1,700 | $3.00 | $5,100.00 |
| 09/28/2018 | 1,000 | $2.9790 | $2,979.00 |
| 09/28/2018 | 882 | $3.0690 | $2,706.86 |
| 09/28/2018 | 800 | $3.04 | $2,432.00 |
| 09/28/2018 | 600 | $3.01 | $1,806.00 |
| 09/28/2018 | 600 | $3.05 | $1,830.00 |
| 09/28/2018 | 300 | $3.0160 | $904.80 |
| 09/28/2018 | 118 | $3.03 | $357.54 |
| | | | |
| TOTAL: | 81,586 | | $242,029.27 |

**WELLS FARGO | ADVISORS**

PATRICK T GRAHAM
WFCS CUSTODIAN TRAD IRA

SEPTEMBER 1, 2018 - SEPTEMBER 30, 2018
ACCOUNT NUMBER: ▉▉▉▉▉

## Additional information

Gross proceeds

██████████████

## Portfolio detail

### Cash and Sweep Balances

Sweep Balances - You have the right, in the course of normal business operations, to withdraw balances in the Bank Deposit Sweep Program(s) or redeem shares of th market mutual fund used in the sweep, subject to any open commitments in any of your accounts and have the proceeds returned to your accounts or remitted to you. Note, that as required by federal banking regulations, the banks in the Bank Deposit Sweep Program(s) reserve the right to require seven days prior notice before permitting a trans the Bank Deposit Sweep Program(s).   In addition, the money market mutual funds in the sweep reserve the right to require one or more day's prior notice before p withdrawals.

Standard Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one Wells Fargo affiliated bank.
Expanded Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one or more Wells Fargo affiliated or nonaffiliated b
Brokered Liquid Deposit - Consists of monies held at one or more nonaffiliated and Wells Fargo affiliated banks.
Assets in the Bank Deposit Sweep Program and Brokered Liquid Deposit are not covered by SIPC, but are instead eligible for FDIC insurance of up to $250,000 per depo institution, in accordance with FDIC rules.  For additional information, please contact Your Investment Professional.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|
| ████████████ | | | | |

* APYE measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield earned is expressed as an annualized rate, based on a 365 day year.

## Stocks, options & ETFs

### Stocks and ETFs

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMAT ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| REVOLUTION LIGHTING TECHNOLOGIES INC NEW RVLT | | | | | | | | |
| Acquired 09/27/18 S | | 9,715 | 2.93 | 28,464.95 | | 27,590.60 | -874.35 | |
| Acquired 09/27/18 S | | 9,100 | 3.00 | 27,300.00 | | 25,844.00 | -1,456.00 | |

Page

PATRICK T GRAHAM
WFCS CUSTODIAN TRAD IRA

SEPTEMBER 1, 2018 - SEPTEMBER 30, 2018
ACCOUNT NUMBER

## Stocks, options & ETFs

### Stocks and ETFs continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMAT ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| Acquired 09/27/18 S | | 8,100 | 2.90 | 23,490.00 | | 23,004.00 | -486.00 | |
| Acquired 09/27/18 S | | 7,200 | 2.97 | 21,384.00 | | 20,448.00 | -936.00 | |
| Acquired 09/27/18 S | | 5,406 | 2.95 | 15,947.70 | | 15,353.04 | -594.66 | |
| Acquired 09/27/18 S | | 4,794 | 2.99 | 14,381.52 | | 13,614.96 | -766.56 | |
| Acquired 09/27/18 S | | 3,194 | 2.98 | 9,518.12 | | 9,070.96 | -447.16 | |
| Acquired 09/27/18 S | | 3,135 | 2.91 | 9,122.85 | | 8,903.40 | -219.45 | |
| Acquired 09/27/18 S | | 2,400 | 2.96 | 7,125.60 | | 6,816.00 | -309.60 | |
| Acquired 09/27/18 S | | 1,223 | 2.91 | 3,558.93 | | 3,473.32 | -85.61 | |
| Acquired 09/27/18 S | | 1,000 | 2.88 | 2,889.00 | | 2,840.00 | -49.00 | |
| Acquired 09/27/18 S | | 1,000 | 2.95 | 2,950.00 | | 2,840.00 | -110.00 | |
| Acquired 09/27/18 S | | 1,000 | 2.94 | 2,949.00 | | 2,840.00 | -109.00 | |
| Acquired 09/27/18 S | | 871 | 2.89 | 2,517.19 | | 2,473.64 | -43.55 | |
| Acquired 09/27/18 S | | 700 | 2.97 | 2,079.00 | | 1,988.00 | -91.00 | |
| Acquired 09/27/18 S | | 677 | 2.90 | 1,969.39 | | 1,922.68 | -46.71 | |
| Acquired 09/27/18 S | | 500 | 2.93 | 1,465.00 | | 1,420.00 | -45.00 | |
| Acquired 09/27/18 S | | 471 | 2.92 | 1,375.32 | | 1,337.64 | -37.68 | |
| Acquired 09/27/18 S | | 300 | 2.96 | 888.00 | | 852.00 | -36.00 | |
| Acquired 09/27/18 S | | 300 | 2.96 | 888.00 | | 852.00 | -36.00 | |
| Acquired 09/27/18 S | | 200 | 2.99 | 598.00 | | 568.00 | -30.00 | |
| Acquired 09/27/18 S | | 100 | 2.94 | 294.00 | | 284.00 | -10.00 | |
| Acquired 09/27/18 S | | 100 | 2.92 | 292.50 | | 284.00 | -8.50 | |
| Acquired 09/27/18 S | | 100 | 2.95 | 295.00 | | 284.00 | -11.00 | |
| Acquired 09/28/18 S | | 9,000 | 2.98 | 26,820.00 | | 25,560.00 | -1,260.00 | |
| Acquired 09/28/18 S | | 5,000 | 3.07 | 15,350.00 | | 14,200.00 | -1,150.00 | |
| Acquired 09/28/18 S | | 1,700 | 3.00 | 5,100.00 | | 4,828.00 | -272.00 | |
| Acquired 09/28/18 S | | 1,000 | 2.97 | 2,979.00 | | 2,840.00 | -139.00 | |
| Acquired 09/28/18 S | | 882 | 3.06 | 2,706.86 | | 2,504.88 | -201.98 | |
| Acquired 09/28/18 S | | 800 | 3.04 | 2,432.00 | | 2,272.00 | -160.00 | |
| Acquired 09/28/18 S | | 600 | 3.01 | 1,806.00 | | 1,704.00 | -102.00 | |
| Acquired 09/28/18 S | | 600 | 3.05 | 1,830.00 | | 1,704.00 | -126.00 | |
| Acquired 09/28/18 S | | 300 | 3.01 | 904.80 | | 852.00 | -52.80 | |
| Acquired 09/28/18 S | | 118 | 3.03 | 357.54 | | 335.12 | -22.42 | |
| **Total** | 98.68 | 81,586 | $2.97 | $242,029.27 | 2.8400 | $231,704.24 | -$10,325.03 | N/A |
| **Total Stocks and ETFs** | 98.68 | | | $242,029.27 | | $231,704.24 | -$10,325.03 | |
| **Total Stocks, options & ETFs** | 98.68 | | | $242,029.27 | | $231,704.24 | -$10,325.03 | |

**WELLS FARGO ADVISORS**

PATRICK T GRAHAM
WFCS CUSTODIAN TRAD IRA

SEPTEMBER 1, 2018 - SEPTEMBER 30, 2018
ACCOUNT NUMBER: ███████

## Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION/ CHECK NUMBER | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH A |
|------|--------------|---------------------------|----------|-------------|-------|--------|--------|
| 09/01 | | | | BEGINNING BALANCE | | | |
| 09/27 | Cash | PURCHASE | 9,715.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9300 | -28,464.95 | |
| 09/27 | Cash | PURCHASE | 9,100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0000 | -27,300.00 | |
| 09/27 | Cash | PURCHASE | 8,100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9000 | -23,490.00 | |
| 09/27 | Cash | PURCHASE | 7,200.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9700 | -21,384.00 | |
| 09/27 | Cash | PURCHASE | 5,406.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9500 | -15,947.70 | |
| 09/27 | Cash | PURCHASE | 4,794.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9999 | -14,381.52 | |
| 09/27 | Cash | PURCHASE | 3,194.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9800 | -9,518.12 | |
| 09/27 | Cash | PURCHASE | 3,135.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9100 | -9,122.85 | |
| 09/27 | Cash | PURCHASE | 2,400.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9690 | -7,125.60 | |
| 09/27 | Cash | PURCHASE | 1,223.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9100 | -3,558.93 | |
| 09/27 | Cash | PURCHASE | 1,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.8890 | -2,889.00 | |
| 09/27 | Cash | PURCHASE | 1,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9500 | -2,950.00 | |
| 09/27 | Cash | PURCHASE | 1,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9490 | -2,949.00 | |
| 09/27 | Cash | PURCHASE | 871.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.8900 | -2,517.19 | |
| 09/27 | Cash | PURCHASE | 700.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9700 | -2,079.00 | |
| 09/27 | Cash | PURCHASE | 677.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9090 | -1,969.39 | |
| 09/27 | Cash | PURCHASE | 500.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9300 | -1,465.00 | |
| 09/27 | Cash | PURCHASE | 471.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9200 | -1,375.32 | |

Page

**PATRICK T GRAHAM**
**WFCS CUSTODIAN TRAD IRA**

SEPTEMBER 1. 2018 - SEPTEMBER 30, 2018
ACCOUNT NUMBER:

## Activity detail continued

| DATE | ACCOUNT TYPE | TRANSACTION CHECK NUMBER | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH A |
|------|-------------|-------------------------|----------|-------------|-------|--------|--------|
| 09/27 | Cash | PURCHASE | 300.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9600 | -888.00 | |
| 09/27 | Cash | PURCHASE | 300.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9600 | -888.00 | |
| 09/27 | Cash | PURCHASE | 200.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9900 | -598.00 | |
| 09/27 | Cash | PURCHASE | 100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9400 | -294.00 | |
| 09/27 | Cash | PURCHASE | 100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9250 | -292.50 | |
| 09/27 | Cash | PURCHASE | 100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9500 | -295.00 | E |
| 09/28 | Cash | INTEREST | | STANDARD BANK DEPOSIT 092818    74 | | 0.02 | |
| 09/28 | Cash | PURCHASE | 9,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9800 | -26,820.00 | |
| 09/28 | Cash | PURCHASE | 5,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0700 | -15,350.00 | |
| 09/28 | Cash | PURCHASE | 1,700.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0000 | -5,100.00 | |
| 09/28 | Cash | PURCHASE | 1,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9790 | -2,979.00 | |
| 09/28 | Cash | PURCHASE | 882.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0690 | -2,706.86 | |
| 09/28 | Cash | PURCHASE | 800.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0400 | -2,432.00 | |
| 09/28 | Cash | PURCHASE | 600.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0100 | -1,806.00 | • |
| 09/28 | Cash | PURCHASE | 600.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0500 | -1,830.00 | |
| 09/28 | Cash | PURCHASE | 300.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0160 | -904.80 | |
| 09/28 | Cash | PURCHASE | 118.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0300 | -357.54 | |

**WELLS FARGO** | **ADVISORS**

**PATRICK T GRAHAM**
**WFCS CUSTODIAN TRAD IRA**

JANUARY 1, 2019 - JANUARY 31, 2019
ACCOUNT NUMBER: ▮▮▮▮▮▮

# Portfolio detail

## Cash and Sweep Balances

Sweep Balances - You have the right, in the course of normal business operations, to withdraw balances in the Bank Deposit Sweep Program(s) or redeem shares of th market mutual fund used in the sweep, subject to any open commitments in any of your accounts and have the proceeds returned to your accounts or remitted to you. Note, that as required by federal banking regulations, the banks in the Bank Deposit Sweep Program(s) reserve the right to require seven days prior notice before permitting a trans the Bank Deposit Sweep Program(s). In addition, the money market mutual funds in the sweep reserve the right to require one or more day's prior notice before p withdrawals.

Standard Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one Wells Fargo affiliated bank.

Expanded Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one or more Wells Fargo affiliated or nonaffiliated b

Brokered Liquid Deposit - Consists of monies held at one or more nonaffiliated and Wells Fargo affiliated banks.

Assets in the Bank Deposit Sweep Program and Brokered Liquid Deposit are not covered by SIPC, but are instead eligible for FDIC insurance of up to $250,000 per depo institution, in accordance with FDIC rules. For additional information, please contact Your Investment Professional.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|
| STANDARD BANK DEPOSIT | 0.16 | 0.25 | 99.26 | 0.00 |
| Interest Period 01/01/19 - 01/31/19 | | | | |
| **Total Cash and Sweep Balances** | **0.16** | | **$99.26** | **$0.00** |

* APYE measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield earned is expressed as an annualized rate, based on a 365 day year.

## Stocks, options & ETFs

### Stocks and ETFs

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMAT ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| REVOLUTION LIGHTING TECHNOLOGIES INC NEW RVLT | | | | | | | | |
| Acquired 09/27/18 S | | 9,715 | 2.93 | 28,464.95 | | 6,700.44 | -21,764.51 | |
| Acquired 09/27/18 S | | 9,100 | 3.00 | 27,300.00 | | 6,276.27 | -21,023.73 | |
| Acquired 09/27/18 S | | 8,100 | 2.90 | 23,490.00 | | 5,586.57 | -17,903.43 | |
| Acquired 09/27/18 S | | 7,200 | 2.97 | 21,384.00 | | 4,965.84 | -16,418.16 | |
| Acquired 09/27/18 S | | 5,406 | 2.95 | 15,947.70 | | 3,728.52 | -12,219.18 | |
| Acquired 09/27/18 S | | 4,794 | 2.99 | 14,381.52 | | 3,306.42 | -11,075.10 | |
| Acquired 09/27/18 S | | 3,194 | 2.98 | 9,518.12 | | 2,202.90 | -7,315.22 | |
| Acquired 09/27/18 S | | 3,135 | 2.91 | 9,122.85 | | 2,162.21 | -6,960.64 | |
| Acquired 09/27/18 S | | 2,400 | 2.96 | 7,125.60 | | 1,655.28 | -5,470.32 | |

**PATRICK T GRAHAM**
**WFCS CUSTODIAN TRAD IRA**

JANUARY 1, 2019 – JANUARY 31, 2019
ACCOUNT NUMBER: ▉▉▉▉▉

## Stocks, options & ETFs

### Stocks and ETFs continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE ORIG PRICE | ADJ COST ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| Acquired 09/27/18 S | | 1,223 | 2.91 | 3,558.93 | | 843.50 | -2,715.43 | |
| Acquired 09/27/18 S | | 1,000 | 2.88 | 2,889.00 | | 689.70 | -2,199.30 | |
| Acquired 09/27/18 S | | 1,000 | 2.95 | 2,950.00 | | 689.70 | -2,260.30 | |
| Acquired 09/27/18 S | | 1,000 | 2.94 | 2,949.00 | | 689.70 | -2,259.30 | |
| Acquired 09/27/18 S | | 871 | 2.89 | 2,517.19 | | 600.73 | -1,916.46 | |
| Acquired 09/27/18 S | | 700 | 2.97 | 2,079.00 | | 482.79 | -1,596.21 | |
| Acquired 09/27/18 S | | 677 | 2.90 | 1,969.39 | | 466.93 | -1,502.46 | |
| Acquired 09/27/18 S | | 500 | 2.93 | 1,465.00 | | 344.85 | -1,120.15 | |
| Acquired 09/27/18 S | | 471 | 2.92 | 1,375.32 | | 324.85 | -1,050.47 | |
| Acquired 09/27/18 S | | 300 | 2.96 | 888.00 | | 206.91 | -681.09 | |
| Acquired 09/27/18 S | | 300 | 2.96 | 888.00 | | 206.91 | -681.09 | |
| Acquired 09/27/18 S | | 200 | 2.99 | 598.00 | | 137.94 | -460.06 | |
| Acquired 09/27/18 S | | 100 | 2.94 | 294.00 | | 68.97 | -225.03 | |
| Acquired 09/27/18 S | | 100 | 2.92 | 292.50 | | 68.97 | -223.53 | |
| Acquired 09/27/18 S | | 100 | 2.95 | 295.00 | | 68.97 | -226.03 | |
| Acquired 09/28/18 S | | 9,000 | 2.98 | 26,820.00 | | 6,207.30 | -20,612.70 | |
| Acquired 09/28/18 S | | 5,000 | 3.07 | 15,350.00 | | 3,448.50 | -11,901.50 | |
| Acquired 09/28/18 S | | 1,700 | 3.00 | 5,100.00 | | 1,172.49 | -3,927.51 | |
| Acquired 09/28/18 S | | 1,000 | 2.97 | 2,979.00 | | 689.70 | -2,289.30 | |
| Acquired 09/28/18 S | | 882 | 3.06 | 2,706.86 | | 608.31 | -2,098.55 | |
| Acquired 09/28/18 S | | 800 | 3.04 | 2,432.00 | | 551.76 | -1,880.24 | |
| Acquired 09/28/18 S | | 600 | 3.01 | 1,806.00 | | 413.82 | -1,392.18 | |
| Acquired 09/28/18 S | | 600 | 3.05 | 1,830.00 | | 413.82 | -1,416.18 | |
| Acquired 09/28/18 S | | 300 | 3.01 | 904.80 | | 206.91 | -697.89 | |
| Acquired 09/28/18 S | | 118 | 3.03 | 357.54 | | 81.38 | -276.16 | |
| Acquired 01/08/19 S | | 6,000 | 0.49 | 3,013.50 | | 4,138.20 | 1,124.70 | |
| **Total** | 99.84 | 87,586 | $2.80 | $245,042.77 | 0.6897 | $60,408.06 | -$184,634.71 | N/A |
| **Total Stocks and ETFs** | 99.84 | | | $245,042.77 | | $60,408.06 | -$184,634.71 | |
| **Total Stocks, options & ETFs** | 99.84 | | | $245,042.77 | | $60,408.06 | -$184,634.71 | |

## Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION CHECK NUMBER | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH A |
|---|---|---|---|---|---|---|---|
| 01/01 | | | | BEGINNING BALANCE | | | |
| 01/08 | Cash | PURCHASE | 6,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 0.4900 | -3,013.50 | |

**WELLS FARGO** | **ADVISORS**

**PATRICK T GRAHAM**
**WFCS CUSTODIAN TRAD IRA**

SEPTEMBER 1, 2018 - SEPTEMBER 30, 2018
ACCOUNT NUMBER: ▇▇▇▇▇

## Additional information

Gross proceeds

## Portfolio detail

### Cash and Sweep Balances

Sweep Balances - You have the right, in the course of normal business operations, to withdraw balances in the Bank Deposit Sweep Program(s) or redeem shares of th market mutual fund used in the sweep, subject to any open commitments in any of your accounts and have the proceeds returned to your accounts or remitted to you. Note, that as required by federal banking regulations, the banks in the Bank Deposit Sweep Program(s) reserve the right to require seven days prior notice before permitting a trans the Bank Deposit Sweep Program(s). In addition, the money market mutual funds in the sweep reserve the right to require one or more day's prior notice before p withdrawals.

Standard Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one Wells Fargo affiliated bank.
Expanded Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one or more Wells Fargo affiliated or nonaffiliated b
Brokered Liquid Deposit - Consists of monies held at one or more nonaffiliated and Wells Fargo affiliated banks.
Assets in the Bank Deposit Sweep Program and Brokered Liquid Deposit are not covered by SIPC, but are instead eligible for FDIC insurance of up to $250,000 per depo institution, in accordance with FDIC rules. For additional information, please contact Your Investment Professional.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|
| | | | | |

* APYE measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield earned is expressed as an annualized rate, based on a 365 day year.

### Stocks, options & ETFs

#### Stocks and ETFs

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMAT ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| REVOLUTION LIGHTING TECHNOLOGIES INC NEW RVLT | | | | | | | | |
| Acquired 09/27/18 S | | 9,715 | 2.93 | 28,464.95 | | 27,590.60 | -874.35 | |
| Acquired 09/27/18 S | | 9,100 | 3.00 | 27,300.00 | | 25,844.00 | -1,456.00 | |

Page

PATRICK T GRAHAM
WFCS CUSTODIAN TRAD IRA

SEPTEMBER 1, 2018 - SEPTEMBER 30, 2018
ACCOUNT NUMBER:

## Stocks, options & ETFs

### Stocks and ETFs continued

ESTIMAT

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| Acquired 09/27/18 S | | 8,100 | 2.90 | 23,490.00 | | 23,004.00 | -486.00 | |
| Acquired 09/27/18 S | | 7,200 | 2.97 | 21,384.00 | | 20,448.00 | -936.00 | |
| Acquired 09/27/18 S | | 5,406 | 2.95 | 15,947.70 | | 15,353.04 | -594.66 | |
| Acquired 09/27/18 S | | 4,794 | 2.99 | 14,381.52 | | 13,614.96 | -766.56 | |
| Acquired 09/27/18 S | | 3,194 | 2.98 | 9,518.12 | | 9,070.96 | -447.16 | |
| Acquired 09/27/18 S | | 3,135 | 2.91 | 9,122.85 | | 8,903.40 | -219.45 | |
| Acquired 09/27/18 S | | 2,400 | 2.96 | 7,125.60 | | 6,816.00 | -309.60 | |
| Acquired 09/27/18 S | | 1,223 | 2.91 | 3,558.93 | | 3,473.32 | -85.61 | |
| Acquired 09/27/18 S | | 1,000 | 2.88 | 2,889.00 | | 2,840.00 | -49.00 | |
| Acquired 09/27/18 S | | 1,000 | 2.95 | 2,950.00 | | 2,840.00 | -110.00 | |
| Acquired 09/27/18 S | | 1,000 | 2.94 | 2,949.00 | | 2,840.00 | -109.00 | |
| Acquired 09/27/18 S | | 871 | 2.89 | 2,517.19 | | 2,473.64 | -43.55 | |
| Acquired 09/27/18 S | | 700 | 2.97 | 2,079.00 | | 1,988.00 | -91.00 | |
| Acquired 09/27/18 S | | 677 | 2.90 | 1,969.39 | | 1,922.68 | -46.71 | |
| Acquired 09/27/18 S | | 500 | 2.93 | 1,465.00 | | 1,420.00 | -45.00 | |
| Acquired 09/27/18 S | | 471 | 2.92 | 1,375.32 | | 1,337.64 | -37.68 | |
| Acquired 09/27/18 S | | 300 | 2.96 | 888.00 | | 852.00 | -36.00 | |
| Acquired 09/27/18 S | | 300 | 2.96 | 888.00 | | 852.00 | -36.00 | |
| Acquired 09/27/18 S | | 200 | 2.99 | 598.00 | | 568.00 | -30.00 | |
| Acquired 09/27/18 S | | 100 | 2.94 | 294.00 | | 284.00 | -10.00 | |
| Acquired 09/27/18 S | | 100 | 2.92 | 292.50 | | 284.00 | -8.50 | |
| Acquired 09/27/18 S | | 100 | 2.95 | 295.00 | | 284.00 | -11.00 | |
| Acquired 09/28/18 S | | 9,000 | 2.98 | 26,820.00 | | 25,560.00 | -1,260.00 | |
| Acquired 09/28/18 S | | 5,000 | 3.07 | 15,350.00 | | 14,200.00 | -1,150.00 | |
| Acquired 09/28/18 S | | 1,700 | 3.00 | 5,100.00 | | 4,828.00 | -272.00 | |
| Acquired 09/28/18 S | | 1,000 | 2.97 | 2,979.00 | | 2,840.00 | -139.00 | |
| Acquired 09/28/18 S | | 882 | 3.06 | 2,706.86 | | 2,504.88 | -201.98 | |
| Acquired 09/28/18 S | | 800 | 3.04 | 2,432.00 | | 2,272.00 | -160.00 | |
| Acquired 09/28/18 S | | 600 | 3.01 | 1,806.00 | | 1,704.00 | -102.00 | |
| Acquired 09/28/18 S | | 600 | 3.05 | 1,830.00 | | 1,704.00 | -126.00 | |
| Acquired 09/28/18 S | | 300 | 3.01 | 904.80 | | 852.00 | -52.80 | |
| Acquired 09/28/18 S | | 118 | 3.03 | 357.54 | | 335.12 | -22.42 | |
| **Total** | 98.68 | 81,586 | $2.97 | $242,029.27 | 2.8400 | $231,704.24 | -$10,325.03 | N/A |
| **Total Stocks and ETFs** | 98.68 | | | $242,029.27 | | $231,704.24 | -$10,325.03 | |
| **Total Stocks, options & ETFs** | 98.68 | | | $242,029.27 | | $231,704.24 | -$10,325.03 | |

**WELLS FARGO** | **ADVISORS**

PATRICK T GRAHAM
WFCS CUSTODIAN TRAD IRA

SEPTEMBER 1, 2018 - SEPTEMBER 30, 2018
ACCOUNT NUMBER: ▮▮▮▮▮▮

## Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION/ CHECK NUMBER | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH A |
|------|-------------|--------------------------|----------|-------------|-------|--------|--------|
| 09/01 | | | | BEGINNING BALANCE | | | |
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | |
| 09/27 | Cash | PURCHASE | 9,715.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9300 | -28,464.95 | |
| 09/27 | Cash | PURCHASE | 9,100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0000 | -27,300.00 | |
| 09/27 | Cash | PURCHASE | 8,100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9000 | -23,490.00 | |
| 09/27 | Cash | PURCHASE | 7,200.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9700 | -21,384.00 | |
| 09/27 | Cash | PURCHASE | 5,406.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9500 | -15,947.70 | |
| 09/27 | Cash | PURCHASE | 4,794.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9999 | -14,381.52 | |
| 09/27 | Cash | PURCHASE | 3,194.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9800 | -9,518.12 | |
| 09/27 | Cash | PURCHASE | 3,135.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9100 | -9,122.85 | |
| 09/27 | Cash | PURCHASE | 2,400.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9690 | -7,125.60 | |
| 09/27 | Cash | PURCHASE | 1,223.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9100 | -3,558.93 | |
| 09/27 | Cash | PURCHASE | 1,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.8890 | -2,889.00 | |
| 09/27 | Cash | PURCHASE | 1,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9500 | -2,950.00 | |
| 09/27 | Cash | PURCHASE | 1,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9490 | -2,949.00 | |
| 09/27 | Cash | PURCHASE | 871.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.8900 | -2,517.19 | |
| 09/27 | Cash | PURCHASE | 700.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9700 | -2,079.00 | |
| 09/27 | Cash | PURCHASE | 677.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9090 | -1,969.39 | |
| 09/27 | Cash | PURCHASE | 500.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9300 | -1,465.00 | |
| 09/27 | Cash | PURCHASE | 471.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9200 | -1,375.32 | |

Page

**PATRICK T GRAHAM**
**WFCS CUSTODIAN TRAD IRA**

SEPTEMBER 1, 2018 - SEPTEMBER 30, 2018
ACCOUNT NUMBER: ████████

## Activity detail continued

| DATE | ACCOUNT TYPE | TRANSACTION/ CHECK NUMBER | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH A |
|------|-------------|---------------------------|----------|-------------|-------|--------|--------|
| 09/27 | Cash | PURCHASE | 300.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9600 | -888.00 | |
| 09/27 | Cash | PURCHASE | 300.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9600 | -888.00 | |
| 09/27 | Cash | PURCHASE | 200.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9900 | -598.00 | |
| 09/27 | Cash | PURCHASE | 100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9400 | -294.00 | |
| 09/27 | Cash | PURCHASE | 100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9250 | -292.50 | |
| 09/27 | Cash | PURCHASE | 100.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9500 | -295.00 | 6 |
| 09/28 | Cash | INTEREST | | STANDARD BANK DEPOSIT 092818    74 | | 0.02 | |
| 09/28 | Cash | PURCHASE | 9,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9800 | -26,820.00 | |
| 09/28 | Cash | PURCHASE | 5,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0700 | -15,350.00 | |
| 09/28 | Cash | PURCHASE | 1,700.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0000 | -5,100.00 | |
| 09/28 | Cash | PURCHASE | 1,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 2.9790 | -2,979.00 | |
| 09/28 | Cash | PURCHASE | 882.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0690 | -2,706.86 | |
| 09/28 | Cash | PURCHASE | 800.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0400 | -2,432.00 | |
| 09/28 | Cash | PURCHASE | 600.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0100 | -1,806.00 | |
| 09/28 | Cash | PURCHASE | 600.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0500 | -1,830.00 | |
| 09/28 | Cash | PURCHASE | 300.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0160 | -904.80 | |
| 09/28 | Cash | PURCHASE | 118.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 3.0300 | -357.54 | |

**WELLS FARGO ADVISORS**

PATRICK T GRAHAM
WFCS CUSTODIAN TRAD IRA

JANUARY 1, 2019 - JANUARY 31, 2019
ACCOUNT NUMBER: █████████

## Portfolio detail

## Cash and Sweep Balances

Sweep Balances - You have the right, in the course of normal business operations, to withdraw balances in the Bank Deposit Sweep Program(s) or redeem shares of th market mutual fund used in the sweep, subject to any open commitments in any of your accounts and have the proceeds returned to your accounts or remitted to you. Note, that as required by federal banking regulations, the banks in the Bank Deposit Sweep Program(s) reserve the right to require seven days prior notice before permitting a trans the Bank Deposit Sweep Program(s). In addition, the money market mutual funds in the sweep reserve the right to require one or more day's prior notice before p withdrawals.

Standard Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one Wells Fargo affiliated bank.
Expanded Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one or more Wells Fargo affiliated or nonaffiliated t Brokered Liquid Deposit – Consists of monies held at one or more nonaffiliated and Wells Fargo affiliated banks.
Assets in the Bank Deposit Sweep Program and Brokered Liquid Deposit are not covered by SIPC, but are instead eligible for FDIC insurance of up to $250,000 per depo institution, in accordance with FDIC rules. For additional information, please contact Your Investment Professional.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|
| STANDARD BANK DEPOSIT | 0.16 | 0.25 | 99.26 | 0.00 |
| Interest Period 01/01/19 - 01/31/19 | | | | |
| **Total Cash and Sweep Balances** | **0.16** | | **$99.26** | **$0.00** |

* APYE measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield earned is expressed as an annualized rate, based on a 365 day year.

## Stocks, options & ETFs

### Stocks and ETFs

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMAT ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| REVOLUTION LIGHTING TECHNOLOGIES INC NEW RVLT | | | | | | | | |
| Acquired 09/27/18 S | | 9,715 | 2.93 | 28,464.95 | | 6,700.44 | -21,764.51 | |
| Acquired 09/27/18 S | | 9,100 | 3.00 | 27,300.00 | | 6,276.27 | -21,023.73 | |
| Acquired 09/27/18 S | | 8,100 | 2.90 | 23,490.00 | | 5,586.57 | -17,903.43 | |
| Acquired 09/27/18 S | | 7,200 | 2.97 | 21,384.00 | | 4,965.84 | -16,418.16 | |
| Acquired 09/27/18 S | | 5,406 | 2.95 | 15,947.70 | | 3,728.52 | -12,219.18 | |
| Acquired 09/27/18 S | | 4,794 | 2.99 | 14,381.52 | | 3,306.42 | -11,075.10 | |
| Acquired 09/27/18 S | | 3,194 | 2.98 | 9,518.12 | | 2,202.90 | -7,315.22 | |
| Acquired 09/27/18 S | | 3,135 | 2.91 | 9,122.85 | | 2,162.21 | -6,960.64 | |
| Acquired 09/27/18 S | | 2,400 | 2.96 | 7,125.60 | | 1,655.28 | -5,470.32 | |

Page

## Stocks, options & ETFs

### Stocks and ETFs continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| Acquired 09/27/18 S | | 1,223 | 2.91 | 3,558.93 | | 843.50 | -2,715.43 | |
| Acquired 09/27/18 S | | 1,000 | 2.88 | 2,889.00 | | 689.70 | -2,199.30 | |
| Acquired 09/27/18 S | | 1,000 | 2.95 | 2,950.00 | | 689.70 | -2,260.30 | |
| Acquired 09/27/18 S | | 1,000 | 2.94 | 2,949.00 | | 689.70 | -2,259.30 | |
| Acquired 09/27/18 S | | 871 | 2.89 | 2,517.19 | | 600.73 | -1,916.46 | |
| Acquired 09/27/18 S | | 700 | 2.97 | 2,079.00 | | 482.79 | -1,596.21 | |
| Acquired 09/27/18 S | | 677 | 2.90 | 1,969.39 | | 466.93 | -1,502.46 | |
| Acquired 09/27/18 S | | 500 | 2.93 | 1,465.00 | | 344.85 | -1,120.15 | |
| Acquired 09/27/18 S | | 471 | 2.92 | 1,375.32 | | 324.85 | -1,050.47 | |
| Acquired 09/27/18 S | | 300 | 2.96 | 888.00 | | 206.91 | -681.09 | |
| Acquired 09/27/18 S | | 300 | 2.96 | 888.00 | | 206.91 | -681.09 | |
| Acquired 09/27/18 S | | 200 | 2.99 | 598.00 | | 137.94 | -460.06 | |
| Acquired 09/27/18 S | | 100 | 2.94 | 294.00 | | 68.97 | -225.03 | |
| Acquired 09/27/18 S | | 100 | 2.92 | 292.50 | | 68.97 | -223.53 | |
| Acquired 09/27/18 S | | 100 | 2.95 | 295.00 | | 68.97 | -226.03 | |
| Acquired 09/28/18 S | | 9,000 | 2.98 | 26,820.00 | | 6,207.30 | -20,612.70 | |
| Acquired 09/28/18 S | | 5,000 | 3.07 | 15,350.00 | | 3,448.50 | -11,901.50 | |
| Acquired 09/28/18 S | | 1,700 | 3.00 | 5,100.00 | | 1,172.49 | -3,927.51 | |
| Acquired 09/28/18 S | | 1,000 | 2.97 | 2,979.00 | | 689.70 | -2,289.30 | |
| Acquired 09/28/18 S | | 882 | 3.06 | 2,706.86 | | 608.31 | -2,098.55 | |
| Acquired 09/28/18 S | | 800 | 3.04 | 2,432.00 | | 551.76 | -1,880.24 | |
| Acquired 09/28/18 S | | 600 | 3.01 | 1,806.00 | | 413.82 | -1,392.18 | |
| Acquired 09/28/18 S | | 600 | 3.05 | 1,830.00 | | 413.82 | -1,416.18 | |
| Acquired 09/28/18 S | | 300 | 3.01 | 904.80 | | 206.91 | -697.89 | |
| Acquired 09/28/18 S | | 118 | 3.03 | 357.54 | | 81.38 | -276.16 | |
| Acquired 01/02/19 S | | 6,000 | 0.49 | 3,013.50 | | 4,138.20 | 1,124.70 | |
| **Total** | 99.84 | 87,586 | $2.80 | $245,042.77 | 0.6897 | $60,408.06 | -$184,634.71 | N/A |
| **Total Stocks and ETFs** | 99.84 | | | $245,042.77 | | $60,408.06 | -$184,634.71 | |
| **Total Stocks, options & ETFs** | 99.84 | | | $245,042.77 | | $60,408.06 | -$184,634.71 | |

## Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION/ CHECK NUMBER | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH A |
|---|---|---|---|---|---|---|---|
| 01/01 | | | | BEGINNING BALANCE | | | |
| 01/08 | Cash | PURCHASE | 6,000.00000 | REVOLUTION LIGHTING TECHNOLOGIES INC NEW | 0.4900 | -3,013.50 | |



Mr. Patrick Graham



U.S. POSTAGE PAID
FCM LG ENV
MAPLE GROVE, MN
55311
JUN 25, 20
AMOUNT
**$1.40**
R2304H108075-23

1024    97208

Revolution Lighting Securities Action Exclusions

Claims Administrator

C/o Epiq

P.O. Box 4390

Portland, OR 97208-4390