UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:19-cv-00980-JPO |

### NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that on August 11, 2020 at 11:00 a.m., at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Lead Plaintiff Fred Remer ("Lead Plaintiff"), on behalf of himself and the putative Class,[1] will and hereby does respectfully move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) granting final approval of the proposed Settlement of the above-captioned securities class action lawsuit (the "Action"); (b) finding that the notice program fully satisfied the requirements of Federal Rule of Civil Procedure 23(e), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(7), and the requirements of due process; (c) finding that the proposed Plan of Allocation is fair, reasonable, and adequate; (d) granting final certification of the Class for settlement purposes; and (e) granting final appointment of Lead Plaintiff as Class Representative for the Class and Faruqi & Faruqi, LLP as Class Counsel for settlement purposes.

---

[1] Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated March 18, 2020 ("Stipulation"), ECF No. 58.

This motion is based upon the accompanying Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement; the Declaration of Richard W. Gonnello in Support of Lead Plaintiff's Motion for Final Approval of the Class Action Settlement and Lead Counsel's Motion for (1) an Award of Attorneys' Fees and Expenses and (2) an Award for Lead Plaintiff, and all related exhibits; and the Declaration of Michael McGuinness Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, and all related exhibits; the pleadings and records on file, and other such matters and argument as the Court may consider at the hearing of this motion.

Dated:  July 7, 2020

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:      */s/ Richard W. Gonnello*
        Richard W. Gonnello

Richard W. Gonnello
Katherine M. Lenahan
Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
       klenahan@faruqilaw.com
       smorsy@faruqilaw.com

*Attorneys for [Proposed] Class Representative Fred Remer and [Proposed] Class Counsel for the putative Class*