# EXHIBIT D

REVOLUTION LIGHTING
FARUQI & FARUQI, LLP
TIME REPORT

| PROFESSIONAL* | HOURS | RATE | LODESTAR |
|---|---|---|---|
| NADEEM FARUQI (P) | 13.50 | $950 | $12,825.00 |
| RICHARD GONNELLO (P) | 160.00 | $875 | $140,000.00 |
| MEGAN SULLIVAN (P) | 124.75 | $595 | $74,226.25 |
| KATHERINE LENAHAN (P) | 462.50 | $595 | $275,187.50 |
| SHERIEF MORSY (A) | 83.50 | $475 | $39,662.50 |
| DILLON HAGIUS (A) | 34.50 | $475 | $16,387.50 |
| DEREK BEHNKE (PL) | 18.75 | $400 | $7,500.00 |
| WILLIAM CROSS (PL) | 44.00 | $325 | $14,300.00 |
| ANTHONY MACCHIARULO (PL) | 27.00 | $325 | $8,775.00 |
| IAN BERKELARR (PL) | 9.00 | $325 | $2,925.00 |
| BRIAN GIACALONE (PL) | 1.75 | $325 | $568.75 |
| DANIEL HEY (PL) | 10.50 | $300 | $3,150.00 |
| JULIANA DIETZ (PL) | 0.50 | $275 | $137.50 |
| **TOTALS** | 990.25 | | $595,645.00 |

*(P) - Partner; (SC) - Senior Counsel
(OC) - Of Counsel; (A) - Associate
(PL) - Paralegal