# EXHIBIT E

| REVOLUTION LIGHTING | |
|---|---|
| FARUQI & FARUQI, LLP | |
| EXPENSE REPORT | |
| | |
| **CATEGORY** | **AMOUNT** |
| | |
| Commercial Copies | $176.20 |
| Computer & Other Research Fee(s) (Lexis/Westlaw/Bloomberg) | $2,614.39 |
| Courier & Overnight Delivery Services | $114.00 |
| Court Filing/Service Fee(s) | $1,160.00 |
| Damages Consultant Fees | $30,483.00 |
| Investigator Fees | $9,273.05 |
| Mediation Fees | $5,500.34 |
| Freedom of Information Act Request Fees | $35.80 |
| Postage | $23.05 |
| Reproduction (Internal) | $144.50 |
| Telephone/Fax | $98.26 |
| Travel Expenses (including hotels, meals & transportation) | $18.35 |
| | |
| | |
| **TOTAL:** | **$49,640.94** |