# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: REVOLUTION LIGHTING
TECHNOLOGIES, INC. SECURITIES
LITIGATION

No. 1:19-cv-00980-JPO

**DECLARATION OF FRED REMER**

I, Fred Remer, declare as follows:

1.      I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").  I have personal knowledge of the statements herein, and if called as a witness, could and would competently testify thereto.

2.      I respectfully submit this declaration in support of Lead Plaintiff's motion for final approval of the proposed settlement in this matter, and my request for an award of $10,000 for the reasonable costs and expenses directly related to the representation of the Class in this Action.  This amount represents the estimated value of the time that I expended in work directly related to the representation of the Class in this Action.

3.      I reviewed and authorized the filing of the complaint in *Remer v. Revolution Lighting Technologies, Inc., et al.*, 1:19-cv-04252 (S.D.N.Y.) ("*Remer* Action"), on May 10, 2019, as well as discussed with counsel the reasons for filing the complaint.

4.      The *Remer* Action was subsequently consolidated into this Action.  *See* ECF No. 45 at 11-12; *Remer* Docket, ECF No. 14.

5.      On July 29, 2019, this Court appointed me to serve as Lead Plaintiff in this Action. I have taken my role as Lead Plaintiff seriously and have dedicated a significant amount of my personal time and energy to actively oversee the Action.

6.      In fulfillment of my responsibility to all members of the Class, I performed various duties to further litigation of this Action, including:

a)      Engaging in numerous telephone and email communications with Lead Counsel about the Action through all stages of the litigation;

b)      Meeting with Lead Counsel in connection with the Action;

c)      Collecting information concerning my transactions in Revolution Lighting Technologies, Inc. ("Revolution Lighting" or the "Company") and providing them to Lead Counsel;

d)      Reviewing documents filed in the Action, including the complaint filed and settlement briefing; and

e)      Providing input on the mediation and settlement negotiations.

7.      I also provided frequent input about the case throughout the pendency of this Action. I lost a substantial portion of my retirement savings on my investments in Revolution Lighting, and as a result I wanted to do everything I could to maximize recovery for myself and the Class. To that end, I spent a significant amount of time reviewing Company press releases and SEC filings that were issued prior to and during the litigation to help find information relevant to the Action. When I found information that I believed was pertinent, I forwarded it to Lead Counsel to aid the prosecution of this case.

8.      Additionally, I authorized Lead Counsel to enter into the settlement of this Action for $2,083,333.33. Prior to providing that authorization, I learned about the risks and

2

uncertainties posed by further litigation with guidance from Lead Counsel. I then weighed these considerations against the immediate and certain benefits provided by the settlement, along with advice from my attorneys, and determined that the settlement is a fair, reasonable, and favorable result for the Settlement Class under these circumstances.

9.    I understand that in cases such as this, the Court may award a reasonable sum as compensation for the time a class representative has devoted to representing the Settlement Class. I retired from full time employment in 2003 and thereafter worked as a mathematics consultant until 2015, helping school districts around the country improve their math programs and increase student achievement. For this work I was paid $500 per day (approximately $60 per hour).

10.    While it is difficult to provide the Court with an hourly rate for my time because I am currently retired, I believe that $10,000 based on my conservative estimate that I have devoted at least 200 hours to monitoring and participating in this action as described above is fair and reasonable. This is time that I otherwise would have devoted to my personal life or other endeavors.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

7/1/20
DATE

Fred Remer
Fred Remer

2