**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:19-cv-00980-JPO |

**NOTICE OF LEAD COUNSEL'S MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND (2) AN AWARD FOR LEAD PLAINTIFF**

PLEASE TAKE NOTICE that on August 11, 2020 at 11:00 a.m., at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Lead Counsel[1] Faruqi & Faruqi, LLP will and hereby does respectfully move this Court for an Order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4: (1) awarding Lead Counsel attorneys' fees; (2) reimbursing Lead Counsel for the expenses it incurred in prosecuting the Litigation; and (3) awarding Lead Plaintiff for his reasonable costs and expenses in connection with representing the Class.

This motion is based upon the accompanying Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement; the Declaration of Richard W. Gonnello in Support of Lead Plaintiff's Motion for Final Approval of the Class Action Settlement and Lead Counsel's Motion for (1) an Award of Attorneys' Fees and Expenses and (2) an Award for Lead

---

[1]     Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated March 18, 2020 ("Stipulation"), ECF No. 58.

Plaintiff, and all related exhibits; and the Declaration of Michael McGuinness Regarding: (A)

Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report

on Requests for Exclusion, and all related exhibits; the pleadings and records on file, and other

such matters and argument as the Court may consider at the hearing of this motion.

Dated:  July 7, 2020                                        Respectfully submitted,

                                                            **FARUQI & FARUQI, LLP**

                                                            By:_____*/s/ Richard W. Gonnello*
                                                                    Richard W. Gonnello

                                                            Richard W. Gonnello
                                                            Katherine M. Lenahan
                                                            Sherief Morsy
                                                            685 Third Avenue, 26th Floor
                                                            New York, NY 10017
                                                            Ph: (212) 983-9330
                                                            Fx: (212) 983-9331
                                                            E-mail: rgonnello@faruqilaw.com
                                                                    klenahan@faruqilaw.com
                                                                    smorsy@faruqilaw.com

                                                            *Attorneys for [Proposed] Class Representative Fred*
                                                            *Remer and [Proposed] Class Counsel for the*
                                                            *putative Class*