**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE REVOLUTION LIGHTING TECHNOLOGIES, INC. DERIVATIVE ACTION, | Lead Case No. 1:19-cv-03913 |

| | |
|---|---|
| This Document Relates To:<br><br>       ALL ACTIONS | |

| | |
|---|---|
| IN RE REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION, | No. 1:19-cv-00980 |

**DECLARATION OF WILLIAM H. PAINE**
**IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**

WILLIAM H. PAINE, pursuant to 28 U.S.C. § 1746, hereby declares:

1.       I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel to Nominal Defendant Revolution Lighting Technologies, Inc. ("Revolution") in the above-captioned actions.[1]  As such, I have knowledge of the matters set forth in this declaration. I respectfully submit this declaration to provide the Court with information, including regarding

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Stipulation and Agreement of Settlement dated January 30, 2020 (the "Derivative Stipulation") (Dkt. 26-1) filed in *In re Revolution Lighting Technologies, Inc. Derivative Litigation* (No. 19-cv-03913).

notice that has been provided to Current Revolution Stockholders, in support of final approval of the settlements filed in these actions.

2. On April 10, 2020, this Court entered an order preliminarily approving the Derivative Stipulation (the "Preliminary Approval Order") and approving the form and content of both the Notice to Current Revolution Stockholders (the "Notice") and the Summary Notice. (No. 19-cv-03913, Dkt. 27, ¶ 3).

3. This declaration is intended to satisfy Revolution's obligation, pursuant to paragraph 6 of the Preliminary Approval Order, to file with the Court, and to serve on Plaintiffs' Counsel, proof of the publication of the Notice and Summary Notice at least fourteen (14) business days prior to the Settlement Hearing scheduled for August 11, 2020.

4. Pursuant to paragraph 4 of the Preliminary Approval Order, Revolution caused the Notice to be filed with the U.S. Securities and Exchange Commission (the "SEC") via a Current Report on Form 8-K within ten (10) business days following entry of the Preliminary Approval Order. Attached as Exhibit A is a true and correct copy of the Form 8-K that Revolution filed with the SEC on April 24, 2020.

5. Pursuant to paragraph 4 of the Preliminary Approval Order, Revolution also caused the Summary Notice to be published via a press release via *GlobeNewswire* within ten (10) business days following entry of the Preliminary Approval Order. Attached as Exhibit B is a true and correct copy of that published Summary Notice.

6. Also filed herewith is a true and accurate copy of the Declaration of Patrick Doehner, which states that pursuant to paragraph 4 of the Preliminary Approval Order, he (on behalf of Revolution) caused the Notice to be posted on the investor portion of Revolution's website within ten (10) business days following entry of the Preliminary Approval Order; and

that since April 24, 2020, both the Notice and the Stipulation have been available on the investor

relations portion of Revolution's website at www.rvlti.com.  Doehner Decl. at ¶ 3 (attaching

image of https://ir.rvlti.com/ displaying electronic links to the Notice and the Stipulation).

7.  Also filed herewith is a true and accurate copy of the Declaration of Jed D.

Melnick, Esq., an experienced mediator who assisted the parties in reaching the settlement of all

actions related to the above captioned actions.

I hereby declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct to the best of my knowledge.

Executed on July 28, 2020 in Winchester, Massachusetts.

William H Paine

3