UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REVOLUTION LIGHTING TECHNOLOGIES, INC. DERIVATIVE ACTION, | Lead Case No. 1:19-cv-03913 |
| This Document Relates To: ALL ACTIONS | |

| | |
|---|---|
| IN RE REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION, | No. 1:19-cv-00980 |

**DECLARATION OF PATRICK DOEHNER
IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**

PATRICK DOEHNER, pursuant to 28 U.S.C. § 1746, hereby declares:

1.    I am Corporate Treasurer at Revolution Lighting Technologies, Inc. ("Revolution"). As such, I have knowledge of the matters set forth in this declaration. I respectfully submit this declaration to provide the Court with information regarding notice that has been provided to Current Revolution Stockholders in support of final approval of the settlements filed in these actions.

2.    On April 10, 2020, this Court entered an order preliminarily approving the Derivative Stipulation ("Preliminary Approval Order") and approving the form and content of

1

both the Notice to Current Revolution Stockholders (the "Notice") and the Summary Notice. (Dkt. 27, ¶ 3).

3.     Pursuant to paragraph 4 of the Preliminary Approval Order, I (on behalf of Revolution) caused the Notice to be posted on the investor relations portion of Revolution's website within ten (10) business days following entry of the Preliminary Approval Order.  Since April 24, 2020, both the Notice and the Stipulation have been available on the investor portion of Revolution's website at https://ir.rvlti.com/.  Attached as Exhibit 1 is a true and correct copy of an image of www. rvlti.com, last visited on July 28, 2020, displaying electronic links to the Notice and the Stipulation.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 28, 2020 in Stamford, CT .

_____
Patrick Doehner

2