**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE REVOLUTION LIGHTING TECHNOLOGIES, INC. DERIVATIVE ACTION, | Lead Case No. 1:19-cv-03913 |
| This Document Relates To:<br>    ALL ACTIONS | |

| | |
|---|---|
| IN RE REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION, | No. 1:19-cv-00980 |

**DECLARATION OF JED D. MELNICK**
**IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**

JED D. MELNICK, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am a mediator and special master with JAMS, specializing in complex business litigation pending throughout the United States and internationally.  I have mediated hundreds of shareholder actions.  I have knowledge of the matters set forth in this declaration and respectfully submit this declaration to provide the Court with information regarding the settlement process and in support of final approval of the settlements filed in these actions.

2.      On October 17, 2019, at JAMS New York City Offices I met with counsel for the defendants and their insurer and with plaintiffs in the following actions: (a) *In re Revolution Lighting Technologies, Inc. Securities Litigation*, Case No. 19-cv-00980 ("Class Action"); (b) *In*

1

*re Revolution Lighting Technologies, Inc. Derivative Action*, Case No. 19-cv-03913 ("New York Derivative Actions"); (c) *Jenkins, et al. v. Lapenta et al.*, Lead Docket No. 19-cv-00621 ("Connecticut Derivative Actions"); and (d) *Patrick Graham and Wendy Graham v. Revolution Lighting Technologies, Inc., et al.*, Case No. 19-cv-08337 ("Graham Action").

3.     All of the actions are related in that they arise from the disclosure by Revolution Lighting Technologies, Inc. that it had determined that financial statements previously filed with the United States Securities and Exchange Commission were incorrect.

4.     The agreements among the parties contemplated that all of these actions would be compromised following final approval by this Court of the settlement of the Class Action and New York Derivative Actions.  The parties in the Connecticut Derivative Actions and the Graham Action agreed that those actions would be dismissed with prejudice following final approval of the Class Action and New York Derivative Actions, with Wendy Graham receiving nothing other than the same proportional share of the proceeds of the Class Action and providing the release provided by all members of the Class, and with Patrick Graham opting out of the Class, receiving nothing from the Class proceeds, and being compensated (and providing a release) pursuant to a separate agreement with Defendants.

4.     The agreements to resolve these actions were negotiated at arms' length, by experienced counsel for plaintiffs, Defendants and its insurer, with my assistance.  I concluded that the settlements were fair and reasonable in light of the strengths and weakness of the claims, the financial situation of Defendant Revolution Lighting Technologies, and the limited insurance proceeds available to Defendants for these and other claims.  I believe that better terms could not have been achieved for the plaintiffs in any of the actions and that continued litigation of any of the claims could have resulted in a worse outcome for plaintiffs as to all claims because the

insurance proceeds funded all of the settlements and the available insurance proceeds would

have been diminished by the costs of defending these and other actions

Executed on July 27, 2020 in _Katonah, NY_.

_____
Jed D. Melnick

3