**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:19-cv-00980-JPO |

**SUPPLEMENTAL DECLARATION OF MICHAEL MCGUINNESS REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION**

I, Michael McGuinness, declare and state as follows, pursuant to 28 U.S.C. §1746:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. Epiq was retained by Lead Counsel for the Class to provide notice and administration services in the above-captioned class action litigation and appointed by the Court as the Claims Administrator.[1] I submit this Declaration as a supplement to my earlier declaration, the Declaration of Michael McGuinness Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, dated July 6, 2020 (the "Mailing Declaration").

3. Since the execution of the Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Claim form (together, the "Notice Packet") in response to requests from potential Class Members, brokers, and other nominees. Through August 3, 2020, Epiq has disseminated a total of 28,950 Notice Packets to potential Class Members and nominees.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation of Settlement, dated as of March 18, 2020. (ECF No. 58).

1

**REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

4.     The Notice informed Class Members that written requests for exclusion from the Class must be mailed, so that they are received no later than July 21, 2020, to *Revolution Lighting Securities Litigation*, Claims Administrator, P.O. Box 4390, Portland, OR 97208-4390.  Epiq has monitored all mail that has been delivered to this Post Office Box.

5.     As of the date of this Supplemental Declaration, Epiq has received 1 request for exclusion.  Epiq will continue to be the repository for exclusion requests received beyond the postmark deadline and will report any exclusion requests that are received.

6.     Although Class Members who wish to object to the Settlement, the proposed Plan of Allocation, or the attorneys' fee and expense request, were to file objections with the Court and serve the papers on counsel, Epiq has checked its mail as well, and as of the date of this Supplemental Declaration, Epiq has received no objections.

**CLAIMS RECEIVED TO DATE**

7.     Through August 3, 2020, Epiq has received 1,023 Claims by mail or electronically. Of these, approximately 554 Claims were filed electronically by or on behalf of institutions and approximately 469 Claims were submitted by or on behalf of individuals.  The Notice informed potential members of the Settlement Class that if they wished to participate in the Settlement they must submit a Proof of Claim to Epiq, with supporting documentation, so that they are received by July 30, 2020.  In particular, the majority of institutional investors, brokers, and nominees typically file Proof of Claims electronically at or near the claims deadline.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 3, 2020 at Lake Success, NY.

Michael McGuinness

Michael McGuinness