**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REVOLUTION LIGHTING TECHNOLOGIES, INC. SECURITIES LITIGATION | No. 1:19-cv-00980-JPO |

**NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND**

Lead Plaintiff Fred Remer ("Lead Plaintiff") respectfully submits this notice of non-opposition to inform the Court that no one has opposed his Motion for Distribution of the Net Settlement Fund (the "Distribution Motion"), ECF Nos. 90 to 93.

As the Distribution Motion was served and filed by electronic means on July 29, 2021, ECF No. 90, anyone seeking to oppose the motion was required to file an opposition by Thursday, August 12, 2021. *See* Local Civil Rule 6.1(b) (providing that for civil motions, petitions, and applications (other than those described in Local Civil Rule 6.1(a), which pertains to motions and applications under Fed. R. Civ. P. 26–37, 45(d)(3)), "any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers"). To date, no opposition has been filed. As such, the Distribution Motion is unopposed and should be granted for the reasons set forth therein.

Dated:  August 19, 2021

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:     */s/ Katherine M. Lenahan*
      Katherine M. Lenahan

Katherine M. Lenahan
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331

E-mail: klenahan@faruqilaw.com

*Attorneys for Lead Plaintiff Fred Remer*